**RECEIVED BY MAIL**

JUL 25 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date_____

Amended version.

UNITED STATES DISTRICT COURT
of the
STATE of MINNESOTA

Stock Import Signat: DEON SINKFIELD JR, Individually and on the behalf
of all others Similarly situated.

Petitioner: Stock Import Name: you

V.

24-cv-2967 (ECT/TNL)

Civil No._____

Crown of Britain: CHARLES III His Majesty's Treasury, Roman Church: POPE FRANCIS, Holy See on the behalf of this Tri-Mission, U.S. Secretary of Commerce: GINA M. RAIMONDO- Vice President of America: KAMALA HARRIS- THE UNITED STATES OF AMERICA INC. BIS INTERNATIONAL SETTLEMENTS, WORLD BANK GROUP, WORLD TRADE ORGANIZATION, THE BANK OF LONDON, THE BANK OF ENGLAND, INTERNATIONAL MONETARY FUND, LONDON STOCK EXCHANGE GROUP PLC. BARON CAPITAL, INTERNATIONAL ORGANIZATION.

Respondents:

---

## ATTACHMENT COMPLAINT OF TRUTH AFFIDAVIT SUBJECT MATTER TO FACT: 16

I, King Elyakim D. Beulah In Sovereignty come In the name of my Holy KING of the Heavens and Earth whom is my Heavenly AbbaYAH, declare: In Faith. I AM the Affiant In this Truth Affidavit, come by the Stock Import Name: Of this U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London, DEON SINKFIELD JR Sui juris. I have Full Biblical knowledge, Commercial Securities and Personal knowledge of all the true facts I stated below and if I were to be called as a witness against those whom defends this Corporate Security Certificate Bonds Illegal Exactions of Unjust Enrichments Fraud. I could competently testify about what I have written against all Respondents NO THIRD PARTIES ALLOWED. In this Truth Affidavit to obtain all the pledged Body Values (Eze 33:15) of my Tribal Embodiment whom seek this full Disclosure (§ 44–105.07) by this Restitutionary Slave Compensation Act In Recovery of their Trust Master Cusip and TDA, (§ 8-102 (a)(1) Adverse claims In its full maturity within our Land title and firstly to obtain our true Independence! that's known by all Biblical Scholars within this Congress of our Holy Scripturally mandate of our Golden 50th Yobel of Release. That's followed by this 1862-67 Declaration of Emancipation Act that brings this Admiralty Breach of International contract into play by this accurate and viewable evidence of facts within this Affidavit of truth, I set before this Supreme Admiralty High Court (§ 38–771.07) this day herein. About this Rebellious Territory of Washington, DC FEDERAL 28 USC 3002 (15) (A)(B)(C), District of Columbia Organic Act of 1871, and its allies' whom are these international creditors and debtor's shares/ stockholders. By our Redemption from all its civil bodies regarding this Strawman SEC UCC 1 Registration on my aboriginal indigenous Tribal Landmass and it's Intro7.2 Separation of power Act and its CESTUI QUE USE Vie Act of 1666 of the Britain crown, that's In holdings of all fraudulent Contractual obligational terms of our (§ 8-102 (a)(1) adverse claims. We seek to reclaim as the true Holders In due course, as we're the Holy Seed of our Holy Heavenly KING! And we this Chargeback Non-negotiable bill of Exchange (§28-2303) within our standards of Biblical set apartness to honor our Torah Laws Wholly with all of our Scriptural Holy possessions by this Restitutionary slave compensation act. I come to liberate my Tribal Bodies by exercising my spiritual rights (42 U.S. Code § 2000bb–1(c) for against this act of derelictio that occurred after this Declaration of Emancipation that came into existence since January 1st 1862-65, and now because of this Breach of International Contract that caused this new act of War against our Independence we fight for by our Yobel of release from debt bondages. To obtain all that was "taken from us"! In Accordance with this June 20th, 2022 VP Kamala Harris Statement "body wise" towards this U.S. National and BIS international Settlement debt lien of this trustee (15 USC) Financial Statement Etc. As we place this National and International Global Debt In Evidence for review in due diligence unto this pursuant to section UCC 3-501.

SCANNED
JUL 25 2024
U.S. DISTRICT COURT MPLS

## BREACH OF INTERNATIONAL COMMERCIAL CONTRACT

Truth Affidavit towards Declaration of Liberation by rebuttal (§ 8-102 (a) (1) to obtain all Trust adverse claims. In Urgent recognition over this Declaration of Emancipation that's followed after our Holy Scriptural Yobel of Release since August 20th 2019-present, that brought this U.S District of Columbia Organic Act of 1871-Virginia Company of London Treasurer and Company of Adventurers and Planters of the City of London Admiralty Maritime (28 U.S.C. § 1333 )(1)(2) 1619 Transatlantic Slave Mere Contractual "debt bondage" into debt review by this Breach. As we the Tribal Embodiment of Yashar'ale seek this international debt detainment for evidence to accompany our New "Restitutionary Slave Compensation" act (Gen 15:13-14) that bring this UCC 1 International Contract into Breach by we the tribal people of YAH Almighty whom exercise (42 U.S. Code § 2000bb–1(c) this Spiritual right of ours as the Chosen seed of Abraham, Isaac and Yacob. That I bring forth on the behalf of my Hebraic indigenous Tribal body towards our New Hebraic Aboriginal Indigenous Tribal Title, as they were ignorantly called "Black People" On June 20th, 2022, by Vice President- Kamala Harris In Consideration by proclamation of this independence she's willing to be truthful with! In giving back all that was "taken from us" body wise. By the oval oath, she is under to do so within this U S Corporation operations of this Constitutions registrar book of Commerce over these Bonds in partnership with Mr. Biden and his Admin Banking Creditors and Debtors. And this is where we seek this dispute against all these Exacting creditors and debtors Shareholders/ Stockholders of this Quasi Corporation of the United States of America Inc. Etc. and this "United Kingdom Corporation LTD" (Number 09620443) as these shares etc. (28 U.S. Code § 2679 (b)(1) under this format of the Ten Maxims Commerce of Law (1)(2)(3)(4)(5)(6)(7)(8)(9)(10) as this Affidavit is true and unrebutted. As IAM waiting on these 12 Respondents to defend all these acts of truth under the penalty of perjury against, we the Tribal Embodiment of Yashar'ale whom was imported, exported into these Docs by forged Indorsements. Which in these findings our set apartness shall be established from all Civil bodies and International Contractual obligations of all Commercial Trust and Private accounts that were "taken from us" within this District of Columbia Organic Act of 1871 and its international Bankers Respondent's Global debt. That I, accept for value all the Charging instrument of my 13.4% of My Tribes in this Matter, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against the Respondents and Release the order of the court to me immediately. From this Rebellious Territory of Washington, DC and its international Bankers Respondent's whom proclaimed war in 1930-33 against me and Tribal embodiment by making us as an enemy to the state FDR whom are considered no longer Admiralty Maritime Federal citizens as of Aug 20th 2019-Present! However, as it was fashioned by President Woodrow Wilson 1913-21, then signed and set for contractual obligations through a legalese personality Creation. By this President Franklin D. Roosevelt admin In partnership with this Creditor and Debtor BIS International settlements share In 1930-33 that Is Treason, view (8.D,P). And this brings all shareholders/ stockholders as a State or Grantee, Creditors Debtors across the Sea's into liability of our Land title, all Illegal Exactions Must Lawfully be returned In full unto me that of this internationally and Nationally Global debt at its max maturity. As Charles III great seal has placed these institutions in banking operations throughout my Aboriginal indigenous Landmass that holds our Full allodial entitlements of our Land Trust. That we the Tribal Embodiment of Yashar'ale shall obtain this "Liberation with, by our Restitutionary Slave Compensation Act. On the behalf of all debtors and creditors, as IAM my Tribal Body Third-party Collector in this retaining of these Adverse claims to our 2nd Freedman trust savings bank. As we're the true Hebraic Aboriginal Indigenous Tribal body of Yashar'ale that's labeled as the Transatlantic Slaves In this International Contract under this National debt bondage, as this yoke has been placed upon our necks to endure these Contractual obligational terms (Joel 3:1-8). Without our knowing since 1930-33-Present outside of this Congress logged 1862-65 Abolishment. That they shall no longer endure as we WERE identified by Congress as the true Transatlantic slaves whom are the real Holy Scriptural Yashar'alities under this Congress logs since 2017-present towards Reparational (H.R 1242) Recoveries. And this is where we seek our Holy Scriptural Golden 50th Yobel Restitution by release from this debt unto our Sovereignty, In this set apartness from all false doctrines and Altars as our Holy Scriptural states (Isa 27:9) from Among our Roman Oppressors and their Capitalism's and Constitutionalism and legalese legal personalities creation of fraud as they lived by their sword as Esau descendants (Gen 27:38-42). As this gives Admiralty High Courts notice, that we the Tribal body of Ha'Mashiach are no longer declared dead nor lost at Sea since Aug 20th 2019-present, nor labeled as Admiralty Maritime Citizens unto these beneficiaries which are the Rebellious Territory of Washington, DC that's in tristate standings with this British crown (28 U.S. Code § 1346 (b) and Vatican Roman Church, UN/ UK Shareholders and Stockholders! International Bankers within this "QUASI international Contract" obligation such as this CESTUI QUE USE Vie 1666 Act Trust that's of the crown of this Chartered Virginia Company of London. Which is now before Admiralty High courts in great exposure of all its commodities that have come from illegal Exactions from my Tribal Men and Women, unto Mr. Charles III Royal Admiralty Custody that comes by the way of these fraudulent loans and Contractual obligational terms of this Slave debt bondage. Such as In this instrumental realm of its U.S. modernized Baronet's SEC UCC 1 and Article 2 CISG (pursuant to section UCC 3-501)-

under his Modern family Colonial Contracts as Mere Chattel Real and Personal Property (28 U.S. Code § 2680(i)(k)(N)(d) within this Serfdom and nowadays Feudalism's act of these Contractual terms of this 1930-33 BIS International settlements laundering Ring, which consist of its international joint stock of this Maritime article 10 Financial cooperation. Which, we the Tribal Embodiment of Yashar'ale seeks full Disclosure of (§ 44–105.07) all deposit's receipts and Bookkeeping's (Title 12 Sec. 1831n (a) of these loan forms of the 8300, 105, 112 and financial statements of all transactions of these Cusip and TDA trust Bonds (§ 8-103) (A)(b)(c) that these shares obtain of ours by our forged Indorsements. That's known as the TBOL, BOE, WORLD BANK GROUP and CENTRAL BANKS entirely for these internal findings within this BIS Innovation hub. And this is where we aim our indigenous arrows to promote our Tribal Golden 50th Yobel Restitutionary Slave Compensation Act, to place this Global debt in detainment that derived from this foundational international Contract of this 1609 chartered Virginia Company of London, as this is where our Scriptural Yobel places this U.S. Maritime international Contracts In Breach. On the behalf of we the Tribal body of Yashar'ale, for this international obtaining of this our Cusip and TDA Master Trust we reclaim back into our Land title from all whom are found liable of this international Contract of fraud, in the "regarding" option in this Truth Affidavit of 4 of 4 pages. As we bring forth these acts against this Tri-Mission Corporalism towards this release of our Land adverse claims, because of our Biblical Sentence of 400yrs has expired as listed Scripturally and physically Aug 20th 2019-present (Gen 15:13-14) as this Vatican Roman Church Quasi Government of Great Britain knows of, when it come to this Prophetical claim of all things In this full Disclosure process that shall Lawfully Restore all of our Tribal Adverse Claims (§ 8-102 (a)(1) back unto our Tribal Families as our Holy Scriptures state's with all of our possessions (Lev 25:9-13) and properties as we exercise our Spiritual rights (42 U.S. Code § 2000bb–1(c) according to my title as the Crown Holder and Scriptural Birthright obtainer. To Garnish all things here on my Tribal Embodiment Lands Entirely by 80% and all that these international bankers have received by co-signed forged indorsements from this Department of Commerce illegally by these Adhesion Contract from us secretly without our Knowing through these Depart of Healthcare services through the birth certificate process for Exactions to obtain unjust enrichments. As IAM Whom is "Well alive" to reclaim our (42-507) Estate Land title back with all that belongs to my entire 13.4% of my Tribal body and Land Value that I come to obtain for them by this Class Action from these international Bankers Respondent's, for our Land possessions and properties hereof by this Sovereignty we seek by our new Hebraic Aboriginal indigenous Tribal International Title. Unto our Holy YAH outside of these ancient and modern pillars of Serfdom and nowadays Feudalism's as stated below about all Contractual Obligations In full allodial entitlements § 28:8–501(a) that's connected to this U.S. District of Columbia Organic Act of 1871-Chartered Virginia Company of London Treasurer and Company of Adventurers and Planters of the City of London Stock debt bondage. ( No matter what shall happen to "all" these National and international Grantee debtors listed above and below that I come to collect this (GASB No.34) established this modern Global debt value from, of my Tribal creditors individual Trust and private accounts, In full as stated under these Strawman Master Cusip and TDA Quasi Contractual obligations by this Aboriginal indigenous Class Action §19-1305.07 Chargeback Non-Negotiable bill of Exchange §28-2303 because of this eminent domain of unjust enrichments of these shares as our international Beneficiaries ). That has a modernized Hand In this Nationally or Internationally by this marketing and auctioning off my Tribal body MCO security certificate bonds records! that derives from this UK Death, Birth and Marriage certificate act of 1837 and this Securities Act of 1930-33-Present (§ 9-105 (A)(4) under these Security Stock bonds, and Land Trust Fraudulent Contractual obligations as the Federal Reserve clearing Corporation within its Warehouse Operations (§ 7-202(a) have converted them into these promissory notes to secure this illegal Exaction that's In cahoots with this Department of Defense trustee (15 USC) lien financial statement that's explained In section (TX) (Title 12 Sec. 1831n (a) And it's Department of Commerce Forgeries. As we the Aboriginal Indigenous Tribal body under this new Hebraic Aboriginal Title as of Aug 20th 2019-present seek this full Disclosure (§ 44–105.07) of these international Contractual obligational terms of how they obtain these unjust enrichments. While we are still under their Virginia Company of London founding fathers' slave's names, within these creditors and debtors international Banking Systems by these forged MCO Indorsements. And this Marine insurance of the Lloyd's of London is in full liability for these initial transports across the Seas and this modern London Stock Exchange Group plc within His Majesty Treasury that enjoys also these illegal Exactions, they all as international Respondents haves a part of this Transatlantic Slaves Mere Chattel real and personal property good for service sailing routing laundering obligations. So, we the Tribal embodiment of Ha'Mashiach as the one and only true Saints of YAH Almighty, shall obtain all that have been stolen by these forged Indorsements of these "Certificate Bonds" SSN and Birth Certificates as a helping Hands unto this Land locking new Aboriginal Indigenous Tribal reservation on our entire Landmass under a new name by our Holy AbbaYAH Temple Economic Royal Palace system as explained below for our Communities with "all" that's stated below In Section (SC).

RELEASE FROM INTERNATIONAL CONTRACT OBLIGATIONS:

 (TX). We the Tribal Embodiment of Yashar'ale as the obligee (s): Exercise (42 U.S. Code § 2000bb–1(c) our Religious Rights! against all Commercial Contractual Obligations of Esau and his Descendants that's our this Roman British Empire Constitutional Monarchy by bringing forth our Golden 50th Yobel of release on the behalf of our 400yr Biblical sentence that have been completed on Aug 20th 2019-Present (Gen 15:13-14) that places all International Commercial Contracts and National Debt in detainment as evidence for review towards reclamation (Lev 25:9-13). On Behalf of this International Breach of Commercial Contract, we bring before Supreme Admiralty High District Courts: Of Commerce' (Executive Order#10834) of The United States of America Inc. (2193946) 28 USC 3002 (15) (A)(B)(C) Administrations of (§ 38–771.07) "Judicial" services In upholding of the Intro7.2 Separation of Powers act, corpus juris and lex fori Laws of this "Second Constitution, Constitutional Monarchy Tri-Mission construct of this U.S. 1619 Chartered Virginia Company of London" with all its Quasi Modern "Fifty Corporate Capital Hill's Shareholders/ Stockholders herein known as the Union of States on our Aboriginal Indigenous Tribal soil by this joint stock 42-516 under the Hand of this Rebellious Territoriality State of Washington, Dc. That's entitled to legally accompany this Quasi Parent Delaware Corporation of the United States of America Inc. (2193946) "while chapter 11 is implemented" as dissolved high offices in operations?!

0.0. Any Response that is not an affidavit is the same as acquiescence.

1. WORKMAN IS WORKING OF HIS HIRE.

2. EQUAL UNDER THE LAW.

3. IN COMMERCE TRUTH IS SOVEREIGN.

4.TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.

5. AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.

6. AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE.

7. COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.

8.WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT

9.SACRIFICE IS THE MEASURE OF CREDIBILITY (NO WILLINGNESS TO SACRIFICE = NO LIABILITY, RESPONSIBILITY, AUTHORITY OR MEASURE OF CONVICTION.

10. A LIEN OR CLAIM CAN BE SATISFIED ONLY THROUGH REBUTTABLE BY AFFIDAVIT POINT BY POINT, RESOLUTION BY JURY, OR PAYMENT.

Topic matter terms of dispute within this truth Affidavit on the Behalf of my Tribal Obligee(s) Breach of international Commercial Contract: We make reclamation towards All things at its max maturity that these international Respondents have illegally exacted by our Cusip and TDA Adverse claims trust funds as sub companies under this Serfdom and Nowadays Feudalism act of their founding fathers Aug 20 1619 Virginia Company of London Foundational Maritime Transatlantic international Commercial Contract in its authenticity. From our Lands and body values that must be returned back in full values unto we the Tribal embodiment of Yashar'ale whom are the true seed of Abraham Isaac and Yacob! that's in embedded in our Land Title, we seek on the behalf of our Holy Scriptural Prophetical Release of our 400yr Sentence as of Aug 20th 2019-present as this U.S Virginia Company of London whoms now known as this Dummy Corporation 28 USC 3002 (15) (A)(B)(C) Chapter 176 debt collection Instrument of this Tri-Mission with these international Respondents, whom owe my Tribal Embodiment of Yashar'ale whom are the Obligee(s) all assets that have been made since 1930-30 by this Federal Reserve pledging mechanisms! that this world Entire Global debt (§28-2303) value shall make these amends with all that follows in the section (SC) from these International Bankers unjust enrichments by these illegal Exactions Since 1930-33 from our Adverse claims trust value. That we will ACCEPT BACK FOR OUR SURETY BONDS VALUE FOR TRIBAL PERFORMANCE, by doing this we acknowledge removing the negative claim against our accounts & become the "holder's In due course" of the presentment. As holder In due course, we require the sworn testimony of the presenter of the "claim" (under penalty of-

perjury) & request the account be properly adjusted by this obtaining- through my Redemption from these FEDERAL Clearing Admiralty international and National Corporations Illegal exactions! And I recommend Admiralty High Courts to immediately release this value unto my Tribal Embodiment of Yashar'ale 2nd Freedman trust savings bank to support our Royal Palace Economic reform.

• Scriptural Biblical battle between (Yobel 26:1-35) Two World Foundational Brothers, Esau and his Modern-day descendants and His Brother Yacob and his Modern-Day Enslaved Descendants: British ROME VS YERUSHALAYIM Mt. Zion for World Power Resolution. (2 Esdras 6:9)

• Our 400yr Release from this Expired International Commercial Contract, Aug 20th 1619-2019-present U.S District of Columbia Organic Act of 1871 - Chartered Virginia Company of London Transatlantic Contractual obligational original terms of Debt bondage, that aligns up with our Holy Scriptural Doctrine. (Gen 15:13-14)

• Our Golden 50th Yobel of release from all international Commercial Contracts of Debt bondages. On the behalf of our Restitutionary Slave Compensation Act of 2019, Obligee(s) for this Return of Land Title and international debt Value in its full maturity from all illegal Exactions! Mr. Charles III and his BIS International Settlements and these Respondents Bankers, have established this Routings fraud from 1930-33 until this present day under this Great Britain Seal of the realm. That STAMPED them in full Liability for all these fraudulent crimes he's committed as their crown and we seek full recoveries. (Lev 25:10-13)

As these International Creditors and Debtors Respondents Have Lawfully 14 days to answer this Affidavit of truth by this Federal Service rule 4' point for point after Admiralty High Courts set a precise date for this disputing! in due diligence unto this pursuant to section UCC 3-501 by a response of Affidavit only, Legal due process advised. In accordance with this 1866 Civil Rights Act, John Bingham, whom is the man who drafted Section One of the Fourteenth Amendment, that expressly described the 1866 Civil Rights Act as protecting the natural and equal right to due process in matters relating to life, liberty, and property. He who leaves the battlefield first Loses by default and has to leave all offices because of this long going Treason that comes by its bankruptcy anyhow view (8.D.P). Because of our first Declaration of Emancipation Act of 1863-65 that's given its jubilation! as Admiralty High Courts don't know as of yet we the Hebraic Aboriginal Indigenous Tribal People knows already Spiritually what's going on Prophetically by our Holy Heavenly KING "plague wise" in these Latter-days as an true Act of YAH, unto all Nations since our Completion of our 400yr Biblical sentence on Aug 20th 2019-Present that has Expired as explained below deeply as we exercise our Spiritual rights (42 U.S. Code § 2000bb–1(c) in expressing this Foundational Holy Scriptural formation of our Sovereign Creator latter day Prophecy whom we are sovereign to upon these Hebraic Aboriginal Indigenous Tribal Landmass. Between two Biblical Families and their World Businesses one in Righteousness and the other in Unrighteousness. And since 2020 these Nations Have Economically been failing because of this battling against this Golden 50th Yobel release of ours as we're the foundational Obligee(s) of this 1619 Virginia Company of London Maritime Transatlantic International Commercial Contract, whom Come for our Land Title and its full interest maturity of Value from these International Bankers whom have decided to harden their hearts unto all that we the Tribal embodiment of Yashar'ale have been requesting. Which was the wrong thing to do! on the behalf of this Rebellious Territory of Washington, Dc as its international Bankers upon our Aboriginal Indigenous Tribal Landmass while under this chapter 11 dissolution of all high offices. As we see their Spiritual decisions placed them in our Holy AbbaYAH Spiritual Righteous Judgement and we're sure that there silently choosing of a militant act against us to subdue our Prophetical Rise to power, was the wrong thing to do as well even though they've already made us an enemy to the state by this emergency FDR act unto them since 1930-33 that we overstand and we recommend Admiralty High Courts to do a National re-evaluation of all that's going on in this nation. Bankers wise and why they have instructed military authorities to choose the "Scorched Earth Policy" silently to sabotage our Land resources since we're the true House of Yashar'ale whom you all known as Jacob whom is still battling against his Biblical brother Spiritual hatred and Descendants Financial greed as the gained by the sword they lived, just check the Roman British history it shows. And it's only because we're the House of Yashar'ale and as we sought for our Reparations ignorantly I noticed as the King IAM they've been caught in these Illegally Exacting of our Cusip and TDA Certificate bonds that we rather gain our intergenerational wealth off of our exile from this expired Breached Contract as the Obligee in Acceptance towards our Restitutionary Slave Compensation. But however, by this Truth Affidavit We Express this International Commercial Contract Expiration which brings forth this Breach and its Foundational history of Maritime trade since Aug 20th 1619-2019-present! as our Tribal Biblical rising according to (2 Esdras 6:9) Power can only heal all Nations (Act 29:10-12) once we receive all of our Possessions and Properties backs from these International Bankers whom are connected to this Rothschild's Family, And we Tribal embodiment of Yashar'ale all know this is the Vatican Church Delaware Colonial Branch of-

their 13 Baronet Families known now as a Non-profit Religious Corporate entity called the United State of America inc. (2193946) On our Aboriginal Indigenous landmass within this Rebellious Territory of Washington, Dc. As an expired Corporation known as 28 USC 3002 (15) (A)(B)(C), District of Columbia Organic Act of 1871, Whom we seek our Land Title back from whom is under the hands of the High Constitutional Monarchy Tri-Mission of the Holy See and great seal of the Realm of their great Britain Founding Fathers established this Nation as Mr.Charles Family Tree, That shall run from this truth as our Holy Scriptures state (Deut 32:31) that shall ultimately lead them to worse things they've already been enduring now Prophetically as the world see what our Holy AbbaYAH have stated in (Matt 24:4-33), instead of them disputing this fraud of theirs by this legal format of 10 maxims laws of Commerce on the behalf of this Affidavit of truth where in Commerce truth is Sovereign. As I prophesy this truthfully and early now as I write and by nothing but our Prophetic truth beforetime in overstanding how this 1789 justice system works but this must be known truthfully also there are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178) that's against us and not for the "we the people"! They shall run from this truth that's Expressed Biblically, Commercially and Personally. And on the behalf of Admiralty High courts as administrators over legal Due process as their action shall prove their fraudulent characteristics of their luciferin accounts they've protected through these illegal Exactions that's of my Holy Heavenly AbbaYAH Chosen People Values of their bodies and Lands under this UK Certificate Bond Act of 1837 shall release all of our titles and their values unto we the Tribal embodiment of Yashar'ale, that's been planted in our Aboriginal indigenous landmass soils under this serfdom and nowadays Feudalism act. On 1606 by Mr. JAMES I whom is one of their founding fathers, whom is a high component within this U.S Chartered Virginia Company of London Treasurer and Company of Adventurers and Planters of the City of London structures in our stolen Interest that belongs to me that's of our Estates as we're the sovereign Creditors whom are the Obligee(s) since Aug 20th 1619 to Aug 20th 2019, that I make this international reclamation for all assets of these international respondents whom have wronged their obligee(s)! As our Brothers whom are the 2 and a half Tribes of my Holy KING stead whom came across the way by these Transatlantic Slave Illegal Transports from across the Sea's on Aug 19th of 1619 from these Estates within Alkebulan which is Present day Africa to become servants by this debt bondage by indentured servitude without pay under this original Obligational term of this international Virginia Company of London Commercial Contract. By this Maritime Royal Navy trading system which has brought this Prophetical prophecy of our Holy Scriptures into play of the start of our 400 Yrs, that have set up this entire foundational international Contractual Structures that Daniel the Holy Prophet have spoken on in his Holy book pertaining the Babylonians king Nebuchadnezzar (Dan 2:1-44) dream of our path of Biblical Historical Captivity down until this day and this is Facts for point for point in this Truth Affidavit. And this is where I place this original insurer of these international Contractors which is this marine insurance of Lloyd of London on record for this Maritime Liability that's in breach for all claims within this truth affidavit, that these International Bankers haves of ours entirely within their institutions we claim back that originated from their bank of England slavery book. As this also gave sway to these laundering international Bankers since 1930-33 of this securities act of President Franklin D. Roosevelt to finish this ongoing work of their President Woodrow Wilson 1913-21 legalese legal personalities strawman act of this ledger paper man Contractual obligation system that sold the World to this BIS international Settlements to formalize there NYSE and LSE by these illegal Exactions of my entire Tribal Body of My Holy KING Stead Nationally and Internationally. Which we're the Chosen people of The Holy Scriptures our true and original that comes to implement to Admiralty High courts this Foundational Maritime Company of London Breach of international Commercial Contract on our Land mass as of Aug 20th 2019 in release of what it owes, that's entirely within our Adverse claims that's fraudulent tied up in these international Respondents Affairs. That's of our land title in its full maturity of Value since the 1619 original authenticated Parent Company As we present unto Admiralty High Courts this expired Notice by this Truth Affidavit that's of this Aug 20th 1619 U.S Virginia Company of London Transatlantic Slave Contractual obligation that was only for our Biblical Spiritual 400yrs sentence (Gen 15:13-14) as their obligee(s). And this is where we bring forth our Golden 50th Yobel of release which shall establish their Eviction that will guide them towards the Sea by leaving this battle, if not point for point for all Adverse claims entirely by their response of an Affidavit. If Admiralty courts can't get ahold of Mr. Charles III on the behalf of all Respondents in this truth Affidavit whoms involved by Tri-Mission And his crown and great seal of the realm and his British Empire Family Tree connection with this District of Columbia Organic Act of 1871 and his! Majesty Treasury sub company which is called the United Kingdom Corporation LTD Maritime international Commercial Contract signing as we Demand full disclosure of this U.S British Virginia Company of London Maritime Transatlantic international Commercial Contracts in the time that's given for this legal due process under the penalty of perjury of This British Empire Family Tree connection. This will be our wonderful great apology from these International Bankers on the behalf of their king as you all as Admiralty High Courts! takes true acknowledgment under oath as Administrators to reward us for these illegal Exaction by this favor in victory towards the plaintiff I with all Adverse claims that have been ridden-

from, we the tribal embodiment of Yashar'ale terminal use because of these Birth certificate bonds. These bonds since 1930-33 brought them over trillions to these international Banker Respondent's by our Death, Marriage, and birth MCO records through these export and import sectors of this UK Baronet establishment of 1837 that's also of this 1930-33 construct of these Registars that made us the Obligee(s) by these birth certificates Bonds and this is where we the Tribal Embodiment of Yashar'ale seek our full Cusip maturity (28:8-501) debt values back in for by our Restitutionary Slave Compensation Act. So, by legal due process we the Tribal Body of Ha'Mashiach seek for Admiralty courts to hold this Rebellious Territory of Washington, Dc to this instrument you all hold to! to be upheld by the oval oath they took according to this 2nd Constitution that derives from this 1619 parent Virginia Company of London 1st Continental Congress Constitution and if you're not formal about this Virginia oath that makes all ministers of Justice eligible to corporally ( Title 28 3002 (15) (A) (B) (C) justify in truth and nothing but the truth by Life, liberty and property overall title Bonds, if not! and you're having problems with remembering this oath my friend because of the radiation and metals that fall from the chemtrails out of my Holy Heavenly AbbaYAH skies as this combustion that triggers dementia by these 5g towering gamma wavelengths. I've come to help you out, you're now'! It is of this 1621 chartered Virginia Company of London Admiralty (28 U.S.C. § 1333 )(1)(2) Transatlantic slave Contractual incorporation Commerce book registar format as follow of this Corporate Admiralty Federal Republic Jurisdiction of the Continental founders of Great Britain, 'IN ORDER TO GIVE LEGITIMACY TO A COMPANY LIKE THE CHARTER OF THE VIRGINIA COMPANY OF LONDON A CONSTITUTION IS PART OF THE CORPORATE BOOK. REGISTRARS FOR REGISTRIES WERE ASKED TO TAKE OATHS OF OFFICE IN ORDER TO ADMINISTER TITLES PLACED IN THE REGISTRY UNDER THE CARE OF THE REGISTRAR WHO USUALLY WORKED UNDER THE AUTHORITY OF THE KING OR QUEEN CORRONATED BY A RELIGIOUS ORGANISATION AND/OR UNDER SIMILAR TYPE OF STRUCTURES". Like this United States of America Inc. (2193946); 28 USC 3002 (15) (A)(B)(C), District of Columbia Organic Act of 1871. That's a Tri-Mission of the Roman Vatican church and the United Kingdom of Great Britain, that holds my Land Title rulership over This Rebellious Territoriality State of Washington Dc whom hinders as world National international bankers of these National and international debt (§28-2303) that's its global value full maturity. That I, now accept for value all the Charging instrument of my 13.4% of My Tribes Herein the U.S. in this Matter to obtain, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against king Charles III on the behalf of these international and National Respondents and Release the order of the court to me immediately considering our Sums certain and Surety Bond in the truth Affidavit front page (SC).

(1) FACTS: We the Tribal Embodiment of Yashar'ale: Lay Foundation to this Contractual Commerce dispute by exercising our Spiritual rights (42 U.S. Code § 2000bb–1(c) from our Biblical Context point of view that have been embedded with our Biblical Historical truth of two (Yobel 26:1-35) Brothers Fighting over their stand for the whole Earth by Spiritual Birthright, one has established Righteousness in their fruits with their YAH Almighty (Exo 24:8) by a Blood oath and Covenant in open hands by reconciliation to bring in the gentile converts unto whom most known as GOD ignorantly! And the other was Esau (Gen 27:38-42) whom grown very bitter and wicked and Conjoined with many nations to establish many unrighteous acts to harm his brother Yacob Spiritually, Emotionally, Physically, Mentally and Financially by cutting (Ps 83:2-5) us off as a Nation with all that belongs to us. That even lead into this modern-day conflict of Contractual fraud that we as the Tribal embodiment of Yashar'ale has witness Historically at first hand within this 400yr Virginia Company Captivity under this British Maritime transatlantic slaves' Contractual obligations as the Obligee, that's of this Edomite Baronet Modern U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London Transatlantic slave's contractual debt bondage. That has ended Aug 20th 2019-present by our Scriptural release (Gen 15:13-14) on the behalf of our Golden 50th Yobel (Lev 25:9-13) as these Contractual Obligational terms was implemented upon us strongly as historical and modern records show in many ways that came with many Heinous acts as follow in these four case codes (22-1806) (22-3002(1) (22-2102), (22-3701(1A). Off the sale for goods service bargaining's terms right into many plantations, unto this modern-day auctioning within these banking institutions of Esau and his descendant's Obligational terms by this legal legalese personalities thats formed these bonds unto this marketplace as a livestock value under these forms of the 144a and 1099 A that's clearly illegal Exactions within these U.S. British internal Contractual Affairs. Especially now since Aug 20th 2019-present for my Hebraic Aboriginal indigenous Embodiment to be asking through protest greatly for Reparations in knowing not of these Exactions under these Department of Treasury forms that originate from our forged MCO Records indorsements since 1930-33, that we the Tribal body of CHRIST demand all of our Adverse Claims and land title back from to become set apart from this Corporate laundering as our Holy Scriptures states from this latter-day Roman Empire! As-

our Biblical Golden Yobel proves strongly towards this Biblical activation of this Transatlantic Breach of international Contract "H.R.1242" and H.Res.414 — 118th Congress) But However, we bring forth our Restitutionary Slave Compensation act to initiate a world Acknowledgment also of whom we're that these world elites lied about. Which leads to all that follows in this Affidavit of truth! That has expired contractually beginning with these Corporate slave masters of this U.S. District of Columbia Organic Act of 1871- Chartered Virginia Company of London until these modern-day terms against my Obligee (s) as Abolished Secret Mere Chattel Real and Personal Property that have been Abolished Congressionally in truth. That later became this laundering Ring off our Forged Indorsements by routings numbers we seek this full disclosure for, towards this obtaining of our Tribunal of Recoveries to rise up from under these furthered silenced attacks of this new Mere Chattel slavery legalese personality of this 1930-33 Paper man. Against what the bargains terms consist of that are of these 28 USC 3002 (15)(a)(b)(c) obligations of Esau and his descendants whom have modernly Conjoined internationally as one (Ps 83:3-5) with the international bankers to instruct these paper ledgers securities against "Us" Yashar'ale for these illegal Exactions of our Cusip Commercial Bonds as they've established us as their admiralty Maritime Citizens in lower class poverty (Deut 28:41-45) as a pledging. Which Esau and his modern-day descendants have accomplished torturously and notoriously, Hereby In this establishment of this physical matter as we come to obtain all trust funds as Obligee(s) in acceptance of this full international and National debt value in redemption! by this set apartness unto our Holy AbbaYAH as my Tribal Body from underneath this foundation of this Serfdom and Nowadays Feudalism act by this Affidavit of truth. As I briefly explained in this Tribal masterpiece we present before this Admiralty Court with all these Facts above and below, of this truth by these facts as stated In this affidavit of truth against all National and international Creditors and Debtors Respondents; By these statements of mine In following up on this legal Class Action international refund for all Adverse claims, that we the Tribal Embodiment of Yashar'ale seek a great dispute for that applies to all these beneficiaries international Commercial contractors known as Grantee, grantor, Debtor creditor Banking legalese In this legal truth affidavit by this lawful Commerce Format of the Ten Maxims Commerce of Law point for point, Whom the Head of this British Baronet Empire must stand up for entirely under his great family tree seal of the realm as king Charles III is in Complete Constitutional Monarchy liability as his Response can only be acceptable with his Seal upon a return of his Affidavit. As I bring forth all of this evidence presented below against this World Industry UCC 1 international Commercial Contract Fraud and its sinister agenda among all people as their financial altar that resembles their ancestor Caesars Agusta world term here in our Holy Scriptures of (Luke 2:1-2) where in due diligence unto this pursuant to section UCC 3-501 We bring forth this truth as evidence for review of this Global debt to proves these international Respondents have secretly enslaved my people outside of this Congressional Records of this Declaration of Emancipation proclamation abolished Mere Chattel slavery. Which will promote our Biblical Yobel (Lev 25:9-13) being implemented towards our Restitutionary Slave Compensation act! That places this District of Columbia Organic Act of 1871 as the obligor In Breach of International Commercial Contract for release of all values, that was "taken from us" "Trust wise" on our Aboriginal Indigenous Landmass that we as a Tribal body reclaim back as a land tax refund by this obtaining of our land Title. In depth on our entire Landmass in its full debt value maturity under our new Hebraic Aboriginal indigenous Tribal International Title Royal Palace Economy system. That's well Explained In this truth Affidavit that also comes into accordance with these words of this June 20th, 2022 Declaration of Emancipation proclamation statement of Ms. Kamala Harris, about my Tribal body "body wise" releases of what was taken from us ( https://photos.app.goo.gl/YDgVxNwTNBQ28k618 ) that we the Tribal body of Yashar'ale come to obtain that she didn't own up to, as these Master Trust Exactions speaks plainly as white collar crimes against Mankind and Humanity that has established all things for and in these International civilizations with everything that was actually Exacted from us while we're suffering from many discriminative matters. Within our Communities by these certificate bonds that's of the such as follows In this Affidavit of truth within this Serfdom and Nowadays Feudalism act. That we the Tribal Embodiment of Yashar'ale reclaim (§ 8-102 (a)(1) back! in Full Compensation of these Master UCC 1 Trust that consist of these private accounts that follows Cusip and TDA and Cestui Que Vie Act, Land Trust adverse claims. Which have become fully embedded within our Trust Land Title that Mr. Charles III holds in due course within his international and National Respondents illegally since this Breach of international Commercial Contract as of Aug 20th 2019-present. And By this dispute as the Obligee(s) we seek this Direct payable of the order to our newly black owned bank as explained in section (SC) by this Chargeback Non-Negotiable bill of Exchange immediately, unto our new Freedman Trust savings Bank to perform Righteously as freed slaves truly by this Declaration of this Emancipation in truth unto our own Economic systems outside of this falling Economic State of this Rebellious Territory of Washington,-

Dc and its Tri-Mission National and International Bankers because of these debt crimes Against my Tribal Embodiment of Yashar'ale! by these forged Indorsements that created all Commercial Bonds we seek an resolution for at its full maturity on the behalf of all they used illegally to gain unjust enrichments from my Tribal embodiment of Yashar'ale and the American People whom shall rest under My Holy KING Chosen People now within this Paradigm shift (2 Esdras 6:9) For this reclamation of all things we as the Tribal Body places this Admiralty Maritime Commercial Contract Obligational National and International Debt In review for as our evidence. By this Breach of international Commercial Contract to empty out all these international beneficiary Creditors and Debtors Respondents Banking Institutions in full that's been found with these Exactions illegally of our Cusip Stock Numbers by this truth Affidavit and by Mr. Charles III response only by affidavit, as we Enact this full disclosure that will free the holds of our Gold, Silver, Diamonds, and livestock values of my entire indigenous World Landmass values whom exist under this system of this British Roman Vatican Church Empire Alive and revived from the Sea by the Spirit of my Holy Heavenly AbbaYAH. Unto me as IAM the KING my YAH Anointed me to be to obtain all things back from under these security papers mere Chattel Real and Personal Property loans programs herein these Northern and Southern American Estates and therein In present day Africa entirely, that's known as Alkebulan that brought forth anything unto this National or International European Corporalism international banks by these unjust enrichments off our Birth Certificates and SSN'S stock numbers! This return of claims will show a historical apology also to support our New international Hebraic Aboriginal indigenous Tribal International Title, that declares our true Liberation also as a new Reformation by Nationality of true origin straigth out of the heir of me and my Tribal embodiment of Yashar'ale Biblical Ancestors in set apartness from this U.S District of Columbia Organic Act of 1871-Chartered 1619 Virginia Company of London Transatlantic slave's names that breaks us free outside of these creditors and Debtors white-collar crimes as released Obligee(s) with all things found within this Breach of International Commercial Contract fraud of these respondents that have become breached as of Aug 20th 2019-present in accordance to our Holy Scriptural release (Gen 15:13-14) of truth.

(2) FACTS: We the Tribal Embodiment of Yashar'ale: Come as the rightful Landowners to make Reclamation towards obtaining all that have been Illegally exacted from our Cusip and TDA and Cestui Que Vie Act of 1666 of Great Britain' Certificate bonds that derived from this UK Birth, Death, and Marriage securities certification act of 1837 number routing, that unknowingly have harmed us as we seek relief from all Homelessness by obtaining our debt Values back from all whom holds our Land Trust Title since 1609-present of this Great Britain crown that's in this breach of international Commercial Contract on the behalf of Mr.Charles III of the crown of Britain where he becomes liable for his family founders as holder in due course to our Land Title he placed within this Tri-Mission unto this U.S Virginia company of London modern day District of Columbia Organic act of 1871 under his Great seal of the realm. That we seek back on the behalf our Interest to the Land entirely as we're sovereign unto the King our Holy Heavenly AbbaYAH as his Chosen People (§ 28–3103) (b)(a) as this Global debt been set before us all as bondsmen and bondswomen that we will ACCEPT BACK FOR VALUE, by doing this we acknowledge removing the negative claim against our accounts & become the "holder's In due course" of the presentment. As holder In due course, we require the sworn testimony of the presenter of the "claim" (under penalty of perjury) & request the account be properly adjusted by this obtaining through my Redemption from these FEDERAL Admiralty international and National Illegal exactions by this truth Affidavit, unto our 2nd Freedman trust savings bank to support our Royal Palace Economic reform. That comes by the way of our Righteous Administration here at W.E.O M.O.H.H.D. Spiritual ingathering Counsel, will structure our own Economic reform within these Retrieving of these international findings by full disclosure! that have harmed my Tribal Communities by these thefts as they're the obligee(s) in this Breached Foundational international Commercial Contract that's connected to our 400-year Biblical Sentence that have expired Aug 20th 2019-Present. And now before Admiralty Courts we seek Everything back thereof from these International Bankers respondents that have illegally exacted our Cusip and Cestui Que Vie trust, as we come into these final days in reclamation of all of our Adverse claims at it full maturity to accompany our communities by obtaining our land title back. I will Holy Consecrate all things from outside of this Biblical modern latter-day Kingdom of Rome for our use in set apartness. But however as obligee(s) We bring forth for review our MCO Records indorsements that was forged into this Admiralty Custody of this Department of Commerce for their extensive financial value by their credit routing numbering system on the behalf of these Adhesion Commercial Contracts that have become set for unjust enrichments by the clearing of this Rebellious Territoriality State of Washington, Dc Corporation stock known as the Federal Reserve unto these international Creditors and Debtors Respondents banking institutions, whom I place in violation (22–933.01) (1)(2)(3) for taking advantage of my vulnerable Tribal embodiment for their knowing's of this fraud by these illegal Exactions. Which historically promoted our -

extreme poverty as expired obligee(s) since 1862-67-Present as we have a great history of being abused by this entire U.S corrupt system by this derelictio of personnel support as well because of this discrimination and Dehumanizing matters against us by these cruel and unusual Obligor(s) that led to many injustices that proves they defend us improperly while enduring this debt bondage we've have within these Maritime contractual Obligational terms of this U.S. District of Columbia Organic Act 1871-Chartered Virginia Company of London "mere chattel slave obligations" that has truly prophetically expired Aug 20th 2019-present from all governmental brutalities etc. And by our Restitutionary Slave Compensation Act! we come before Admiralty Courts by this truth Affidavit to establish, within this provision outside of all fraud that shall be sought out in truth by the courts on the behalf of our Holy Scriptural Golden 50th Yobel of release that we shall overcome that breaks all Yokes that's proclaimed within this affidavit by this dispute of taking back all that was taken from us by these Corporate thieves. By presenting this Obligational term of this well-known historical instrumental fact of this British Congressional system that reduced Global debt once before which is quite strange they have not done this by releasing it back to all whom they've illegally exacted this Value from. But it is this Slave Compensation act of 1837 that helped international and National debt by oddly given to the slave owners in these days of the 1800's as a reduction off our first release from this historical debt bondage and NOT THE SLAVES WHOM WERE SET FREE as their Obligee(s) within the beginnings of this Breached International Commercial Contract. So, as we're righteous Prophetic Helpers of our Holy AbbaYAH whom became freed since Aug 20th 2019 by Biblical and commercial expiration of this foundational maritime Contract without our Land Title, we come to obtain it back and its international debt §28-2303 value it holds globally unto we the Tribal embodiment of Yashar'ale whom are the obligee(s) in exile from this U.S. Virginia international Commercial Contract we bring forth before Admiralty High Courts that's in breach for this debt review, that we seek to obtain. Here at W.E.O M.O.H.H.D Spiritual Ingathering Counsel as we extends these truthful facts entirely by healing the Nation of all debt pains by obtaining back these illegal Exactions it originally formed from, unto our Restitutionary Slave Compensation Act. By these refunds as this will make us back the original World Landlords in full Sovereignty and Righteousness accordingly to our Holy Scriptures as true inheritors of our Holy YAH Almighty sovereign world he's created to stop all fraud by, when it comes to this dispute against Mr. Charles III and his international and National Respondents whom established these Illegal Exactions we come to crush that have pierced (Gen 3:15) our heals as these Elites heads of these Quasi Corporate gmt shall be crushed on the behalf of this truth Affidavit. Which is thee only thing and way that could even honestly end these international Nation's from waring as they're under prophetical Judgement. That's under My Holy AbbaYAH Latter-day judgment (Act 29:10-13) Which proves Admiralty Courts of this legal matter! that they found a way to hide this debt, use this debt and to escape from this debt to keep us only as captives to this world debt (Deut 28:68) as Bondsman and Bondswoman, as registered collateral that's been endured as the Obligee(s) of this debt that has expired for payable to the order to our Restitutionary Slave Compensation act of 2019. But however, we see by many Reparational protesting acts they denied us as if they'd rather receives our death certificate bond fund sadly where we're worth more dead than alive, so if you all don't remember for the record we've all also been bought by these BIS international bankers in 1930-33. But as you check the records my Holy AbbaYAH once before crushed these Rothschild's bankers, banking institutions for their Sin in breaking the 10 Commandments of the universe Laws on Earth in robbing my Ancestors and us modernly for their rise as they're a church gmt right? As these plagues was their karma many times that brought them unto their knees before my Holy AbbaYAH but instead they Enacted this lie towards these fraudulent schemes of illegal Exactions in order to re-establish these banking international reconstruction off the foundation of this fraud of our Nation trust land Title and this is very factual that placed all nations in harm's way. Like through this legal legalese personalities creation strawman that's a fictitious entity within our land to silence these loaning thefts of theirs against our 1862-72 Freedman trust savings bank and all of our Black wall st finances, which shook all Stock markets towards these historical crashing that still even happening right now until this breach is handled in truth by a response of Mr. Charles III by Affidavit as he is crown over all these National and international European unionists respondents with this Tri-Mission etc. That  proves their heinous acts and greed and hatred since this 1930-33 Securities act under this state emergency act of FDR that made us also an enemy of the state that designed this socialism through banking powers against we the Tribal embodiment of Yashar'ale throughout history that proves their banking foundations are built completely off fraud by these illegal Exactions of our Cusip and TDA accounts that we've known nothing about as we're the Obligee(s) an we seek all things back from these International Respondents by this full disclosure within this Truth affidavit by a response by Mr. Charles III on the Behalf of his crown of Britain or it shall fail off his head unto my heel! if this goes unrebutted for the true Liberation of my Holy AbbaYAH Chosen People of YERUSHALAYIM. As we've always been looked at as being too poor to get Greater education and was always discriminated towards having a better living in life, because of these illegal Exactions this entire time to buy are way out of anything or obtain most things that's owned by these international bankers because we we're and always been the truth seed of Abraham Isaac and Yacob, that was the backing live chattel stock of these bankers' systems. So, we make-

reclamation towards these Adverse claims (§ 8-102 (a)(1) immediately that have been stolen from us since birth by export, import through our mother's canals unto these docs. As of now we've come to obtain this relief by this expiration to establish our Hebraic Golden 50th Yobel (Lev 25:9-13) of release we stand up for on the Behalf of our Spiritual Rights that shall strengthens this Breach of international commercial contract we present before Admiralty Courts this day. For these claims even more since January 1st 1863-65 as an addition to our Prophetical Paradigm shift (2 Esdras 6:9) for all adverse claims that's within our Land Title, that we seek back by this truth Affidavit against all illegal international Commercial Contractors within our sovereign worldwide jurisdiction whom gained top value to accompany their Nation's financial systems and structures illegally in fraud. Otherwise is it not true of these facts also? This proves that Congress is reliable for falsifying outstanding information if this is not handled properly, as all pledging mere chattel slavery is abolished and logged?! As it also proves they defend us not, just to be a part of this gain by illegal exaction (87 Tenn. L. Rev. 315 (2020) in supporting these unjust enrichments for these international Banking creditors and debtors truly?! Well as the Obligee(s) this is why we bring their fraudulent dealings before Admiralty High Courts to Place this National and International Global Debt In Evidence for review in due diligence unto this pursuant to section UCC 3-501 because of this breach of International Commercial Contracts that internationally holds our Assets as backings in their overseas banking institutions. Which will establish our Biblical release as these obligee(s) from also this District of Columbia Organic Act of 1871 -Charted Virginia Company of London foundational Maritime international Commercial Contract under this Serfdom and Nowadays Feudalism to stop these sailing routing transactions of ours! as these international bankers claim to Corporally govern towards all Admiralty Citizen-ship by safety and land financial protections within this Rebellious Territoriality State of Washington, Dc. So, by this truth Affidavit we seek this to be legally and lawfully removed off our lands herein and therein to end this National and International Commercial contract conflict against we the Tribal embodiment of Yashar'ale that brought this Nation into a financial crisis as we seek this set apartness with all that have been stolen by these titles as we're the rightful Hebraic Aboriginal Indigenous Tribal landowners that's here to heal all Nations outside this Foundational structures of fraud. And as IAM the Crown Holder in due course that comes to establish my Tribal Embodiment righteous 2nd Freedman trust from these activities of these international bankers Respondents, I'll personally on the behalf of my obedience to my AbbaYAH 10 Commandments to Conjoin (42-516) all of our Major Black Banks throughout our Aboriginal indigenous landmass and merge them as our New Freedman Restitutionary Treasury to inherit all what have been Illegally exacted from our Birth Certificates and SSN'S UCC 1 Cusip Trust as adjusted deposited Adverse claims. These international and National institutions have Routed into their draws or vaults that belongs to our Banking systems now, that will be under our Economic full control within our new Hebraic Aboriginal Indigenous Tribal International Title and this is Facts against their Admiralty bankers' fraud they placed my Obligee(s) in as they shall Come up out of this Mystery Babylon with their Tribal debt value. On the behalf of my Spiritual rights I exercise Scripturally on the behalf of my entire Tribal Embodiment full beliefs of our ancestors Holy Great Books as IAM my Holy AbbaYAH Anointed One! As IAM, is our Holy KING whom come to place us over all high estate offices on his entire sovereign Hebraic Aboriginal Indigenous Landmass (OBA 17) that are legally already dissolved by Chapter 11 in operations for their Civil business dealings. For my Reign and his true return (Mal 3:1) to Reign also before all things as this will stop these (Acts of YAH) upon all falling Economic systems as his (JN Contemporary Art v. Phillips Auctioneers LLC ) plagues come to do so since 2020-Present accordingly as our Scriptural Doctrine states In (ACT 29:10-12) as we place this on the record In this Affidavit of truth. So, for these Adverse Claims we the Tribal Embodiment of Yashar'ale, will control all land business conducting entirely by our Administrative rights of this 1st Amendment to assembly outside of this system Commercial Contractual obligations of fraud as obligee(s) unto our Tribal Sovereignty in full obedience to our 10 Commandments as we're not to' and never will as the Chosen Servants of the KING our YAH worship any gentile gods nor serve no one but our YAH Almighty in Sovereignty as Kings and Queens with all of our stolen possessions from these National and international Respondents. With all of our hearts and our due portions of our Land Title entirely from the hands of this Holy See Roman Vatican Church and this great seal of the realm of Mr. Charles III and their Tri-Mission with these international Bankers. We take hold of all the such as follows also (Zech 12:6) the 50 Estates Black Caucus of congress Leadership and all of the Black Chambers of Commerce herein with all of our Black and Brown Businesses and all of our Black Churches ridden from all false denominations of the Holy See Roman Vatican Church, and we will obtain all of our 501c (3)'s that's being blinded illegally by Grant monies that's there's anyways by the illegal Exactions of their Cusip and TDA Adverse Claims that's getting recycled back unto them just to endure this debt bondage as Expired obligee(s) of these U.S National international Commercial Contracts. As our leadership Committee for these Communities as State and City representatives under this declared decelerated National and International Commercial Contractors of fraud! While also being under this well expired U.S Congress management by this Declaration of Emancipation ACT that seemed to get bypassed on and this is why we Bring the breach of International Commercial Contract into the light of this truth Affidavit about this Chapter 11 and its dissolved high offices also that's now for our occupancy. As of those whom are righteous shall strongly seek my Holy-

YAH true system outside of this failing system whom foundational structures been founded by their british fathers on fraud for riches, that been established in our Hebraic indigenous soils that shall be uprooted for the praise of our Holy KING and our pursuit to happiness truly as the exiling obligee(s) in Retrievings of all our debt values maturity as this REAL independence shall stop all acts of this Congress falsifying of information in also hiding these international bankers fraud by these illegal Exactions. That holds us as Admiralty Captives from inheriting our Holy KING prophetical rest in Sovereignty (Isa 11:10) with those by our reconciliation that's willing to be a part of this life changing event for the one and only true YAH of Holiness. Where our works outside of this UCC 1 registrations forum of fraud, shall shine Brighter than the Sun in truth for all that's on my Rock whom Chosen my Holy Heavenly KING system he's given me and his Chosen people to run His world by outside of this world illegal corporate backings by these fraudulent Exactions within this financial Maritime Article 10 Cooperation foreign Trading Relations. Unto our great international Holy and Righteous Planetary Relations and leaderships beyond the measures of this Contractual Financial Commercial fraud that all have fallen to, do to this article 10 Maritime Cooperation in misuse by complete international fraud. As this international 1%, in division to rule in power enjoying these exacted unjust enrichments of this planetary 90% in fraud instead of loving thy neighbor like thyself (Gal 5:13-14) in truth mounted on Foundations of Holiness and Love instead of harming thy neighbor's Nationally or Internationally with sanctioning as narrators in due course, by the control over these contracted fraudulent Currencies as a World Bank and that's why I come to stop these international bankers from harming my Obligee(s). By these illegal Exactions of their Cusip Trust numbers because they have the power to exact from others through this World Banking laundering instrument, and this is very factual before Admiralty High Courts in truth. Which all shall surely in this area be spiritually bound, after this day by this Affidavit of truth rebuttal "by Legal due process". In accordance with this 1866 Civil Rights Act, of John Bingham, whom is the man who drafted Section One of the Fourteenth Amendment, that expressly described the 1866 Civil Rights Act as protecting the natural and equal right to due process in matters relating to life, liberty, and property". As (2 Esdras 6:9) states our rise from all things with all things unto power because we're a peculiar people of Holiness and Righteousness in set apartness that has no dealings with any types of fraudulent act' that our 10 Commandments (Deut 5:2-22) speaks plainly against and bands eternally, in all areas that crushes all fraudulent acts! as we also are the true Landowners that claim back all 50 E'States (§ 42–1501) on our entire Landmass for our operations in due course once this truth Affidavit is handled point for point or goes unrebutted for some odd reason. And this is the reason for this eviction notice against these legalese entities that we the Tribal embodiment of Yashar'ale strongly implemented because they're also already dissolved from these high offices by their own law such as this chapter 11, let alone our Biblical Prophetical one of truth (Oba 17) as we present to Admiralty courts this Expired U.S District of Columbia Organic Act of 1871- Chartered Virginia Company of London Transatlantic slaves debt bondage that's connected to our Biblical History (Gen 15:13-14) which places this corporate instrument in Breach of international Commercial Contract and for all things in this Affidavit of truth to be returned unto our new Freedman trust savings Sovereign Bank where we establish our sovereign jurisdiction this day that shall inherit our Land Title and its entire Global debt §28-2303 values of assets in the Fullness thereof. But as we all can see if it never was a replacement economic system, then how could these offices ever be filled in truth (Oba 21) when they're all Federally Fraud by Clearing Corporations on the behalf of these illegal exactions of our trust accounts as a Non-Existing Religious non-profit that's known as the United States of America Inc. (2193946)? Well, I demand these Adverse claims (§ 8-102 (a)(1)(III) (17) be granted off these truthful facts. Oh, I almost forgotten also our Black wall st like two but one for sure that all knows of in Greenwood in 1830 was strong in numbers and so was our first Freedman savings bank that was (Mal 3:9-11) sniffed out by congress secretly to save this actual NYSE. because of these market stock crashes since 1819-2024 on and off that could have been this replacement! But as you can see Admiralty Courts, blessing my house as my Holy AbbaYAH Great inspiration speaks on could have (Gen 12:3) been a blessing unto America. But this system let us down by rejecting this spiritual mandate by petition I've sent them in 2019 in truth so now prophetical things have occurred to obtain this Reclamation of my Tribal Embodiment Adverse claims by this full disclosure (Title 12 Sec. 1831n (a) and this truth Affidavit is their Proposal unto their end for all assets entirely in every banking institution thereof if this Affidavit goes unrebutted by king Charles III on behalf of these international banker Respondents.

(3) FACT: We the Tribal Embodiment of Yashar'ale: See by this Pope of Rome and Charles III of this British crown and Holy See Roman Church are the High monarchy Constitutional Beneficiaries that's proven Scripturally (Dan 2:34-44) also as the heir over this Western Land title. Labeled in full liability over all that's known in these claims under this Rebellious Territory of Washington, DC, 50 Union Estate within this Religious Non-profit Corporation of this United States of America Inc. as Corporeal Tri-Mission instrument within this 28 USC 3002 (15) (A)(B)(C). In international partnership with these entities by this following such as the IMF/ World Bank Group and BIS International settlements and the rest of the international Respondents (§ 16–501) (a)(1)(2)(3)(c)(1)(2)(3)(4)(5)(d)(2)(e)(f) as IAM my Tribal embodiment-

third-party Collector towards these adverse claims within our Land title I shall obtain if this goes unrebutted by a response by another Affidavit, that these two Monarchy have in their possession and properties illegally under their Admiralty Maritime Monarchy Custody as Exactions that come forth unto them as routing numbers through these financial instruments and if IAM not mistaken MR. FRANCIS already was facing charges in this area. But however, we as a Tribal body redress this matter with Admiralty High Courts for our Independence and to establish our own systems outside of all this fraud! by our New Hebraic Aboriginal Indigenous Tribal International Title with all adverse claims (§ 8-102 (a)(1)(III) (17) that are found as unjust enrichments from this routing scheme in these International Banking systems. As we the House of Yashar'ale, In obedience only to IAM whom is our eternal and everlasting Holy Heavenly Crown Holder and Law Establisher and Giver of the House of His Scriptural Anointed one "King Dawid" as we hold full Interest of all things by Bloodline and Scriptural inheritance to all (§ 42–1501) high Eminent Domain (OBA 17) of these (Estates and Alkebulan which is known as present day Africa for our recovery towards our Economic reform purposes to be a Light to all that's of Righteousness and Holiness Herein & Therein freed from all Western Land title enslavements of the crown of Great Britain) within this Scriptural Act of Liberation by I King Elyakim D. Beulah (Jas 56:18-21) whom Established this Decreed Document of Truth on the Behalf of my Birthright to "the degree, quantity Nature, and extent of interest, which a person has In Real and Personal property. An estate in Lands, tenements, and hereditaments signifies such interest as the tenant has therein", according to all that's held accountable In this Admiralty Maritime-Breach of International Commercial Contract obligational thefts of my Land title as of Aug 20th 2019-present. By these Forged Indorsements of my Tribal Body's MCO Records that were set for routings without our knowing's and credited on the behalf of this Pledging Federal Reserve Clearing Corporation as illegal Exactions into these Corporate Legalese Entities use, towards their increases for international Financial stability and this is where we also make reclamation for our individual request of our Adverse claims (§ 8-102 (a)(1)! But however as true sovereign Landlords of our entire Landmass we make demands of obtaining 80% from all these Corporations Commercial Businesses Earnings and Dividends. On our Aboriginal Indigenous Tribal Lands that have come under the Corporate Clearing of this Federal Reserve Illegal Exactions backings by business loans as illegal CEO Corporate tenants on my "Estate's Herein and Therein" Since Aug 20th 2019-Present of our Biblical 400yr expired sentence that brings forth this International Breach of Commercial Contract for this 80%. Also, in obtaining all that these international respondents have of our maturity debt value In their Corporate Banking institutions as financial help by this Fraudulent structures of illegal Exactions (87 Tenn. L. Rev. 315 (2020) of this Federal Reserve Clearing Corporatism off this pledging that's strongly affiliated by this internal affairs connections with this Department of Commerce by the forgeries of our MCO Records they've gained these values off towards these unjust enrichments. That's as cleared USD Bonds unto this U.S Department of Treasury by my Obligee(s) Commercial Bonds as loans unto all economic Strategies worldwide that's clearly Fraud by these laundering deeds of these international Respondents. As this Financial backing by our SSN & Birth Certificates Stock routing numbers that created these paved lives for these thieves under this Act of Certificate Bonds that derived from this Act of the UK Deaths, Birth and Marriage Act of 1837 In account towards this abolished Mere Chattel Personal Property enslavement notion as we suffer on these Lands of ours to poverty and welfare and Homelessness. And because of this Commercial Contractual Fraud on my Landmass we as the Collective Tribal embodiment of Yashar'ale demands this 80% towards their Rent (8 Anne ch. 14) that needs to be paid immediately upon full disclosure that we seek in obtainment by Garnishing (28 U.S. Code 3205 (a)(b)(1)(c) this Land tax of ours that's tied to our adverse claims (§ 8-102 (a)(1), that stems from our land Title this Department of Treasury and SEC holds financial Contractual records to. Which is embedded within this entire foundation fraud this U.S. District of Columbia Organic Act of 1871- Chartered Virginia Company of London Treasurer and Company of Adventurers and Planters of the City of London UCC 3-501 hold us to in servitude as Obligee(s) within this modern-day debt bondage as collateral. As its already Five years passed due since Aug 20th 2019-present off our 400yr Biblical completion within this U.S Virginia Company of London Transatlantic Contractual Mere Chattel debt and tax Obligational terms that has Expired, and now ready for our reclamation from these Financial Institutions as follows of these National and international Creditors and Debtors Departments of Treasures of Washington, DC and Puerto Rico Commonwealth, The Bank of London, The Bank of England, World Bank Group, IMF, London Stock Exchange Group plc, BIS International settlements. As we bring forth unto Admiralty High Courts this international Breach of international Commercial contract as Obligee(s) to receive back all that was taken from us that's of these SEC UCC 1 Articles 2 CISG Trading Goods for service instruments that these international Respondents uses for this Trading off of these illegal Exactions of our Cusip Trust funds through their Maritime Financial Article 10 Cooperation, that holds all of our Land and body Trust title values we seek back through-

our Restitutionary Slave Compensations act (Gen 15:13-14) now that this U.S. Virginia Company of London Contractual debt bondage obligations has Expired Aug 20th 2019-Present with this Federal reserve pledging mechanism. That holds also our (§ 42–1501) 50 Estate possessions and properties as IAM the sovereign Republic Landlord under My Holy AbbaYAH Laws as Owner in demand for all my Tribal Body full allodial (§ 28:8–501) entitlements to our entire Landmass to be returned immediately unto them! since they searched diligently by protesting for their Reparations, that these international creditors and debtors have of theirs by illegal Exactions under our Cusip Trust Accounts. These refund claims will be a great apology towards this need of restructuring our 2nd freedman trust in replacement of this USA fraudulent system, by our Economic Reform Kingdom Palace system within our new Hebraic Aboriginal indigenous Tribal International Title by our professionals in Ha'Mashiach! In open hands towards all whom is under the lawful act of chapter 11 whom want to rest in truth. That's willing to kick this' Tri-Mission of the United Kingdom Corporation LTD" (Number 09620443) and Dummy Corporation of this 28 USC 3002 (15) (A)(B)(c) and Holy See Commercial Contract fraud out of our Lands entirely with the other international creditors and Debtors Respondents. And this is where we the Tribal Embodiment of Yashar'ale will take these CEO tenants in our Righteous Custody as converts unto our Laws and Holy Heavenly AbbaYAH according to our Scriptural Yobel of exile! that promotes our-increases and the departure of all fraud of these international bankers and their authority of this usa DOD-Military (Joel 2:20) whom obtained these unjust enrichments off our Lands and body pledging. As we the Aboriginal Indigenous Tribal Righteous Title Holders seek these Dividends and Earnings from all these CEO Tenants on our Lands Nationally, Only for them to accompany us with their truth unto our Restitutionary righteousness as secured business owners in truth not this Nation Fraud! as our Clearing unto our Restitutionary Treasury Bank to properly conduct business with these illegal Exactions that this Federal Reserve have cleared for their backing in Unrighteousness, for our righteous use AS OUR BACKING NOW. And we the Tribal embodiment of Yashar'ale seek back this International global debt (§28-2303) value as our punitive damages that accumulated over these years that was in the possessions of these international respondent's institutions possessions as our Cusip trust values in full maturity growth that's been awaiting us in these adverse claims. To obtain unknowingly since 1930-33 that was within this 400yrs sentence of ours that we make full reclamation for as the obligee(s) in departure of this U.S District of Columbia Organic Act of 1871 1619 Chartered Virginia Company of London foundational Maritime Commercial Transatlantic contract with all the findings of these (GASB No.34 ) Transactions banking receipts and Bookkeeping's that's under this U.S District of Columbia Organic Act of 1871 BIS International settlements Adhesion Contractual illegal Exactions, if this truth Affidavit goes unrebutted immediately.

(4) FACTS: We the Tribal Embodiment of Yashar'ale: Also see it clearly Nationally and internationally how our Holy AbbaYAH end times prophetical plagues have brought all nations to their knees since 2020 that shows and proven their true needs in doing the right thing for their heinous acts as these international Respondents that have become a successful suffering economy because of this lack to return our trust funds from this BIS international Settlement that have help their growths by the backing of our SSN'S and CUSIP Routing Numbers. That would bring complete relief from their plagues as they've taking claims by this Contractual conspiring we seek full disclosure of that would prove this act towards our planetary refund from all who's accepted our pledging Values (Lev 25:10-13) of our Land Title or the wars and economic failure shall stay, but "ONLY" a true Biblical scholars of this District of Columbia Organic Act of 1871-Chartered Virginia Company of London Treasurer and Company of Adventurers and Planters of the City of London" Congress could use their cipher to combat with this truth as they accompany the Holy See Tri-Mission. In realizing whom we're as the true Seed of YAH Almighty firstly! In also realizing all whom bless Yashar'ale shall be blessed, (Gen 12:3) or those whom curses Yashar'ale shall stay cursed if their facial recognition doesn't tell the world whom we're truly as a true apology to stop these spiritual releases of our Holy KING that's been placed upon all Nations, if they're not willing to commute by defending this fraud in this affidavit of truth. As they would love to stop all Adverse claims unto us Immediately in obtaining all that has sailed across these Maritime Sea's outside of this Federal Reserve Clearing Corporate Admiralty Republic jurisdiction, of this IRS tax altar of this Egyptian foundational Rosetta stone tax power Construct. That they shall continue to stand in their truthful Judgement for as a reward for their action! if this Truth Affidavit goes unrebutted unto all that shall stand as truth, payable order to our Restitutionary recoveries. That come from these (22–933.01) (1)(2)(3) ancient technique of routing deductibles, which all these creditor Respondents have become enriched from whom are these Roman US Baronet's "Grantor/ Grantee" US, UN, EU, UK debtors whom have been In possession of these stolen properties of my Tribal Trust funds since the first Shipment of 1535-1619-1776-2024 of this French, Spain and Royal Navy until this present day U.S Admin of illegal Exaction. That accumulated Interest towards their Eastern Roman Continental Baronet empire growth-

over this life span by this known greed and hatred off our Ancestors backs by indentured servitude for the Record, that also lead to many contractual keepings of these dehumanization's within these vast discriminative matters which have historically proving itself in all things that's Happened Heinously against us in this life span while under these fraudulent Maritime Transatlantic contractual debt bondages of this U.S British crown. As we're the Original Tribal Stead of our Holy AbbaYAH as " Ephraim and Yahudah" outside of these 400yrs of our expired Scriptural stay as Bondsmen & Bondswomen as of Aug 20th 1619-2019-present as this also expires this Roman Church slave's obligational terms that deals with all thee above within this Hectic Virginia Company of London Transatlantic slaves contractual debt bondage obligations! Which places this International Commercial Contract In Breach by our Scriptural Yobel Restitutionary Slave Compensation Act as released obligee(s) in return of all assets, that's followed by this Declaration of Emancipation Act in renewal by this June 20th 2022 statement of Ms. Kamala Harris. We the Tribal embodiment of Yashar'ale also bring forth to obtain this Reimbursement of all that have been taxed from us since Aug 20th 2019-Present as this main cause of this Breach that proves, our Scriptural Yobel reasoning to obtain these Adverse claims indefinitely in the first place as a Tribal embodiment and to abstain from even dealing with anymore of this U.S- employment herein as an employee in knowing of this chapter 11 of this Corporate Entity and its international Bankers (Executive Order 12803) that promotes these U.S Corporate standards of fraudulent structures of Work. As we would use in scriptural terms "altars". In knowing of this ended Contractual obligation because of our Golden Yobel of release as we the Tribal Embodiment make these reclamations towards these Taxation Deductibles as well In return unto us the tribal embodiment of CHRIST from this UN/ IRS Taxation- as this gives reason for all these creditor Respondents that's within this Breach, to voice their wrongs by this truth Affidavit that exposes for them. To give back all they have actually taken from us since birth as well as Ms. Kamala Harris referred to, Under her oval office word by Oath of this registrar Commerce book. By it title handling in due course format to issue direct pay to order of our new Hebraic Aboriginal indigenous title that's in acceptance of that's owe to us that sit dormant in this Expired U.S District of Columbia Organic Act of 1871 Federal Reserve Department of Treasury and BIS International Settlements that's of our Adverse claims that's embedded in our Land Title. As a righteous ended walk away act from all Chapter 11 dissolved High offices in their truth as we combat these lies within this truth Affidavit of theirs, unto this act of our new Hebraic Aboriginal indigenous Tribal International Title 2nd Freedman savings bank as our new Treasure Chest throughout our entire 2.43 billion acred Reservation. Where my Communities shall know truth and righteousness outside of these acts of illegal Federal financial institutional Exactions that my Holy AbbaYAH Rain his Plagues Upon within these National economic structures for our Rise from under these fraudulent contracts with all that belongs to us (Rev 18:4). Towards our pursuit to Happiness as these acts of our Hidden Cestui Que Vie Act of 1666 Trust that holds our Possessions and Lands values under these well-known military liens foundational Constructs of this Serfdom and Feudalism's act so as their trustee (15 USC) Financial statements claims of my Tribe. That Admiralty high courts shall bring into Review that we as the Tribal body of Yashar'ale would love to dispute about by this format of this 10 Maxims Commerce of Law. On the behalf of this truth Affidavit that will remain true for all Adverse claims (§ 8-102 (a)(1) In this legal due process for this reclamation herein our Ancestors Northern & Southern Estates of the Americas and the Western Tigris regions Estates of Alkebulan which Is present day Africa for this return of all our resources as a 360 requirement we demand by these internal findings of these wrongs of these international Respondents by laundering Cusip trust funds. In full Interest by our Biblical set apartness we promote from this Fraudulent World Bank Group/ BIS International settlement commercial contractual Stock bonds, with all that's in our private trust that have been stolen from our Land and Bodies Values worth's! Which makes the so-called protection of these USA Military generals look really weak. But However, general HAM under the command of the Pope is supposed to issue my Land title to me and my Tribe, as a commitment to stopping this enacting by this rogued act of these state emergencies acts that declared this martial law towards enslaving the American people which would keep this Security Fraud from ongoing these illegal Exacting. Which my Tribal Embodiment become secretly stabilized through this laundering ring that implements this new chattel slavery in accordance with their actual Military trustee (15 USC) Financial Statement as shown below in section (AK)! that explicitly explains this reasoning of our full allodial entitlements we've lost at Sea and Inland River ports by Canal and Doc Controls of this Maritime Cestui Que Vie Act that we need full Disclosure (§ 44–105.07) of as export and Imports under this Modern Federal Admiralty Transatlantic Territory of Washington, Dc Republic Jurisdiction. That started from the ancient Admiralty Maritime British International arrest, of my Tribal embodiment into this international Commercial Transatlantic Slave Custody of Captain John dope on Aug 20th 1619 of this "British Royal Navy" by its white Lion ship of illegal Commercial importations of my Brothers and Sisters, as we were later also down the timeline kidnapped and robbed for our bodies values worth's as well without pay that was connected with the Lloyds of London within this London Company sub companies shares! Such as the RAC, SSC and EIC and the Muscovy company whom took us Captive as this livestock value to this USA NYSE Continental Admiralty Debt bondage of this joint stock company of the U.S. Virginia and Plymouth Company contractual obligations Bonds, where many Heinous crimes also occurred-

unto our Ancestors since 1535 unto this Virginia Company of London August 20th 1619-2019-2024-Present to Establish this So-called Western World Marketplace by where we now endure this intense secretly Mere chattel servitude that's been abolished according to Congress logs. That we the Obligee(s) as a Tribal freed body demands (Eze 33:15) our reimbursement from now of this modern pledging Herein this Acknowledgement by Admiralty High Court, thats based off our "Golden Yobel Restitutionary Slave Compensation act" that convey this Declaration of Emancipation act that have brought into play the reasoning of this District of Columbia Organic Act of 1871-Virginia Company of London new Transatlantic Contractual obligational Terms of illegal Exaction that's now caught within this breach of International Commercial contract. Which have Expired as of Aug 20th 2019-present for us the Tribal body to righteously obtain all that have been stolen by this "FEDERAL RESERVE ASSOCIATION (Federal Reserve) Non-profit Delaware Corporation Incorporation date 9/13/14 File No. 0042817" (United States v. Strang) Clearing Promissory Note Illegal Exactions Mechanism. That was incorporated unto this Rebellious District of Columbia Organic Act of 1871 under there notorious formation of this actual promissory pledging mechanisms that comes by the way of these MCO Records Forged Indorsements of my 13.4 % Members of my Tribal embodiment unto this Department of Commerce as fraud for international Maritime Article 10 Cooporation use. That I also come to redeem "my people from", and to recover all their Master Private Accounts that are unrebutted within this one People's Public Trust of 1776, UCC 1 Doc. NO. 202002198069326 that's separated from the others which indicates that there are many accounts that are under these fraudulent Contractual Obligational Debt bondages. And these statements are very factual on the behalf of this truth Affidavit.


(5) FACTS: We the Tribal Embodiment of Yashar'ale: Are the true Biblical Seed of YAH Almighty, outside of this May 15th 1948 Rothschild's Balfour Declaration of this Congress falsifying of information just to slander us to obtain these illegal Exactions as a Socialist Clearing Corporate entity as Esau and his modern Descendants, that was evilly designed to eliminate us from our Biblical inheritance and for the world to view us according to how they've shown foreigners about us in their entry class upon obtaining citizenship and levied taxes for 5+yrs. This Spiritual defamation is our truth of our Biblical Records as the Blessings and Curses! meaning those whom blesses Yashar'ale shall be blessed and Cursed are they that curses Yashar'ale. Which this Biblical battle of war against us the Righteous Holy house of Yashar'ale that rises to stop all this madness as a helping hand in (EPH 5:11-13) exposing these international Frauds as we're known within our Holy Scriptural Doctrine to do so. This was only designed for us to look the opposite as a byword and for the world to not acknowledge us as the true Chosen People of YAH Almighty within our actual 400yr sentence is now over in due reasoning why we seek are glorious enabling to show the Goodness of the fruits of the true Light of our Holy AbbaYAH on a world ruling level. But as the world war on, true Acknowledgement shall continue to come into his true Light until this Aug 20th 2019-present Expired International Contract get Acknowledgement by all Creditors and Debtors! That proves this defamation is a truth towards our punitive damages and it also proves that their dealings are being sought out by our Holy AbbaYAH Prophetical plagues that have exposed these international economics formations based of these descendants of Esau not holding up to the Spiritual Mandate of Blessings us upon our Golden 50th Yobel of release by this Restitutionary Slave Compensation so the world sees Curses they call global warming or natural disasters. Which also shows that these Banking institutions secret Relationship with the Rothschild's have been a failure to mankind since there time has expired Aug 20th 2019-Present as an international World ruling banking powers based off this world debt that comes originally by illegal Exactions of my Tribal Embodiment Cusip Trust, and this Breach of international Commercial contract bring them before Admiralty High Courts to hand over our Land Title that they no longer have control over as Creditor and Debtors under the great Seal of their king of Britain Charles III. As this falsifying stands out strongly to me the most and that's of this creation of this Reformation of false Israel. Just to steal our prosperity's and give it to these frauds to crush our Characters, as a chemtrail drop in the face of ours for humility and poverty (Deut 28:1-68) but in our AbbaYAH we hope and trust the truth of what our Holy Scriptures explained broadly that caused these act of illegal immigrants of Gomer which is a son of japheth to steal our inheritance, this hope is for all returns (Lev 25:10-13) of these stolen- possession and properties to be given back to us upon rebuttal as of now our truth as the Fullness hereof proves these facts are truer than any of these international Respondents assets that must be returned for our Holy Consecration to take its righteous course to wash it clean from all fraud. And what's wonderful we have on factual Footage of Ms. Kamala Harris that's apart of these dissolved high offices, Statement of her's saying Registar Commercial Oath things from oval office that support this legalese of this legal personalities such as in returning what was actually taken from us that these factual truths are written about in this

truth affidavit please view her facts in the link. When it comes to our Bodies being pledged and made for this U.S, UK Financial Articles 10 Maritime Cooperation use as Mere Chattel papers goods for sale services. Sad to say it's a problem now as of this time that has come to reclaim these possessions and Land values of ours back as the Righteous Title Holders in due course, which places my Tribal embodiment In jeopardy with our children's children's futures and ours if not handle according to the truth of this Contractual matter even more now that our expired 400yr Scriptural Contractual obligation has ended where we were robbed entirely for everything such as our babies, Land and properties (We are slaves and own absolutely nothing, NOT even what we think are our children. (Tillman vs. Roberts 108 So. 62, Van Koten vs. Van Koten 154 N.E. 146, -Senate Document 438 73rd Congress 1st Session, Wynehammer v. People 13 N.Y. REP- 378, 481). Under this serfdom and nowadays Feudalism act as we own nothing as this gives more reasoning in the truth for seeking Capital Hill offices for Reparations ignorantly outside of this act of my Restitutionary Slave Compensation Act. Which I present now in full Activation in receiving all Exactions back from these international findings by full disclosure of our Cusip Numbers in this returning unto our new Hebraic Aboriginal Indigenous International Title or all curses and plagues shall stay upon all is designed to drink them fully. According to all haves a hand in these fraudulent Contractual obligation of this U.S. District of Columbia Organic Act of 1871- Charted Virginia Company of London expired international 1619-2019-present contract. I come to place in the winepress for all things back (Isa 63:1-4) for my babies and Lands and- their possession by this Affidavit of truth. By you all as The Honorable Admiralty High Courts Ministers of justice unto the truth and this truth, you put your hands upon our Holy Scriptures which is our truth (ArtII.S1.C8.1) to take this Oath in nothing but the truth in deliberating the truth. To legalize this due process for disputing in due diligence unto this pursuant to section UCC 3- 501, by Legal due process. In accordance with this 1866 Civil Rights Act, John Bingham, whom is the man who drafted Section One of the Fourteenth Amendment, that expressly described the 1866 Civil Rights Act as protecting the natural and equal right to due process in matters relating to life, liberty, and property. He who leaves the battlefield first Loses by default. As we the Tribal Embodiment of Yashar'ale by this Affidavit of truth seek our Tribal Adverse Claim international refunds, for everything that came from our Land possessions value back that's a part of this servitude of this UCC 1 instrument of Registry. That holds these Federal institutions business loans or Any Type of Financial backing that's of our Certificate Bonds numbers! that this Roman Church Government has not honored within the Scriptural truth by assuring these returns back into our Communities as the rightful owners in completion of our Scriptural Sentence they know about as our Scriptures speaks plainly on in these destructions that's upon Mystery Babylon abominable church if our possessions are not restored to build our Kingdom. We the Tribal Embodiment of Yashar'ale knows they're now Clarified and identified (1 Nephi 14:1-30) as institutions that's of this Abominable Church of satan as his merchant unto the cabal that shall be destroyed by these soon to be findings against them by our Aboriginal Indigenous Tribal full disclosure (§ 44–105.07) on the behalf of these Deposits Receipt, Bookkeeping's (Title 12 Sec. 1831n (a) that comes by our MCO forged indorsements. So, as a protector of my Tribal Body In Hashem Ha'Mashiach IAM whom my Holy AbbaYAH Chosen me to be, I exercise my full (42 U.S. Code § 2000bb–1(c) Scriptural Laws- outside of these rights without Compromise to set my Tribal embodiment apart from all that has to do with this latter day Eagle Kingdom of Rome (2 Esdras 12:1-34) that breaks our 10 Commandments (2 Cor 6:14-18). With all we claim against these Creditor and Debtors Respondents for our Land Title back upon this removal of this Corrupt U.S District of Columbia Organic act of 1871 British Roman Church Corporation, known as this religious Non-profit state which is the United States of America Inc. (2193946). That's of this Delaware Corporation (2554768) of the UN, UK, U.S. Creditors and Debtors international bankers that have stationed these Securities for Exactions as stock Clearing Corporations known as the FBI, CIA, DOD, NSA, DIA and the Federal Reserved on our Aboriginal Indigenous Landmass entirely to secure their fraud as Esau descendants whom historically been notorious for their deeds of this blessing they lived by that's Biblically known historically as (Gen 28:38-42) true, which prove their history by the Sword within this converting us into an promissory note for International Goods towards service and- stealing our Lands. And upon these findings there Roman USA Baronet Corporate name(s) of this Chartered Virginia Company of London Transatlantic slaves contractual name of bondages obligations, (Title 13 Sec. 9503(a)(4) that's connected corporally with this BIS International Settlements 1930-33 Strawman that's a legalese personality known as this U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London that's a Great Britain title unto there crown. Shall become a turned over table as our Landowners beneficiaries, Which Spiritually and Physically contractually expired as of Aug 20th 2019-present and all must cease as a patent name or an illegal trademark, on our Hebraic Aboriginal Indigenous Landmass of- my entire

2.43 billion acres as a Federal Reserve Clearing Corporation that have inquired with these international Creditors and Debtors Respondents by these illegal Exactions (87 Tenn. L. Rev. 315 (2020). And we the Tribal embodiment of Yashar'ale push forth against this U.S.A Continental Founding Fathers national name and our Slave names to be removed that have died by expiration on Aug 20th 2019-present to our Golden 50th Yobal release from this entire system by its sword (Rev 13:10) which brings this Breach forth for internal review of all debts nationally and internationally in due diligence of this pursuant to section UCC 3-501(a)(b)(1). That has been modernized for debt bondage through this abolished 1863 mere Chattel real and personal property lien' structures Strawman ledger systems. As this Breach will set us apart from all fraudulent Acts as a Spiritual Tribal State/ Nation to establish our new Shekels Arktek Centers coin programs in these places that shall remove this USA petro cursed dollar that the world now rejects that holds no value because of Esau and his descendant's creational blessings are becoming (Gen 27:40-42) its own self Dissolution. From our Aboriginal Indigenous Tribal Lands as the Department of Treasury because of this Yoke of thefts, as our Holy Scriptures states (2 Esdras 6:9) Which is now under my Holy Heavenly KING Control and mines for all claims in this Affidavit of truth to be returned back unto my entire Tribal embodiment 2nd Freedman savings bank that have sailed across Sea's in its currency routings directly into these international interests' as bulk loads of our assets. As we're a people In Holiness and Righteousness and by these- findings of a full disclosure of these stock certificate bonds numbers Title (12 Sec. 1831n (a) all must depart themselves from off my Holy Rock (Joel 2:20) as I claim all adverse claims (§ 8-102 (a)(1) and all the debt values of what's being made on it by unjust enrichments unto these international bankers that have become an global debt disaster.

(E) FACTS: We the Tribal embodiment of Yashar'ale: We would also like for this 1930-33-present BIS International settlements footnote of this Global Estimation to go under this full Disclosure for all the Finding of this pursuant to section UCC 3-501 International Cusip and TDA Private Trust Funds certificate bonds stock routing numbers values (§ 7-202(a) of this laundering ring. To establish this Return of all things that was taken from us according to our Body being pledged as values into these Federal Creditors and Debtors banking institutions by the help of this Clearing Corporation as named "FEDERAL RESERVE ASSOCIATION (Federal Reserve) Non-profit Delaware Corporation Incorporation date 9/13/14 File No. 0042817". As our Golden Yobel, Restitutionary Slave Compensation Act. Shines light towards receiving all things back what Ms. Kamala Harris has made reference to, as we the Tribal Embodiment of Yashar'ale Bring forth this YouTube link as explained in this Affidavit of truth to obtain all what has been stated out her mouth! that was taken from us "body wise" please view the Clip and its transcript off this link of Fact ( https://youtu.be/N0yf3R3-PDQ ) we bring in for questioning by rebuttal of this dispute point for point. As we exercise this Autonomy and Declaration of Emancipation proclamation act in truth that prove this Breach of international-Contract that's connected to all these Facts throughout this Affidavit that come from exercising our Spiritual Rights as the house Yashar'ale while in this Contractual obligation coming out of it by this expiration, of this U.S District of Columbia Organic Act of 1871- Chartered Virginia of Company of London Transatlantic slaves debt bondage as of Aug 20th 2019-present as Congress know by this H.R.1242. For this reclamation by this full disclosure (§ 44–105.07) (Title 12 Sec. 1831n (a) of all transactions of my 13.4% Members of my Aboriginal indigenous Tribal body and Land Values that shall go towards our new International and National Land Title Herein our Entire Landmass Reservation under our new system as section (A8) speak on that set us apart from this Admiralty Citizen-ship custody of the Rebellious Territory of Washington, Dc. Whom Holds our adverse claims under this Serfdom and nowadays Feudalism act that deposits both body and Land into these Banking institutions gained value maturity.

[ Footnote
[1] The $315 trillion sum includes:

$1.1 trillion in non-cash transactions estimated in the World Payments Report 2020 by Cap Gemini,
$3.65 trillion in Bitcoin transactions, estimated by multiplication by 365 of the $10 billion average daily transaction volume on the
Bitcoin network in 2021,
$114.5 trillion in securities trading, reported by The World Federation of Exchanges in 2020,

$2409 trillion in interbank transfers, estimated by multiplication by 365 of the $6.6 trillion average daily turnovers reported by The Bank for International Settlements in April 2019.

(The rough estimate of $315 Trillion does not include cash transactions, which should have been included.

The 2023 FIS Global Payments Report estimates the cash-paid consumer spending at over $7.6 trillion for 2022. This newest FIS report offers different breakdowns than the ones used above — an update of the calculation is needed.

And we as the Tribal Embodiment of Yashar'ale seeks full Disclosure for all Fraudulent Certificate Bonds Theft's. ]


(AK) FACTS: We the Tribal Embodiment of Yashar'ale: Shall take over this Freedman Trust bank of ours also that's become now this UN/ Treasury In this Rebellious Territory Washington, Dc thats a clear slap in the face for all Robberies of our Ancestors properties and because its last president (28-2106) (28-2104) was Frederick Douglas our brotherly ancestor. As, I come to adjust what is Fraud into our Righteous Holy Consecration to stop their routings deeds as these international Banking Cartels, by these illegal Exactions that have caused them to finish there founding fathers loaning fraudulent works that built there British Roman Founding Fathers Empire Communities uniquely by. Off my ancestors and our blood sweat and tears under this indentured servitude which honestly brought these strawman legal personalities this legalese verb "robberies" that took its actions off our "Certificate Bonds" by establishing these Commercial Adhesion contracts within this Washington, DC Department of Commerce to gain these unjust enrichments (Contr. Co v. State, 383 N.W.2d 416, 417 (Minn, App. 1986) by the forgeries of our Indorsements. Which is a mockery unto our faces in the truth of this legal form of Truth Affidavit on the behalf of our first 1863-65 jubilation towards our Freedman Trust bank. And by law, If IAM not mistaken this Public law 88-509-Aug 30,1964 [ 78 stat. Speaks plainly about these Banking Activities of fraud and how replacements are (28-2106) made?! as I claim this Warehouse upon our Grounds by this Prophetical Paradigm shift towards our Aboriginal Indigenous Control of all Estates that I reclaim back (42-507) that are all of my 50 Estates from this FEDERAL 50 Union state agreements with the Rebellious Territory of Washington, DC and its Tri-Mission Baronet allies stocks and shares. By all that have been made clear In this form of truth Affidavit below in Section (SC) of my sums certain, unto our Tribal Prophetical "paradigm shift" because of these thefts on my Holy KING Planet by these international Bankers routed credit laundering. Which we shall overcome' by our righteous ruling against all their dealings, for our Royal Palace economy structure off the returning of these Cusip Trust Funds unto us Lawfully that we reclaim entirely by placing our Palace Economy Bankers over this Treasury structures for our System Growth In our Aboriginal Indigenous Tribal Lands as an Reservation impact herein now! that this Contractual Commercial obligations terms have been dissolved In this Breach By. On the behalf of this reevaluation of our Yobel of Release Restitutionary Slave Compensation Act of 2019 Prophetically and civilly. All these statements are true and nothing but the truth for all Controls of over these Chapter 11 high dissolved-offices outside of this Contractual Fraud we bring forth before Admiralty High courts within this Affidavit of truth as a dispute Point for Point. That's indefinitely true until this legal due process is resolved for all claims against these National and international creditor Respondents whom bares great debt value from our Adverse claims that's within our Land title trust fund. As they're the World Banker Groups Grantee, debtors and creditors of these national and International Commercial Contractors under these fictitious Strawman Contractual obligations creation, securities Act of 1930-33 BIS International settlements debt bondage throughout my Estates by this control of their "The one People Public and private Trust Act 1776". That I, King Elyakim D. Beulah as my Tribal embodiment collector, as a Sovereign Man unto the KING my YAHUWAH come to redeem all 13.4% listed herein of the United States of my Tribal Creditors Land Trust Title by this truth as they're the Obligee. From these financing strongholds that was berth within this Serfdom and nowadays Feudalism act that caused these damages, Whom are sadly displayed and Known as a human resource collection of value set forth for Collateral a warehouse receipt, which is considered a document of title, may be a negotiable instrument and is often used for financing with inventory as security."Since the U.S. went bankrupt in 1933, all new money has to be borrowed into existence. All states started issuing serial-numbered, certificated "warehouse receipts" for births and marriages in order to pledge us as collateral against those loans and municipal bonds taken out with the Federal Reserve's banks. The "Full faith and Credit" of the American people is said to be that which back the nation's debt. That simply means the American people's ability to labor and pay back that debt. In order to catalog its laborers, the government needed an efficient, methodical system of tracking its property to that end. Humans today are looked upon merely as resources - "human resources," that is " HUMAN CAPITAL"....Governmental assignment of a dollar value to the heads of citizens began on July 14, 1862 when President Lincoln offered 6 percent interest bearing-bonds to states who freed their slaves on a "per head" basis. This practice of valuing humans (cattle?) continues today with our current system of debt-based currency reliant upon a steady stream of fresh new "CHATTELS " to back this ordered under this Department of Defense

trustee In facts ( 15 USC ) ( https://photos.app.goo.gl/C4qiEnzWhAcswc4Q8 ) As all Real Men with Hands and legs, and all real Land In the United State of America as a lien (§19-1305.05 (b)(1)(2), to endure this debt (Isa 65:11-15) which is a sin unto us, we commit not. We shall overcome these Fraudulent Contractors liens, by following our 10 Commandments fully as we break free from this yoke of the U.S Virginia Company of London Contractual terms, of all that have been implanted in the soil of our Aboriginal Indigenous Land where these forces of the state have made us their enemy FDR to (28 U.S. Code § 1346 -(A)(1) (b)(1) as Securities Paper Slaves (We are human capital" (Executive Order 13037) The world cabal makes money off of the use of your signatures on mortgages, car loans, credit cards, your social security number, etc. The U.N. – United Nations – has financed the operations of the United States government (the corporation of THE UNITED STATES OF AMERICA Inc.) for over 50 years (U.S. Department of Treasury is part of the U.N.) and now owns every man, woman and child in America. The U.N. also holds all of the land of America in Fee Simple. The good news is we don't have to fulfill "our" fictitious obligations. You can discharge a fictitious obligation with another's fictitious obligation.) Under its Admiralty International Commercial Contracts, they been financially Constructed and Instructed by within this Rebellious territory of Washington, DC as servant under these legalese personalities of this UCC 1 Registries to survive by these paper securities such as a use by the ID and SSN. As Admiralty Commerce private security debt obligee(s) thats held from all of our Adverse claims as Admiralty Citizens In Custody by illegal exactions (87 Tenn. L. Rev. 315 (2020) on the behalf of these forged Indorsements. Converted unto these mere Chattel personal property Contracts that violates their original oval office Congress Constitution of 1606-1776 unto this 2nd Constitution of this U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London Transatlantic Commercial Bonds registar, or does it? We would like for them to tell the truth point for point, especially since 1776-1862-Present abolitionism have been logged in congress records. (8. There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178) 9. There have NOT been any judges in America since 1789. There have just been administrators. (FRC v. GE 281 US 464 Keller v. PE 261 US 428 1 Stat. 138-178) 10. According to GATT (The General Agreement on Tariffs and Trade) you MUST have a Social Security number. (House Report (103-826).

(1) FACTS: We the Tribal Embodiment of Yashar'ale: Demands Admiralty Courts to issues full disclosure on the Behalf of all these laundering activities which has sprung forth these International creditors and debtor these unjust enrichments under this instrument format of these actual Respondents loaning agencies that exacted these routing credit funds through our routings numbers as explained above. Which consist of these Cusip and SSN'S Stock Numbers that have been laundered into this Privy purse of this "United Kingdom Corporation LTD" (Number 09620443) company that's confederate with this Kingdom of Charles III Sovereign Grant, whom is In this partnering ring with this Article II CISG, and this United States of America Inc. SEC UCC 1 world altar. That was founded by the formation of these ancient structures of Rome in the late 1st Century BCE (Luke 2:1-2) that harmonize with these 1930-33 Legal legalese personalities of this Contractual Commerce National and International Admiralty Inland and Sea operations act of this Rebellious Territory of Washington, DC International Contract paper ledgers. Within this UCC 1 Registration on our Aboriginal Indigenous Lands under there 1609 British Sword of Esau and his descendant's financial-system unto this Modern Loaning Interest program approved by this Monarchy Notion [ The Great Seal of the Realm is the chief seal of the Crown, used to show the monarch's approval of important State documents. In today's constitutional monarchy, the Sovereign acts on the advice of the Government of the day, but the seal remains an important symbol of the Sovereign's role as Head of State. We know this applies Tri-Mission also] that's in breach of international contract. That has been still Exacting these accumulated funds from our Landmass since Aug 20th 2019-present without returning to me my Land title and my Restitutionary Slave Compensation, by this power Tax value through there Securities Act of 1930-33-present BIS International Settlements Creditors and Debtors monetary creation that only exist by this legalese legal personalities. Which have this United States of America Inc. as their power tax collector in connections as this Tri-Mission with this United Kingdom and Vatican Roman Church that have stationed this money washer BIS International Settlements, Banking Creditor by these unjust enrichments In Basel Switzerland as a hoarder. Whom we come forth to place In debt review also for this full disclosure in retaining all things back from these exaction of these Tenants on our Landmasses internationally and Nationally in full maturation that's considered our World aboriginal indigenous Land tax returns, from all whom has received these bonds transactions illegally as a backing by illegal extraction. That we have also acknowledgement of Herein as the Hebraic Aboriginal Indigenous Biblical Seed of our Holy Heavenly AbbaYAH as debt Bondsman and Bondswoman in completion of our Scriptural 400yr Spiritual and Physical sentence (Gen 15:13-14) we've endured terribly from all these acts that's displayed in this Affidavit of truth. Which consist of this Breaching coming forth In full force by our Aboriginal Indigenous Class Action Affidavit for all debt collections towards our intergenerational wealth on our Indigenous Lands by these Return funds we claim from all adverse claims that these Federal European Corporate State Union Rebellious International bankers have stolen by these Certificate securities that caused this banking war against us as born enemy to these Corporate state Stockholders and Shareholders business construct on our Lands with our Body Values

because of this contract fraud that derives from these Serfdom and nowadays Feudalism. Which financially stabilized this Admiralty Maritime Commercial Operation on this entire Landmass while we suffered through this poverty that this U.S. Chartered Virginia Company of London is quite careless of to stay enriched by these trust maturity interests of our Bonds. That's Constitutionally embedded by these UCC 1 registries within these Quasi Federal 50 E'state Capital Hill's structures for Corporal support as the Beneficiaries of all these illegal exactions through making us these actual legal personalities contractual obligational adverse claims to the crown of Great Britain by this mere chattel slave that harms my entire 13.4% Tribal embodiment by these TDA and Cusip secured party interest Trust thefts. As they endure poverty while they knew not of these accessible trust funds that holds tremendous values, that's linked to their SSN's and Birth Certificates Stock bonds numbers, as Homelessness became some of their majors as a poor and needy group of individuals within this Land of theirs that was already free before the invasion of this U.S London Company dream just for these forged Indorsements we seek full Restitutionary Slave Compensation from. That have been converted into these promissory notes then converted into these commercial bonds, as this is where we as an Tribal collective seek this full Disclosure (GASB No.34) also by a full internal investigation (§ 44–105.07) of all deposit's receipts and Bookkeeping and loan forms of the 8300, 105, 112 statements to prove these forged indorsements of our National and international Trust Cusip Commercial Bonds that's used by these laundering Contractors of the such internationally, the Bank of London, Bank of England and World Bank Group and BIS International settlements, UN/ IMF, London Stock Exchange Group plc. this Mass growth towards these international communities and not ours while we're suffering from these thefts Mentally, Financially and emotionally and physically as we Decreed our rest from all frauds as a Tribal Body that mourns no longer. As this Admiralty Fraudulent creditor embodiment of Bankers have turned this Mere Chattel slavery that higher Congressmen has abolished, into a Quasi international money laundering ring where me and my Tribal body seek our Restitutionary Slave Compensation from and punitive damages because of this history of civil abuse and public discriminative redling from this U.S. Corporate veil Federal Banking agencies that brought my Brethren and Sisters through the Mud Instead Righteous Housing opportunities whom instead have been scattered throughout this Earth into harm's way. By great poverty as these Corporate creditors unjustly come into the abundance of knowing's of these Cusip accounts, they have of ours that sits Dormant from our use! and well active towards their international inhabitant's growth. That was sold as Scattered (Eze 28:25-26) goods this day from their Aboriginal Indigenous Primary Landmass as our Holy Scriptures state's (Title 12 Sec.1831n (2)(A) whom we seek back in return now under our New Hebraic Aboriginal Indigenous Tribal International Title, Also Herein & Therein unto my Holy KING Authority only! with these findings within this Affidavit of truth point for point.

(2) FACTS: We the Tribal Embodiment of Yashar'ale: Brings forth Ms. Kamala Harris, on the behalf of her statement she have not held up to her words about, as an oval office minister of justice unto this day that crushes our pursuit to Happiness by this lack of return of what was actually taken from us "Body wise" by these international Creditors and Debtors illegal exactions, but however we the Tribal body that was beaten and peeled exercise our Spiritual right-against all these Discriminative and- Dehumanizing historical matters we've went through while enduring this debt within this Contractual Fraud of our 400yrs Biblical stay. Which has expired under this Federal U.S. Corporate Congress founding fathers London Company Trust Commercial Contract! that came by the way of these Virginia and Plymouth Companies Contractual Trust structures that's further explained below. That is a Baronet faction of this House of lords and Commons establishment by these Corporal Biblical descendants of Esau, that my Scriptural Doctrine strongly connects these Respondents to, as these nowadays creditors whom blessings of sword have ended as of Aug 20th 2019-present (Gen 15:13-14) of these theft by Commerce trade values that brought them these unjust enrichments. As these international Bankers Holds all my Tribal embodiment possessions in custody to this Admiralty debt bondage on my Indigenous Tribal Landmass as their Citizens to endure this debt Interest as promissory Notes. When it comes to our livelihood that we seek this everlasting Independence from! In truth with all of our Restitutionary Slave Compensations by an un-falsifying congress truthful way of this Emancipation act of 1863-65 from all Roman Church Constitutional Branches of servitude registry of this UCC 1 and CISG Article 2 that breaks our 10 Commandments, in main reasoning why we bring this matter before Admiralty Courts In respect towards our Laws that's honored by you all 1st amendment. That we shall become set apart from, as the true Scriptural Nation of Yerushalayim with all of our Adverse claims that's unrebutted In this Affidavit of truth. So, I King Elyakim the Crown Holder In due course come for all Collections of all my Tribal embodiment Trust Titles by our Final Scriptural Yobel of Release outside of this 400yr sentence that have been Spiritually up and Physically COMPLETED Since Aug 20th 2019-present with this U.S. Virginia Company of London Contract that prove IAM he that's alive that meet beyond this British crown requirement of its CESTUI QUE USE Vie trust ACT of Reclamation towards this Land Title, which now

bring into place our notice of Claims also unto this Admiralty Court about this Breach of International Contract towards our Restitutionary Slave Compensation act by this legal due process. Which we have against these Joint Stocks and Shares of this District of Columbia Organic Act of 1871 such as this Department of Defense, Department of Commerce and Department of Treasury/ BIS International settlements, The bank of England, The bank of London, International Monetary Fund, World Bank Group, London Stock Exchange Group plc. For this National and International Global Debt to go in Review as Evidence because of these 1930-33 Securities MCO forged Indorsements security papers we seek back by this Chargeback Non-Negotiable bill of Exchange! for this Clearance to be Equally Divided unto my 13.4% Tribal Members Via Trust, as my population is set Apart for my quest for this act of rebuttal towards all trust we accept as full value in its maturity unto our New Hebraic Aboriginal Indigenous Tribal international Title under our new Nationality and name. Set apart from this Nation's Founding Fathers slave names of this U.S Virginia Company of London Transatlantic Commercial Contracts, by ICJ requirements to establish our new Economic reform as a new Nation if this Affidavit goes unrebutted. In oneness under our Tribal Torah Laws only, as a Aboriginal Tribal body that shall no longer be called what we was' ignorantly spoken internationally by this U.S. patent labeling that was used as "Black People" out of Ms. Kamala Harris mouth as she stated the day of June 20th 2022 on a World Broadcasting by the Name of YouTube about this Declaration of Emancipation proclamation! that opened up these old wounds of ours that consist of our "first Freedman trust bank" that was acknowledged at that time by a Emancipation Compensation Act, as our Ancestors slightly had their pursuit of happiness until they've become robbed by this U.S. District of Columbia Organic act of 1871-Charted Virginia company of London. Which shows its history still unto this-day by denying my Tribal Embodiment Reparations which my Claim here is careless about, but it shall be added as punitive damages! we the true Tribal Body of Yashar'ale seek our Biblical Restitutionary Slave- Compensation as this Scriptural matter brings forth entirely everything in restitution as this term shall be used tremendously in this Righteousness against this Fraud. That has come void by these words of her's unto us, as their futures are now in a great situation Corporately and Economically by these plagues now Prophetically by my Holy AbbaYAH! such as for all Economic lasting's since these words also came without the order of direct pay towards our jubilation this go around In corresponding to the 2020-present ongoing failures. Under everything that's attached to this Request especially since our Prophetic Biblical sentence is done and over with. Which this British crown and Vatican Roman Church is obligated to return everything over unto me now, As IAM my Tribal embodiment Crown Holder Even In this time of trouble on the behalf of this U.S secret Scorched Earth policy. Which brings direct implications for this Admiralty Court to establish this Internal Investigation by a full Disclosure of all titles within this Breach of Admiralty Maritime International Commercial Contract, that came by this Foundational way of Serfdom and Feudalism obligational terms of their Founding Fathers Treasurer and Company of Adventurers and Planters of the City of London whom taken us Captive since 1606-1619-2019-Present. Whom are now these modern-day international Respondents In this dispute that-strategically framed this private laundering Mere Chattel Real and Personal Properties Securities trust system unto us by this legal legalese personalities without our knowing for their unjust enrichments, as their extended Transatlantic Commercial Bonds under these stolen master trusts since 1930-33-Present down unto this act of 1871-1666 of this British crown with these international bankers. As we the Tribal body of Yashar'ale have been seeking our full allodial entitlements (§ 8-102 (a) (1)(7)(8), of all of our 50 Estate adverse claims in full by this reclamation since Aug 20th 2019-present that proves this U.S. Virginia and Plymouth Companies International Contractual obligations, of this debt bondage has expired for direct release of our Land Title. They shall no longer continue being our USA Union Slave Corporate masters on these Aboriginal indigenous grounds as beneficiaries under this Enemy of the State FDR landlord ship in operation of this act of Martial Law as this U.S. Federal Clearing Corporation as this United States of America Inc. As we drawn this line (Zech 1:15-16) on the behalf of our Golden Yobel for this Biblical set apartness, I shall establish towards our Tribal Crowns as one Tribe unto the Holy Heavenly KING our AbbaYAH who helped us place on the record this Truth Affidavit to obtain by this Restitution! And release by Liberation with all of these Restitutionary slave compensations ``Trust wise" (Lev 25:9-13), of all things found by this Full Disclosure. Of these creditors injustices towards their self-gains of unjust enrichments that's connected to our Cusip Commercial Bonds that have been stolen to become a backing on our Lands as explained above In return by 80%. By this pursuit to Happiness of this act towards set apartness with our YAH Almighty In our favor by this Affidavit of truth against all fraudulent Contractual obligational terms of these international banking institutions and there hate and war crimes within this system of injustices that shunned our Reparations and Restitution, on our Lands which we the Tribal Embodiment of Yashar'ale come to present our Restitutionary Slave Compensation act against and to expose this

Contractors fraud. To heal our Communities poverty by this Land tax returns that's of these adverse claims that's in our Land Title. From this Colonial Vatican Baronet's SEC UCC 1 Contractual obligations illegal Exactions we've encountered in these last days as the Remnant of the Most High YAH. That stems from all Certifications Routing Numbers that we the Tribal embodiment of Yashar'ale comes to Denounce, and Renounce towards this Acceptance of this Global debt that consist of these Biblical- snares we exercise our Spiritual rights against in Acceptance towards full value that crushes all entities such as this one (SOCIAL SECURITY CORP, DEPART. OF HEALTH, EDUCATION AND WELF For-Profit General Delaware Corporation Incorporation date: 11/13/89 File No. 2213135) that have a bond with this corporate government Department of Commerce by our MCO Records that they've have forged our indorsements to obtain intergenerational wealth with. As these Mason international bankers have set themselves to obtain the records souls prints of our Babies Feet and the Blood Pricks of their Heels as sinister bulbs goes off in knowing our Scriptural truths, this is how the serpent seed (Gen 3:15) harmed us with crafts of dark arts as they're connected to clubs of secret societies! as they've already showed and proven their masonry craftiness with this legal legalese personalities let alone Eugenic sterilization that's on the record as our adversaries whom they're as these "higher ups", as they utilized our MCO forged Indorsements of the Birth Certificates to established these Bonds within the processing stages of us importing into this US Corporate system by their Hospitals under the export and import care of the Docs that received us from our Mother's canals as this Commerce Chattel personal property to endure-debt. That we all were veiled unto! that their Department of Commerce unjustly gained contracted quadrillions from that helped these international Banking Creditors obtain this fiat through these internal affairs for this unjust enrichments by this Federal Reserve Clearing Corporation, due to these Forged indorsements they've accomplished that Placed us as their Admiralty inland and sea operated Stock Bonds pledged right into this United States of America Inc. 28 USC 3002 (15)(A)(B)(C) NYSE MARKETPLACE as a Yoke around our necks, for mega bulk loads of national and international illegal exactions (87 Tenn. L. Rev. 315 (2020) for top BIS International settlements/ UN, IMF Funds we seek our Land Title (28: 8-501(b)(2) from.

(H) FACTS: We the Tribal Embodiment of Yashar'ale: Seek these claims back from (Eze 33:15) this pledging, In its full maturity by this interest of our Cusip and TDA accounts that is promoted strongly within this Federal Reserve Fraudulent acts in this Abolished Mere Chattel goods for service instrument pledging of our Bodies and Lands towards this debt we endure no longer under this Serfdom and nowadays Feudalism systems as of Aug 20th 2019-Present. As these thefts has caused us also 4 Generations worth + of problems within these Contractual Slave obligations such as acceptance of Eugenic FDA Non-Approved Sterilizations unto even being tax payers unto our own death certificate for top funds, off having to endure hatred that radiated in our Communities by gamma wavelengths that's alters behaviors by these financed planned based experiments within these-contracted obligational terms that's explained In this Affidavit of truth In section (Q1) where these contracts has expired for our release from all these Heinous crimes to establish our Kingdom reservation. We seek this dispute for in obtaining all of our adverse claims for! also to assure our safety from the Edomite sectors of Esau and his Descendants scientific sword. Which will establish my Tribal embodiment independence from all illegal Contractual Exactions (87 Tenn. L. Rev. 315 (2020) of these international creditors! now that our Biblical 400yr sentence of completion under this extensive hand of the crown of Great Britain and the Roman Vatican Church Pope is now over, from he whom implies this Man-made laws on our Planet under his secured Ecclesiastical *Codex Iuris Canonici* status of lies. Which our Holy Universal LAW overrides for our Prophetical Yobel of release to implement our Laws and ruler ship with all of our Restitutionary damages and values that have been "taken from us" as Ms. Kamala Harris has stated given back which she shall prove her truth on the behalf of this independence herein within this Affidavit of truth. Against these Treasonous deeds of this U.S. Corporate Entities! Quasi International Contractual Bonds partnership they all have through Tri-Mission we've known not about through this strawman creation In full Interest unto this District of Columbia Organic Act of 1871 growth, right ino their King Charles III his Majesty Treasury. Which firstly came by these Robberies of our 1st Freedman trust banks! that held 150,000 jobs and 250,000 farms that's gone missing in it and 20,000,000+ acres and it's Land value worth 500,000,000, that we the Tribal embodiment of Yashar'ale reclaim back also in this modern valued interest trust refund request within this Affidavit of truth towards our Land title. As these Recoveries will bring forth our obtaining to establish our independence, for this pursuit to Happiness by our New Hebraic Aboriginal Indigenous Tribal International Title as we're the Chosen people of Yashar'ale.. Which presents our Treasure Chest for this Global International and National returns for our system in the fashion of our First Freedman's trust Bank. That was accepted by this congress Emancipation Compensation Act then! As we hold for the record Congressional logs for Abolishment even now as of new, that's

of this Mere Chattel slavery thefts as of 1862-67 in this creditor's Corps panic era. As we now seek all things back by this Chargeback Non-negotiable Bill of Exchange (§28-2303) that shall accommodate this Slave Compensational lawful reasoning as explained In my Declaration of Liberation I've sent to the Secretary of State of this District of Columbia Organic Act of 1871 In remarks of my Tribal embodiment Restitutionary Recoveries from these Banker Respondents.

(1.) FACTS: We the Tribal embodiment of Yashar'ale: Claims back all that was taken from us, and this is WHERE Ms. Kamala Harris shall attend her truth by her Broadcasting statement for direct pay to order of, to our 2nd Freedman Trust bank in full maturity of this entire Land title for our reservation Tax value! we reclaim back by all adverse claims. From all that have devoured us by this routing laundering scheme, because of this indentured servitude and the vast amount Discriminative matters we've endured through these heinous acts as a strengthening experienced through these international Respondents programming. Where Mr. Charles III Founding Father Mr. James I Established this placement of this Rotten Baronet Corporate Broken Scepter/ Metonymy on April 10th, 1606 in my Heavenly AbbaYAH Land Mass to be Recognized under this Doctrine of "Separation of Power Act" which is false doctrine in orchestrations as these "Ministers of Justice" under this establishment of D-U-N-S (Number 22-549-8526) Commercial enterprise in all honesty to conceal their contractual dealings, and to accumulate "Caesar (Luke 2:1-2) of Rome Modern Taxations" while all high offices are dissolved from all 50 E'States Capital Hill's that's of this US/ UN IRS Union. That's structured under this Rosetta stone Tax Power method that we know has been routed by sailing across Sea's privily right unto this UK/ EU Privy purse of his masjesty Treasury system by these international Creditors and Debtors banking institutions in support towards these international Highly classified Sovereign Grant's. And we demand Admiralty Courts to establish this Full disclosure of this laundering towards this homage of Routing international grants to the crown of Great Britain off the act of this modern-day Industrialized Enslavement Mere Chattel personal property establishment that challenges this congress historical dealing on our landmass with our Titles. That is hybrid structured within this BIS international settlements Securities Act of this 1933-present worldwide UCC 1 strawman legal legalese personalities registration act format of servitude which break our Law's, under this fraudulent admiralty Federal Mere Chattel pledging (Eze 33:15) that must be refunded as my Holy KING of Heavens Universal Law states. As this system placed all citizens In a ledger private enslavement illegal Exactions structure as Mere Commerce as goods for service within this "SEC UCC 1 & CISG Article 2 Trade act". Which makes us even more an enemy of the state FDR, while also being logged into financial statements as this method sticks out of this Department of Defense body and land value body values holds the most! under this trustee (15 USC) lien and Department of Commerce thefts that became an act of War for these forged MCO Indorsements of these ("Certificate Bonds") as this promote interest in injustices by Treason. That shall halt by this Affidavit of truth! towards all adverse claims (§ 8-102 (a)(1), even though we're now secretly facing a slight act of this military Scorched Earth Policy for them to stop this receiving of our Land title and adverse claims. As we can see with these banking systems and infrastructure "explosives" on bridges such as Baltimore and Texas and California and Water systems as National attacks trail derailments warehouse explosion, upon our Aboriginal Indigenous Landmass since 2020-21- present maybe since (Dan 11:6-7) Trump signed a agreement with the Galactic Federation Dec 8th 2020 view (Q) links, against our Aug 20th 2019-present Golden Yobel Restitutionary Slave Compensation Act as they strive secretly (Jer 50:22-25) against my Holy AbbaYAH and us (Rev 12:1-7) Checkout this > [ State of Emergency Act of 1933 FDR ]< view (8.D,P). That we as a Spiritual Holy and Righteous Tribal Body Seeks this Declaration of Emancipation from but firstly by a true Biblical Acknowledgement of our Aug 20th 2019-present 400yr of Completion of this Nation founding Fathers Maritime Contracts and slave names In truth and not like stated in this congress log H.R.1242. This can only be conducted by these international respondents by Scripturally overstanding our exploits of this Breach of Admiralty International Contract, that has Congressionally Been In Breach since January 1st 1863-65 only by form of a response Affidavit. As my Tribal embodiment still endures this National and International pains, disaster and poverty without there direct Recoveries of what was actually taken from them herein and therein, by these Strawman UCC 1 Cusip accounts as displayed In this Document towards our Restitution Recommendation. And we also bare witness to these international creditors with great evidence, especially by this particular one that has come to our Competency In direction of this present Religious Non-profit Corporate Embodiment of this Rome Church whom is founded by Pope Francis family tree, that is this founder of this United States of America Inc. (2193946) and one of its owner by the name of this archbishop that went by the name of Deric R. McCloud of the Basilica Shrine, that we hold location on Michigan and 4th NE Street! that's over this recent Cardinal named Wilton Daniel Gregory, that's within the Rebellious Territory of Washington, Dc. That's proclaimed by this Company "Dunn & Bradstreet" that we have also docketed down for our Religious/ Scriptural Ingathering (Mic 5:1-3) (22 US Code 6401) Million Man March method if necessary for Ratification purposes towards obtainment of all of our possessions and properties back that's held In these Adverse claim's (§ 8-102 (a)(1) land title of our Aboriginal Indigenous Lands that derives from their Roman Church Britain Army Serfdom and Feudalism's Transatlantic UCC 1

Act Mr. Francis knows about Biblically. And for this removal of their Corporate Name that is the "United States of America" in replacement of our Kingdom name by this legal due process that will come into establishment before the ICJ against all that's involved, if not handled justly here in these Admiralty Courts by this truth Affidavit "complaint Attachment". To end this Federal US Admiralty custody of this Territory of Washington, DC by these multilevel releases towards our Sovereignty with all of our secured party interest adverse claims (§ 8-102 (a)(1).

Our Personal Biblically History with Esau and his descendants blessings of
sword and dew of the Heavens that have expired Aug 20th 2019- Present: ( Yobel 26:1-35)
(Q) We the Tribal Embodiment of Yashar'ale: Know the truth of our Holy Scriptures (2 Esdras 6:9) States these Roman Corporate Respondents are the descendants of Esau (Gen 27:39-42) under these Banking instruments by the sword of blessings, Which have ended Aug 20th 2019-present whom will have to leave "all High (OBA 17) eminent domains of my Estates of Turtle Island in due findings of this Fraud and Treason of our Security Stock Cusip as we have been made and enemy of the state FDR to this Union. And all Lands within Alkebulan by embassy establishments also that's attached to all that have been achieved by these Executive fraudulent contracts or Treaty throughout their fictitious corporate establishment of this religious Non-profit Corporation of the United States of America Inc. Securities 1930-33 BIS International settlements Act that's Connected to this Quasi "CESTUI QUE USE vie" Trust [ 1535-1666-2024 ] Fraud with all their EU Roman Baronet's allies that shall never harm my Holy KING Planet or anyone ever again Spiritually, Emotionally, Physically nor Financially. As, these Contractual Obligations have placed all Creditors and Debtors as the narrator in control of these thefts and supporters of scientific sectors depopulation Agendas, by greed and corruption that have now come under my Holy Heavenly AbbaYAH Spiritual Prophetical plagues In destruction economically, as this gives his Tribal Body Control for this Reimbursement slave compensation off these multiple National and International Breaches that has occurred since Aug 20th 2019-present because of this Admiralty Maritime Commercial Contract fraud and denial of our Restitution Recommendation form. As this Biblical battle against two brothers for the Birthright goes continuously, which states the why throughout this History of these Securities thefts and Crimes against Mankind and humanity of these Respondents whom are the descendants of Esau Bloodline and satan himself as his occultist children of this European world cabal Union. Which they have Contractually wounded my Tribal embodiment unto as we're the REAL House of Yacob as one Worldwide in reclaiming of all claims within this Affidavit of truth off these findings also point for point, on this behalf need of this set apartness by our new Hebraic Aboriginal Indigenous International Tribal embodiment under this new Title that seeks this Chargeback Non-negotiable Bill of Exchange. From all what has made us suffer within these povertized communities we longed for within these obligatory cruelties of this U.S Chartered Virginia Company of London Transatlantic Contractual Modern Construct debt bondage. Which in this dispute we can also prove by being made an enemy to the state FDR off all these Admiralty wars against us as explained below from our Brother Esau Spirit that lays upon his descendants of this Roman Baronet's U.S Corporate Virginia Company of London Transatlantic 400yrs slave obligations that proves these (Deut 28:) Blessings and Curses against my Tribal embodiment within this 400yr contract. This Biblical Spiritual battle herein this District of Columbia Organic Act of 1871 is well known by their Whitehouse scholars. That brings forth the such that follows In these Prophetical End times, even by its Scorched Earth policy as everyone see their blessings has ended and this secret war have come to passed as their secret scientist's sectors strive (Jer 50:22-25) against my Holy Heavenly Abba who is here visiting all nations for our rise from all that's follows in all brackets. [ Like all "incarceration cases" was only strategically designed to cringe Money hungry Federal Scientist whom had their hands In Dark Arts that had a sinister hard on to destroy my Tribal Black & Brown families by testing's of silent Dehumanizing, that's cultivating throughout all Communities to just enslave my Tribal embodiment through sinister computer coding signaling that comes from within these National Securities Scrutinizing programs of this Department of Defense such as the DIA, DHS, NSA, CIA, NASA, FBI ( 50 U.S.C. 401a(4)(L). Because of whom we're as the house of Yashar'ale that have been Scripturally placed within this U.S District of Columbia Organic Act of 1871- Virginia Company of London Transatlantic Contractual Construct by our YAH. Which have expired, and now we bring forth our Yobel Restitutionary Slave Compensation Act before Admiralty Courts for all adverse. Which is thee only thing that can stop all of

our Heavenly AbbaYAH plagues because of these acts of these Federal Private Sectors (Act 29:10-13) that use these instruments of war to keep us enslaved Mentally, Emotionally, Physically and Financially. As we the Tribal Embodiment of Yashar'ale see well enough all that gives these descendants of Esau Historic Biblical reasoning to gravitate towards a more silent enslavement of the mind by this increase of remote knowledge as an imperative against all Federal Admiralty Maritime Citizens for huge Judicial intergenerational Penal Sums that this Fleet `` Federal Reserved Stock'' embraces wholly for Financial wealth In their GOD they trust as an help to these Creditors and Debtors under these war crimes for these illegal exactions, as we're made as enemies of the state FDR under this Martial law. That entices this sinister mind control agenda act that Transmits out directly from the "U.S. Pentagon of satan" and Cheyenne Mt above and underground systems by Sorcery gamma wavelengths and rays right into our Communities by High level radiation exposures that have been implanted by these Edomite CIA occultist private utility Communications Sectors to depopulate and to control the world societies. As a Contractual Bondsman and Bondswoman under "Charles III Monarch project" that consist of "facial recognition". This is silently how they accomplished it through darpa Etc. and I'll love for anyone to prove us wrong by this dispute within this affidavit of truth, as we know they've placed these 5g plus' Towers throughout all of our Communities for this control matrixatically and by Poisoning my Tribal embodiment through their Eugenic Ingredients sterilization that make all Brain Neurons wave Receptacle to these communities transmitting manipulative towers that's compatible by these Congressional Fda Non-Approved Products towards this Financial gain by consumption. And by the help of the- Healthcare through Birth and mandatory School Shots that never been proven good in any practices' to inject In any body bloodstream, and by this Air chemtrail particles quality that are radioactive with - metals that fuses with these Military Apparatus as Methods for thermal camera Remote neural monitoring, Altering Brain Waves (RF/Electromagnetic Waves) through these 5g towers gamma rays to control society behaviors (22–933.01) (1) (2) (3) by these Chemicals becoming a weaponized combustion that keep this Federal Republic In Admiralty Jurisdiction by martial law. That consist In ultimately becoming compatible by these triggering computer sound codes MHz signals also that causes these transmittable Demonic activities within our communities, that have been established as planned based criminalization for Judicial contractual bonds etc. And on the behalf of my Tribal embodiment safety within our Communities we seek for these towers to be removed, to stop all these "slight gamma wavelengths war crimes" they bring against mankind under this private shadow Government sectors of these Corporate Businesses' we as the Tribal embodiment seek to become set apart from by drawing this line (Zech 1:16) with all that have become Treasure unto these Modern Roman British Baronet Corporate entities credit line of debt we reclaim back in this full disclosure that promotes there acts. By our provision we bring towards this corporate piercing of the Corporal veils before Admiralty courts within this Affidavit of truth because of all these acts upon my Tribal body and their Aboriginal Indigenous Tribal Lands as we reclaim all things through our Restitutionary slave compensation act. Which this will establish our 2nd Freedman trust towards our revenue structures as a set apart Spiritual Nation under our New Hebraic Aboriginal Indigenous Tribal International Title to stop a way for those whom gains these unjust enrichments off our private stock accounts but mainly our Tax Dollars, for our own demise through this Contractual hate. Which we as a Tribal embodiment rise - up to stop, by establishing ourselves as a Nationality set apart from these Continental Founding Fathers Slave names and from all of their descendant's war crimes as this shall construct our reservations ethically. As we obtain all of our adverse Claims (§ 8-102 (a)(1)(III) (17) with this Liberation by our restitution to build our Father's Lands In so-called South-North America and Africa which is present day Alkebulan by this Exile from all these Civil Corporate Babylonian Egyptian constructs of Contract fraud. That this Rebellious religious territory of Washington, Dc Fashioned themselves too, to stay a superpower with the Crown of Britain/EU and Vatican church of Rome.

(1.)   FACT: We the Tribal Embodiment of Yashar'ale: Knows also about all of these silent Demonic attacks in the Land by this shadow government, that our Biblical Records gives us discernment to overstand and how are knowledge has increased also in readiness to overcome it all, as it's here in our Lands to stop our awakening to our rise in set apartness to power from all altars of our Biblical Brother Esau whom hates us. That control's this world cabal Confederation by factions of secret society's that overseers these UCC 1 Contractual obligations of modern-day enslavement of illegal Exactions that's been foundationally structured through this entire house of Rome to enslave us to this energy harvesting. Through this satanic backdoor world Galactic Confederation legal legalese personalities that was designed by Edward Mandell-House and president Woodrow Wilson in 1913-21 an then signed by President Franklin D. Roosevelt that's of this cabal strawman creation as our enemies by making us an enemy to the state FDR in 1930-33 to this militant shadow government (Gal 5:11-13) top secret attacks by these National Securities, which have harmed us through Esau and his descendants confederacy by the sword with these fallen angels whom created them in the caucus mountains! that Trump signed an agreement with to experiments here Dec 8th 2020 as they've

have come In like a (Isa 59:19) flood In our Lands to keep us from rising to power that's joined (Dan 11:6-7) with this Roman world cabal, that's a direct hit upon us by currencies and energy weaponry that have failed through what is explained below. And this is the plot against the Newly Wedded of Ha'Mashiach such as the Descendants of Abraham, Isaac and Yacob! that came by the way of what our Biblical Brother King Solomon has left us as his Descendants to know on the behalf of these demonic Attacks as we're the House of Yashar'ale within his Testimony to understand these days in all things about this battle against all the evil spirits he once controlled by the lesser & Greater- Keys, of his books of wisdom he received from our Holy Malakim, that these Private Securities officers occultist leaders on this Earth uses now in their dark criminal justices as countered intelligence against the Righteous as our oral system is hidden behind the vault in the Roman Vatican City and now we wonder why when it comes to the respondent known as Pope Francis. An as you review closely these demonic entities Fruits of their spirits it proves all these attacks aligns up with what my brothers and sisters are getting jailed for because of these silent possessions that comes from the spells they use against us to receive their Federal Judicial Contractual Bonds by these matrixatic planned attacks that comes from this military DOD, FBI, CIA, NSA, DIA signals and triggering codes that's being transmitted through these 5g towers and wifi for mind manipulative agendas. And when you view every crime by their case records it matches these demon's tasks for this Luciferian Cabal that's being cast upon them by sounds waves into their ear pons as an alter-ego manipulative conditioning to their consciousness, when it comes to these occultist securities contracted industries with these reasoning specifically and specially to harm my Tribal embodiment rise to power as the true house of Yashar'ale. As these are the Fallen angel's( Matt 16:27-28) Demonic entities in one by the Name of Asmodeus the other Is Belial whom is the leader over the sons of darkness and these twine are the leaders of these occultist royal Bloodlines this link explains ( https://www.esotericarchives.com/solomon/testamen.htm) there unfruitful acts that my Holy AbbaYAH said would be around as evil spirits unto my Reign In the Books of Enoch as their consummation ( 1 Eno 15:8-12) that speaks of me destroying this evil in truth. Which consist of these three headed beast systems In the fashion of their Father hashaton as his Abominable Church (1 Nephi 14:1-30) whom enslaves our People to their Collider frequency transmitters in Switzerland and Chicago as they're behind the scenes conducting all these evils act with this dark matter with fallen angels whom the Geneva 1560 Biblical version Speaks on In (Ephesus 6:11-12) that we know run all high positions of authorities. Under their construct of their Western European Pillars that consist of three heads of Corporate Government that's run by the Roman Vatican Church, The United Kingdom, and The - Divided States of America as this Demonic Militant sword of Esau that's connected cyberly to Geneva Switzerland as these modern attacks falls In line with our long Scriptural History of our battles with Esau (Ps 83:3-5) and his seed for power of control of the Fullness of the Earth. As their black matter Is conducted against the Atoms of the Nations by Cern scientists that have an underground collider that's connected to the Nation's underground water International Internet Sea's Cables as this energies resource that's Connected to the underground collider radius 27- kilometre ring-tunnels that shoots through all Nation's power plant grids Surveillance Systems these satanic spells that cern plays with in opening portals that's connect with the metals that's being dropped by chemtrail. That comes throughout our Aboriginal Indigenous Tribal Lands that brings mental health problems that consist of the fruits of these fallen angels' evil deeds, that's implemented by these U.S British, Roman, France and American occultist societies that attack the masses silently for the root of all evil. Which they connected these connections currency ports through to push this marketing industry agenda In my Holy AbbaYAH world through this U.S. District of Columbia Organic act 1871- Chartered Virginia Company of London Transatlantic Contractual Stock Fraud, that's conducted by the Reptilians and Greys and Pleiades etc that's in cahoots with the US military for advance weaponry by their secret grande Peace Treaty you name it?! As we all realize these scientific sectors receive great money also from all people by Tax Dollars to depopulate and to control our minds into their financial system of servitude that is now over, but Aye what about these "Certificate Bonds" securities funds through its fraud credit routing with our SSN' and Birth Certificate numbers? as we also seek Reparations for most of these problems that have crushed our people in many ways, Spiritually, Mentally and emotionally and physically and financially. But anyways we reclaim all illegal Exactions as accepted value that's of this global debt under our set apart new Hebraic Aboriginal indigenous Tribal International Title, back from all this evil of Esau and his descendant's creations on my Holy AbbaYAH Earth that they've destroyed. As we place these acts for point-by-point use in this Affidavit of truth that's unrebutted as of now as truth for whomever willing of these Respondents to "defend this fraud" of theirs. Which awaits our huge sums certain by punitive damages by all that have these connected cables as a use for our Certificate Bonds Cusip and TDA Private Trust routings numbers to gain these unjust enrichments of my Aboriginal indigenous Tribal body and land value' funds while we suffer In Poverty under this

serfdom and nowadays feudalism acts that comes with these evil terms of these obligations, as these Corporate creditors and Debtors have unjustly established these international communications sectors In these Countries Communities towards land business structures and infrastructure projects off our Body Values we seek all things back from that's found in this full disclosure process for our use unto greatness by this Affidavit of truth.]

These links are for evidence purposes only towards exposure of hate crimes and Defamation against my Biblical Tribal embodiment of Yashar'ale. That's of the sword of Esau under his descendant's Contractual obligations. Which supported these Acts Spiritually, Mentally, Emotionally and Physically and financially. We seek punitive damages if these facts are found unrebutted.

 This Dec 8th 2020.
(?)https://www.deseret.com/u-s-world/2020/12/8/22163374/galactic-federation-aliens-israel-us
The Tribal Embodiment of Yashar'ale: Would also like for this matter of this Galactic Federation Experiment, That Trump signed off on to be viewed also within this Affidavit of truth, to be point for point as well indefinitely hmm what was it?

> (2) FACTS: These links are strongly and surely advised towards our Restitutionary Slave Compensation act for these punitive damages as we seek full Disclosure (§ 44–105.07) and an Investigation to be done In this area of these 5G Towers Computer Signaling and Triggering Mind Manipulating Gamma Wavelengths codes. That brought these Federal Confinement Penal Sums towards these Adhesion Commercial Contractual Judicial Bonds of lies in accordance with these high offices already being dissolved since this Chapter 11 act have been implemented, we have been living under martial law ever since. FDR even passed a law that all US Citizens are the enemy of the USA. The U.S. is bankrupt and has been since 1933, The Receivers of the U.S. Bankruptcy is the INT Bankers via the World Bank, UN, and IMF All U.S. offices, officers and Departments are working under a "defacto" status only under the emergency war powers. This new form of gmt is known as a democracy (Instead of Republic) being an established communist/socialist order under the "The New Governor of America" Congressional Record March 17th, 1993, Vol 33, Page H-1303. It is an established fact that the US Fed Government has been dissolved under the Emergency Banking Act March 9, 1933 48 Stat. 1, Public Law 89-719 Declared by FDR Being Bankrupt and insolvent H.J.R. 192, 73rd. Congress in session June 5, 1933- Joint Resolution to suspend the Gold Standard and Abrogate the Gold Clause - Dissolved the Sovereign Authority of the US and the official capacities of all US Gov Offices Officers and- Departments and is further evidence the US Fed Gov only exist today in Name only. US being in Martial Law since 1933 and as far back as civil war Senate Report 93-549 (1973) Us Citizens Declared Enemies of US by FDR ex ord 2040 and ratified by congress march 9th 1933 48 Stat 1. FDR changed the meaning of TRADING WITH THE ENEMY ACT of Dec 6th- 1917 by changing the word "without" to citizens "within "the US. A Legal Name is a "Prisoner of War" Name. Fictitious "nom de guerre" name for a non-living entity: also referred to as the strawman and or transmitting utility. JOHN DOE Name in all caps which is format called Capitus Diminutio Maximat Capitus Diminutio Maxima (Maximum Diminished Status) means that a man's condition changes from freedom to bondage and becomes a slave or item of inventory - Black's Law Dictionary Revised 4th Ed. 1968. A fictional persona being surety for the debt as fiction in commerce also known as "Ens Legis" which means "legal entity" It is non-human and "civilly dead' '. That is not you... unless you are a fiction. Realize with your REAL EYES. Freedom is real and Attainable. That I come to free my people from, because of these vulnerabilities we've have been destroyed under by this secrecy of Esau spirit and his modern-day Descendants racial hatred as these international Respondents in power to do so by these acts as they pleased against them! 22– 933.01) (1)(2)(3) so I demand these Release from these International Bankers judicial agreements that's within this Intro7.2Separation of powers Act, as exiled obligee(s) as we shall obtain them all through this breach (Isa 61:1-4) unto our safe haven within our New Hebraic Aboriginal Indigenous Tribal International Title. If this truth Affidavit goes unrebutted by these international Respondents, I discharge all criminal records and demands their punitive damages for these Acts against them secretly by these silent Attacks of these DOD National Security
> militant utility Communication weaponry sectors in full. For all my brother and sisters individually whom are being pledged and secretly trampled on the behalf of this sword of Esau modernly, that consist of their § 610.40 Fidelity Bonds refunds at its full maturity as stated for false imprisonment 30,000.000.000 and then an immediate evacuation of this National Securities Stock of this Title 28 USC 3002 (15)(A)(B)(C) off my Aboriginal Indigenous Landmass that's a stock to these international bankers accordingly to the statements of the Holy See Roman Vatican Church Pope, in the

letter he's wrote to Obama on July 4th 2015 about these rogue acts of these entities, Because of their national remote lies and sinister acts as Esau sword by this manipulative device that even mischievously deceived them just to do this evil to us all to receive the root to all evil through these Judicial Contractual Penal sum bonds to keep this matrixatic circulation existing off its origination of Fraud. Which we the Tribal embodiment of Yashar'ale seek this dispute on the behalf of this Liberation of Release as well from these Tri-Mission international Respondents, for all of our Tribal Brothers and Sisters liberation from all institutions of state and federal confinements because their Minds have been controlled and altered by these sinister civilly Corporate act of Esau and his Descendants under this Department of Defense, Private Utility ( 50 U.S.C. 401a(4)(L) Communications Sectors that's of these dissolved sectors known as the CIA and FBI, NSA NASA Energy weapons Sound systems. And for the Record the United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy, it is finally over. (Executive Order 12803) 6. The FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the "U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680 F.2nd, 1239. As historical evidence proved they established many private projects Attacks off high radiation transmitters and sinister dark art of Sciences that triggers the ear pons for brain manipulation purposes! that alters these consciousnesses behaviorally by controls please view links for evidence of these Historical patent projects of this DOD stock National Security sectors that's deeply into radiation altering 5g towering usages against mankind and humanity. That was designed originally to destroy the house of the true living YAH Almighty Chosen people by the sword, their history proves they lived by (Yobel 26:1-35) on all levels! Especially since we've been all forged into these legal legalese personalities Contractual obligations that springs forth these Killings and sabotaging through this system certificate monitoring scheme. As this is a silent act of war to gain intergenerational Governmental wealth off Federal and state confinement just like the false hood of the Trade centers to gain these international bankers trading powers under the foundation of Fraud by these illegal Exactions extensively. like this fraudulent one of the Rothschild's lie here against us on May 15th of 1948 with the Balfour Declaration that proves this hate against us that Mr. Charles III family tree have hidden us to for these illegal Exactions as Commerce, we seek all things back from as well from these Contractual Obligations- Bonds by this defamation that hindered our Holy Scriptural Fame unto the world as we shall obtain now upon this ruling of this Affidavit of truth, that's unrebutted! in Commerce truth is sovereign from all Obligational terms including these sinister ones by these international respondents whom runs all Nations since this Bankruptcy.

( https://s3images.coroflot.com/user_files/individual_files/221275_dV5NXarumrBZocXsaaZEXoBvR.pdf )


[ "Milestones: 1945–1952 - Office of the Historian" https://history.state.gov/milestones/1945-1952/creation-israel

"H.R.1242 - 115th Congress (2017-2018): 400 Years of African-American History Commission Act | Congress.gov | Library of Congress" https://www.congress.gov/bill/115th-congress/house-bill/1242 ]

This one gives Factual truth of the debt being dispersed unto the slave's master vs the debt obligee(s) by its value maturity, as we see a way to help international and National debt' it must be broken and reduced unto us. Not us enduring it any longer especially after Aug 20th 2019-Present breach of international commercial contract, but however, we see these Cusip illegal exactions going into the next big thing such as these CEO'S corporations and Banking institutions.

https://www.theguardian.com/news/2018/mar/29/slavery-abolition-compensation-when-will-britain-face-up-to-its-crimes-against-humanity

This one has some of the meat of their activities behind the scenes as an occultist private utility CIA, FBI, NSA, DIA Communications and Holdings that shows planned attacks 50 U.S.C. 401a(4)(L) on my Tribal embodiment and The American People for Control that proves we're and enemy to the state FDR.
(1) https://www.bigbrotherwatchingus.com/official-mind-control-patents.html?fbclid=IwAR1WOQdnCF3tXFZNa1D3w1LBEA4Vh_oCjGQLifJt5NyUviaFXWtoscwcXF8

(2) http://loveforlife.com.au/files/total_mind_controlled.pdf

(3) https://www.thomasnet.com/articles/top-suppliers/5g-antenna-manufacturers-and-suppliers/

(4) https://patents.google.com/patent/US5356368A/en

(5) https://www.submarinecablemap.com/submarine-cable/pacific-light-cable-network-plcn

Admiralty Custody of this Rebellious Territory of Washington, Dc Federal Republic Jurisdiction war crimes for controls of Slaves secretly to stop revolting from all whom pose as a threat to things like this in this Affidavit of truth, that I bring forth before Admiralty High Courts. For legal due process on the behalf of this Biblical, Commercial and Personal Knowledge we expose within these secret terms of these U.S District of Columbia Organic Act of 1871-Chartred Virginia Company of London Contractual securities obligations. As these links hold my Class Action evidence with all that's herein, that proves these international Respondents evil against us as Yashar'ale the Biblical descendants of Yocab in this great modern battle, for ruler ship.

(6)https://www.huffpost.com/entry/remote-neural-monitoring-used-in-unethical-army-psyop_b_587fe170e4b0fb40bf6c462a


(3.) FACT: We the Tribal Embodiment of Yashar'ale: Brings forth this serious matter before Admiralty High Courts that have occurred within these obligational terms of this National and international contract of this U.S District of Columbia Organic Act of 1871 Instrument as the obligor. That's proven it's self for dissolution by its Killing Records in this land of the free, as we seek these links above to be used against all these security sectors that's connected to these Federal Sinister Attacks upon my Tribal embodiment as explained above. Which Tells District Courts why we shall obtain these punitive damages from Mr. Charles III and his International Respondents on the behalf of these securities sectors that caused my Tribal embodiment these Spiritual, Mental and Physical abuses! Within this Affidavit of truth that holds these Punitive Claims within this Breached Contract that we have against this United States of America Inc. hybrid security stock. And its international creditor and debtors whom are in control of these Stocks on our Aboriginal Indigenous Tribal Land as the kings creditors, in structured afflictions that harmed us sorely as our Scriptural Doctrine states while being under these curses (Deut 28:1-68) and the enslavement of the sword of Esau and his modern day Descendants (Gen 27:38-42) as debt bondages unto its title 28 USC 3002 (15)(A)(B)(C) Chapter 176 debt collections, that has come to an end as of Aug 20th 2019-present with all Obligations that have entitled these Hybrid Admiralty Federal National Securities Stocks as follows DOD, CIA and FBI, NSA etc. To conduct these silent Acts against us to stop our biblical rising that's always spiritually been in our DNa as leaders in Ha'Mashiach, as this case study of United States VS Strang 254 US 491 also proves they've done it rogue that proves this biblical hate against us still to this day (The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy, it is finally over. (Executive Order 12803) 6. The FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the "U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680-F.2nd, 1239) by these acts as stated under these U.S Chartered Virginia Company of London Contractual Obligations that implemented these Heinous acts such as all that consist of their FBI (28 U.S. Code § 1346 (A)(1) (b)(1) Cointelpro Secret assassinations of my Brethren under the hand of the FBI Director J. Edgar Hoover, that was created secretly in taiming under this notion of the British Royals [ Great Seal of the Realm is the chief seal of the crown, used to show the monarch's approval of important State documents. In today's constitutional monarchy, the Sovereign acts on the advice of the Government of the day, but the seal remains an important symbol of the Sovereign's role as Head of State. We know this applies tristate also] whom destroyed them as our leaders as his name is still also to this day in statue'd on my soil that's due for removal out of our Aboriginal Indigenous Warehouse Commercial Land Zoning. As my Brothers tried to free our people from many Land laws that don't exist under this corporate entity titled 28 USC 3002 (15)(A)(B)(C) on our Lands, according to the Canon 3228 (i) when it comes to admiralty courts as public records that have to acknowledge a registry of this legal legalese personalities  because of these obligational terms of this BIS International Settlements Contract of our securities of its fictitious strawman creation that made them liable to be killed Contractually, as being looked at as Messiah's on the Rise to heal our poverty which got them placed on a national hit list due for military psyops trailing's "gangstalkings" under these projects of ( 50 U.S.C. 401a(4)(L) these Contracted Securities military Killings. Just so this federal reserve (FEDERAL RESERVE ASSOCIATION (Federal Reserve) Non-profit Delaware Corporation Incorporation date 9/13/14 File No. 0042817) Stock could continue to help this Delaware Corporation of this District of Columbia Organic Act of 1871 hold us as Admiralty Captives for these Exactions as vulnerable beings hindered under this modern day Serfdom and nowadays Feudalism act (22–933.01)(1)(2)(3) robbed by illegal Exactions of our Certificate bonds unto these international bankers for our body values whom works as these creditors for Mr. Charles III under his great seal of the realm, as these bonds practically sit dormant as appraisals on the behalf of their Death, Marriage, and

Birth! UK Certificate act of 1837 that helps their banking institutions standardize these unjust enrichments by the crown of the UK for his sovereign Grant's from us dead or Alive as we're *scattered among all nations as the house of Yashar'ale by this Sword of Esau spirit and his modern-day descendants. While we unrighteously suffers as this debt bondage of this title 28 Chapter 176 debt collection under these acts also of this silent active martial law that was enacted upon us as enemies to the state FDR act of 1930-33 in the first place. On the behalf of these international Bankers whom runs the show behind the scenes in this Corporate gmt, as these funds been held back from us as our adverse claims in knowing of these historical events of killings that have taken place within this 400yr international Commercial contract of this U.S Virginia Company of London that holds these Exactions of our Tribal Certification trust bonds that's now in breach as of Aug 20th 2019-Present. Where we're worth more dead and lost at sea unto this Edomite Union of the United States of America Inc. Title 28 USC 3002 (15)(A)(B)(C) than alive unto this BIS International Settlements that's in holdings of our Cestui Que Vie trust of 1666 to the crown of Britain. As these acts also prove why my brothers and sister's vulnerability upon their Aboriginal indigenous landmass herein caused them these Contractual pains as the Tribal Body of Ha'Mashiach, Spiritually, Mentally, Physically and Emotionally and Financially, But now since Aug 20th 2019-present we have become strengthened in our Holy AbbaYAH Name to stand up against these sterilizations of these Federal fleet stock companies, whom has destroyed us under these obligational terms while we've even completed our Biblical Sentence as their Obligee(s) whom are the Tribal embodiment of Yashar'ale under this Aug 20th 1619 international Contract that's now a breached international Commercial Contract as of Aug 20th 2019-Present. Where oddly still to this day this contracted security sword of Esau has been active by these vast scientific sinister acts of these secret services DIA, FBI, CIA and NSA Communication sectors silent Dehumanizing attacks against we the Tribal people of Yashar'ale anatomy by 5g towering an military chemical droppings to keep our beings from stabilizing it's full functioning potential Correctly outside of these mind controlled substances for our highest vibrational Capacity, as stated in section (Q) as we see its only to keep our minds enslaved for these illegal Exactions within this Admiralty jurisdiction upon our land for our stolen merchandise. As this pledging have taken place by this Federal Reserve Clearing Corporation to support these international Banking creditors and debtors of the Vatican City and British crown monarch programming, through these Eastern and Western European Union Tri-Mission scientific bio institutions. For their mind manipulative structures to keeps our minds from realizing these illegal Exactions of our Cusip bonds and many other financial systems to keep us from rising, as an act towards protection unto its Rebellious Territory of Washington, Dc Maritime Stock and Shares securities powers, under this legal legalese personalities creation of fiction. Which secured them also these unjust enrichments that we reclaim back in truth by this obtaining of all adverse claims that we've never known existed while enduring these National Security Attacks. That exposes also these acts of internal affairs that defends this Dehumanizing and Discriminations, Police brutalities, creditors routings Fraud, Contract Fraud, banking redling, you name it?! As these heinous actions of this system proves they lived by the sword (Gen 27:38-42) to inherit their blessings and to harm the true Biblical house of Abraham, Isaac, and Yacob and this is why also we've sought by Reparations ignorantly to heal these wounds because of these exact things! Since these illegal terms of these Contractual obligations that have now gone into this Breach for-this Chargeback Non-Negotiable bill of Exchange on the behalf of these derogatory Heinous acts and these Quasi Capital hills rejections. As they're Prophetically wrongs first off, and secondly they've done these things under the rogue act as chapter 11 obligor(s) of this U.S District of Columbia Organic Act of 1871 that don't legally exist that have been dissolved already also as it's "corporate mission statement" proves why under this title of 28 USC 3002 (15)(A)(B)(C) gives reason to enslaved not while dealing with the sovereign outside of this commercial unity, as they now face this Breach of International Contract for all things these bankers are in denial of given back! because they run this Militant sword of Esau national security as the King Creditors. As we see this breach been enacted since 1862-present that promotes our Aug 20th 2019 Prophetical Golden Yobel Restitutionary Slave Compensation act for our full land title tax and debt value. That I, accept for value all the Charging instrument of my 13.4% of My Tribal body in this Matter for, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against the Respondents and Release the order of the court to me immediately. Unto us that was contained by these banker's institutions because of this Contributory derelictio that's well explained in this affidavit of truth. As a backing to these creditors and corporations, within this intro7.2 Separation of Powers Act That's In full operations of this Admiralty Maritime Commercial Law of the Sea as if we're dead and lost at Sea according to this CESTUI QUE USE Vie trust ACT of 1666. As these Respondents have Great Competency of legal due process by point for point as there Non-disclosure In due diligence by excuses of experiments that harmed my people as they shall defend this fraud! by their truth which is fraud towards this mega debt recommendation against all these civil heinous crimes that holds no limitations against them, such as follows that happened to my Men and Women under these Contractual Obligation of this District of Columbia Organic Act of 1871-Chartered Virginia Company of London Transatlantic slaves bondages of Old and Modernly

supervision. (22-1806) 22-3002(1) 22-2102, 22-3701(1A). So, I Recommend by the words of "Enormous amount" that was present within my Restitution form, that's In Spiritual Default of Judgement by my Heavenly AbbaYAH plagues right now since 2020-present until our Golden Yobel be Compensated only by blessing (Gen 12:3) Yashar'ale as our Holy Scriptures state's or everything shall continue to consume prophetically (Act 29:10-13). As we see they have slightly chosen the scorched earth policy as well by slowly destroying all that has occurred in the land that could help my new Hebraic Aboriginal indigenous title by what's shown that follow. In brackets [that's facing this scorched earth tactic, or a scorched earth policy, is a military strategy that has been used throughout history. If a nation, region, or army is under threat, one way that the military can hurt their enemies is by destroying anything that enemy forces could possibly use as a resource as we see this happening now within our Aboriginal Lands. That often means that an army will destroy its own land, provisions, buildings, crops, and infrastructure so that even if they are taken over by a hostile force, that force will struggle to benefit from the victory. The concept of a scorched earth policy dates back to ancient times; in ancient; Rome and ancient Persia, some groups used this tactic during times of war. However, the contemporary term only entered English in 1937 to describe conflicts between China and Japan]. And as we bring this Affidavit of truth before admiralty Courts this matter shines light towards our Restitutionary Slave Compensation act for all adverse claims (§ 8-102 (a)(1) due to this act of treason against us all that's already been made enemies of the State in 1933 FDR ex ord 2040 that was ratified by congress March 9th 1933 48 stat 1. As below proves more actions of us being and enemy of the state FDR. That strongly implies martial law secretly against my Tribal Obligee(s).

We the Tribal embodiment of Yashar'ale come to understanding and knowledge when it comes to this forged International Maritime Commercial a warehouse receipt, which is considered a document of title, may be a negotiable instrument and is often used for financing with inventory as securities. "Since the U.S. went bankrupt in 1933, all new money has to be borrowed into existence. All states started issuing serial-numbered, certificated "warehouse receipts" for births and marriages in order to pledge us as collateral against those loans and municipal bonds taken out with the Federal Reserve's banks. The "Full faith and Credit" of the American people is said to be that which back the nation's debt. That simply means the American people's ability to labor and pay back that debt. In order to catalog its laborers, the government needed an efficient, methodical system of tracking its-property to that end. Humans today are looked upon merely as resources - "human resources," that is " HUMAN CAPITAL"....Governmental assignment of a dollar value to the heads of citizens began on July 14, 1862 when President Lincoln offered 6 percent interest bearing-bonds to states who freed their slaves on a "per head" basis. This practice of valuing humans (cattle?) continues today with our current system of debt-based currency reliant upon a steady stream of fresh new "CHATTELS " to back this Global international and national debt and as the true Tribes of Yashar"ale we recognize that the-United States has a moral and legal obligation as the obligors to provide our Restitionary Slave Compensation for the enslavement of Africans whom are the Obligee(s) and its lasting harm on the lives of millions of Black people in the United States.

Whereas Black people are, and have always been, human beings, yet the Federal Government has historically failed to recognize our dignity and humanity;

Whereas reparations are defined as a victim-centered process by which survivors of atrocities and serious human rights violations, and their descendants, have the right to seek restitution, compensation, rehabilitation, satisfaction, and guarantees of nonrepetition for past and ongoing harms;

Whereas to meet the international legal obligation of reparations, the Federal Government must compensate descendants of enslaved Black people and people of African descent in the United States to account for the harms of chattel slavery, the cumulative damages of enslavement, and the epochs of legal and de facto segregation;

Whereas the Federal Government is responsible for—

(1) policies that led to the economic, political, and social erosion of Black communities;

(2) failing to keep Black people safe from or actively sanctioning White domestic terrorism and failing to prosecute it when it occurred;

(3) the impacts of government-imposed segregation leading to harmful health outcomes and environmental racism;

(4) the ongoing harms of racialized mass incarceration and family separation, oppressive and abusive criminalization, and the continued impact of embedded historical harms of the criminal legal system on Black people and Black communities; and

(5) banking, consumer, housing, health, education, and employment discrimination;

Whereas reparations must be administered by the Federal Government to descendants of enslaved Black people and people of African descent for sanctioning the kidnapping and trafficking of human beings, creating and maintaining a violent racial hierarchy, embedding slavery and other methods of economic exploitation into the fabric of society, and emboldening White supremacy with legal, social, and economic tools of control;

Whereas the full length of legalized slavery's impact on Black wealth creation and well-being today, including the nearly 300 years of chattel slavery from the year 1502, when enslaved Africans were brought to Hispaniola and later their descendants brought to United States territory, to the year 1789, when the first Congress met, must be recognized and fully accounted for;

Whereas, over the course of nearly 300 years, at least 12,500,000 Africans were kidnapped from their homelands by European traders and forcibly brought across the Atlantic Ocean in one of the largest forced displacements in human history, and at least 2,000,000 did not survive the horrifying, brutal, and grueling journey across the Atlantic, also known as the Middle Passage and Maafa;

Whereas forcibly separating Black families, often with members being transferred to the Caribbean, was a murderous and tortuous reality for millions of enslaved people who had to endure separation from loved ones they could no longer talk to or keep in contact with, perpetuating deep psychological and emotional trauma;

Whereas Spanish colonizers brought enslaved Africans to modern-day Florida in 1565;

Whereas 1619, a year before the Mayflower arrived on American shores, marked the first year White Virginians purchased around 30 enslaved Angolans from Portuguese traders who were forcefully transported through the trans-Atlantic slave trade, thereafter launching a violent system of racial subjugation, exploitation, and genocide;

Whereas, from the Nation's founding in 1776, Federal policies produced and sustained the institution of slavery, thus voluntarily accepting the British legacy of the institution, and with it, the responsibility to provide reparations;

Whereas the Founders in drafting the Constitution preserved slavery and racialized social stratification through systemic measures, without needing to explicitly mention harmful intent and racialized impacts;

Whereas the Founders and their contemporaries understood freedom and liberty in direct relation to enslaved people and in their capacity to enslave Black people;

Whereas the trade in and chattelization of human beings is referenced in 3 sections of the Constitution, namely article I, section 9, clause 1, which expressly sanctioned the continuation of the international slave trade for 20 years, article I, section 2, clause 3, which upheld the further dehumanization of the African by relegating their status to that of three-fifths of a White man, and article IV, section 2, clause 3, which egregiously mandated the capture and return to enslavement of fugitives;

Whereas the system of enslavement served to unite all Thirteen Colonies under the banner of White supremacy;

Whereas, of the Nation's first 12 Presidents, 10 enslaved Black people;

Whereas President James K. Polk traded enslaved Black people from the Oval Office;

Whereas enslaved Black people built the United States Capitol and the White House;

Whereas more than 1,700 United States Congressional Members who served in the 18th, 19th, and 20th centuries had enslaved Black people, including the first woman elected to the United States Senate, Senator Rebecca Latimer Felton;

Whereas the Dred Scott v. Sanford legal ruling in 1857, which decided that enslaved Black people were not citizens of the United States under article III, was decided by 5 slaveholding Supreme Court Justices, including Chief Justice Roger B. Taney and Associate Justices John Campbell, John Catron, Peter Daniel, and James Moore Wayne;

Whereas the horrors of chattel slavery are immeasurable and have led to generational trauma for millions of Black people;

Whereas enslaved people were prohibited and denied the right to maintain their indigenous languages, faiths, and cultural practices and traditions from Africa;

Whereas the most productive enslaved people were often whipped the most violently and were often used as breeders to save slave owners from purchasing enslaved persons;

Whereas the ban on importation of Africans for enslavement was implemented in 1808, driving trade underground and increasing the numbers of enslaved people through childbirth as the sole method available;

Whereas millions of enslaved Black women were routinely raped, sexually assaulted, and tortured at the hands of their White enslavers, and others were purchased and forced to staff brothels, all of which reinforced White male dominance and gender hierarchy;

Whereas the rape of enslaved Black women grew so routine that some have calculated that over 60 percent of enslaved women and girls experienced sexual coercion and rape in their lives, and that 1 out of every 6 Black persons born into captivity in 1860 was born as a byproduct of the rape of a young, teenage, enslaved girl;

Whereas infant mortality rates on plantations were incredibly high, and in the South, 50 percent of enslaved infants were stillborn or died within the first year of life in the early 1800s;

Whereas the enslavement of Black people became an indispensable economic driver in the United States, allowing White Americans in both the South and the North to enjoy the profit of unpaid and dehumanizing labor;

Whereas the enslavement of Black people and the country's commitment to using unflinching violence and oppression created an endless supply of labor-enriched White slave-owners and their descendants, fueled the country's economy while suppressing self-determination and wealth-building for enslaved Black people, and postemancipation, left newly freed Black people with zero wealth and landless, with a lack of education, poor health, and severed family and homeland ties;

Whereas the economy of the United States was founded on the production of tobacco, rice, sugar, and cotton, all of which were planted, harvested, and produced by enslaved Black people;

Whereas the economy of the United States, in both the North and South, flourished as a result of Black trafficking, torture, and exploitation;

Whereas, while New York began to abolish slavery in 1799, New Yorkers invested heavily in the Southern plantations, insured enslaved people as collateral, produced the agricultural tools that were used in Southern plantations, and funded the building of ships that were used to traffic enslaved people;

Whereas, by 1831, the United States was delivering nearly half the world's raw cotton crop as a result of chattel slavery;

Whereas, from 1801 to 1862, the amount of cotton picked daily by an enslaved person increased by 400 percent;

Whereas cotton produced by enslaved people accelerated worldwide commercial markets in the 19th century, creating demand for innovative contracts, novel financial products, and modern forms of insurance and credit that will define financial markets for centuries to come;

Whereas, in 1861, the value placed on cotton produced by enslaved Black people was $250,000,000, or more than $8,200,000,000 today;

Whereas the bodies of enslaved people, gorged and congealed in the name of White supremacist hate, became the single largest financial asset of property in the United States that were purchased through loans, repaid with interest, and insured with exorbitant policies;

Whereas the vending, bartering, and selling of enslaved people, and with it the forced separation of Black families, became a self-sustaining economy bringing in trillions of dollars across the United States;

Whereas White slaveowners used enslaved people as partial to full collateral in 8 out of 10 loans to access more wealth and resources, often to purchase more enslaved people;

Whereas enslaved people themselves became commodities that, by 1860, were valued at over $4,000,000,000;

Whereas, in 1857, in the Dred Scott v. Sanford decision, the Supreme Court held that Black people were not citizens of the United States, and therefore, had no rights to be respected, thereby further codifying White supremacy into law;

Whereas the institution of slavery was so powerful and corrosive that it helped to both create the wealth of the United States, and also threatened to entirely destroy the fabric of the Union during the Civil War;

Whereas 78 percent of military-age free Black men served in the Union Army, and 200,000 Black men enlisted in the Union to fight during the Civil War, accounting for 1 in 10 Union soldiers;

Whereas Confederate soldiers often killed Black soldiers rather than capture them, and also enslaved Black war captives during the Civil War;

Whereas President Abraham Lincoln signed the Homestead Act in 1862, which by 1934, when the Act ended, had granted more than 270,000,000 acres of land in the West to White people virtually for free;

Whereas, even after the Emancipation Proclamation, Confederate States ignored Lincoln's emancipation order and maintained the institution of slavery;

Whereas slavery did not legally end until 1865, with the close of the Civil War;

Whereas, while the 13th Amendment is known to have abolished slavery and indentured servitude, it made an exception for those convicted of crimes;

Whereas, rather than shrinking after the technical abolition of slavery, Southern plantations increased in size, as for example, the number of Louisiana plantations in selected parishes increased by 286 percent between 1860 and 1880;

Whereas, following the Civil War, in 1865, Confederate veterans founded the Ku Klux Klan, a group that would unleash genocidal violence and a reign of terror across the country for decades to come;

Whereas the Federal Government provided reparations to White slaveowners in the District of Columbia for the loss of human property through the Compensated Emancipation Act of 1862, while never addressing the need for restitution to enslaved Black people and their descendants;

Whereas the Bureau of Refugees, Freedmen, and Abandoned Lands Bureau, also known as the Freedmen's Bureau, was established to provide economic and social aid to formerly enslaved Black people in 1865, but was eventually looted and corrupted by White politicians and businessmen, resulting in its demise in 1872, and in more than 60,000 Black people and organizations losing their deposits and having to wait years for only a fraction of them to be returned;

Whereas, Callie House, a formerly enslaved Black woman, alongside Reverend Isaiah Dickerson, founded the Ex-Slave Mutual Relief, Bounty and Pension Association in 1898, in a mass effort to pass Federal pension legislation for formerly enslaved people, and whose efforts were ultimately shut down by Federal agencies;

Whereas an estimated 6,500 racial terror lynchings took place between 1865 and 1950;

Whereas, in a series of outbreaks of race-related violence, an estimated 39 to 150 Black people were murdered in 1917 in the East St. Louis "Riots" and another 6,000 were left homeless;

Whereas the East St. Louis "Riots" has been described as the "worst case of labor-related violence in 20th-century American history";

Whereas more than 200 Black people were killed and another 6,000 were left homeless during the 1919 attack and lynching in Moberly, Missouri, costing $400,000 ($8,460,000 in 2022) in property damage;

Whereas White supremacists, deputized by Tulsa officials, raided, mobbed, massacred, and completely burned down nearly 40 city blocks of Tulsa's Greenwood District, a self-sustaining Black economy, also known as "Black Wall Street", in 1921;

Whereas White supremacists raided, mobbed, massacred, and completely burned down a small but thriving Black community, Rosewood, Florida, in 1923, in addition to countless other Black communities across the United States;

Whereas the massacres in Tulsa and Rosewood were only 2 of more than 100 White supremacist massacres that occurred from the end of the Civil War to the 1940s;

Whereas Black voters and political candidates were intimidated, harassed, violently suppressed, and sometimes murdered for simply exercising their constitutional right to vote;

Whereas participation of Black voters in electoral processes were routinely suppressed by poll taxes and literacy tests to preserve White supremacy;

Whereas the Supreme Court codified the "separate but equal" doctrine in Plessy v. Ferguson in 1896, thereby allowing racial segregation laws to exist and enshrining a racial caste system in the United States;

Whereas not only were enslaved people never granted any form of compensation after the abolition of slavery, they were thrust into a near-century-long epoch of legal segregation through Jim Crow laws;

Whereas, after emancipation, laws that governed slavery were retooled into Black Codes to control free Black people, thereby establishing a criminal legal system that sanctified the continuation of slavery by another name;

Whereas so unbearable were these Black Codes and the brutality of Jim Crow, that 6,000,000 Black people were displaced and forced to migrate to the North seeking some form of safety and political asylum within the border of their own country during "The Great Migration", also known as "The Great Displacement";

Whereas the Federal Government abdicated its responsibility to protect its own citizens from relentless violence, resulting in the displacement of millions of Black people between 1916 and 1970, many of whom were refugees from White supremacist violence;

Whereas, from Mississippi to Minnesota, States began to criminalize any form of resistance to racial hierarchies and expand their criminal codes as "The Great Migration" began to expose racial fault lines across the country;

Whereas medical experimentation on Black people without their consent, including forced gynecological experiments on enslaved Black women and the Government-sponsored Tuskegee Syphilis Experiment on Black men, led to major medical discoveries, at the full expense of Black people's humanity, dignity, and rights;

Whereas, at the end of World War I, Black veterans returned to their homes and were assaulted for daring to wear the United States uniform;

Whereas Black people were intentionally and systematically excluded from Federal social service programs;

Whereas, despite being disproportionately affected by unemployment during the Great Depression, Black people were largely excluded from New Deal programs;

Whereas Black people were excluded from the Social Security and Wagner Acts of 1935 and the Fair Labor Standards Act of 1938;

Whereas 65 percent of Black people nationally and 70 to 80 percent of Black people in the South were ineligible for Social Security when it was signed into law by President Roosevelt in 1935;

Whereas Black neighborhoods have been divided and effectively destroyed by Federal highways systems and the fraudulent use of eminent domain;

Whereas the racist origins of the Federal Housing Administration, subsequent discriminatory housing policies, coupled with anti-Black business practices, conspired to concentrate wealth in White neighborhoods;

Whereas, from the 1930s to the 1960s, Black people across the country were effectively barred from the home-mortgage market, thereby locking Black people out of the greatest opportunity for wealth accumulation in the history of the United States;

Whereas many States barred Black people from fully participating in the Aid to Dependent Children Program;

Whereas Black veterans were disqualified from receiving title III benefits of the G.I. Bill, benefits which provided veterans with access to low-income home loans;

Whereas this form of exclusion from Federal programs that provide economic and Social Security measures has continued well into the 21st century;

Whereas, well into the 1960s, Black people in the Deep South were unaware they were freed and forced to work, violently tortured, and raped;

Whereas, despite the historic Brown v. Board of Education ruling deeming racial segregation in public schools as unconstitutional, public schools serving Black students remain inherently separate and unequal, receiving $23,000,000,000 less in school funding;

Whereas, in 1948, Missouri was a catalyst in securing equal housing for Black people across the country with the passage of Shelley v. Kraemer, striking down racial restrictive housing that prevented people of the "Negro or Mongolian Race" from purchasing homes;

Whereas, in 1963, Governor George Wallace blocked Black students at the schoolhouse door of the University of Alabama;

Whereas mass protests erupted across the United States during the civil rights era demanding an end to racial segregation, disenfranchisement, and institutionalized racism that resulted in the passage of the Civil Rights Acts of 1964 and 1968, the Voting Rights Act of 1965, and the end of legalized school segregation;

Whereas the FBI established the Counterintelligence Program, also known as COINTELPRO, in 1956, with one of its major goals to target Black activists fighting for self-determination, reparations, and racial justice;

Whereas, in 1985, the Philadelphia Police Department dropped a bomb laced with Tovex and C–4 explosives on the MOVE organization, a Black liberation organization, who were living in a West Philadelphia rowhome leaving 11 dead, including 5 children;

Whereas, while the United States was founded based on Black plunder, it has yet to acknowledge, reconcile, and provide adequate redress for the sanctioned system of slavery and its vestiges resulting in modern-day disparities;

Whereas Black people are still presumed dangerous and therefore are systematically targeted and criminalized under our legal system, including through the war on drugs, mandatory minimum sentencing laws, the prosecution of children as adults, and the disproportionate targeting, stopping, and arresting of Black people by law enforcement;

Whereas 1 in 16 Black people of voting age is barred from actively participating in the democracy of the United States, including through disenfranchisement due to felony convictions;

Whereas Black agricultural landowners have been dispossessed from at least 90 percent of their land due to racially discriminatory practices by the Department of Agriculture and private companies;

Whereas Black communities bear the brunt of environmental racism and remain disproportionately impacted by extreme temperatures and environmental hazards due to the close proximity to places like chemical plants, oil refineries, trash incinerators, construction sites, and waste dumping sites, as a result of lacking of greenery and tree canopies;

Whereas Black women with children remain disproportionately barred from accessing the Temporary Assistance for Needy Families program;

Whereas, while the legacy of slavery still affects our society today, it is rarely taught comprehensively in our school systems;

Whereas the school systems of the United States are committing educational malpractice by treating this country's history of slavery and racial hierarchy as an aberration;

Whereas, since January 2021, over 44 States have proposed legislation or taken other steps to ban teaching of the ways in which racism has shaped the law and way of life in the United States, and 18 States have already imposed bans;

Whereas Black students are suspended from school at a rate 4 times greater than White students, and Black girls, despite being only 19 percent of preschoolers, make up 54 percent of girls suspended from preschool, effectively funneling Black children into the school-to-prison pipeline;

Whereas the legacy of racialized barriers to education is still so prevalent today, that Black women graduate from a 4-year degree with 60 percent more debt than their White male peers;

Whereas the Federal Government repeatedly abdicated its responsibility to adequately acknowledge and provide redress for the crimes of enslavement and the continuation of racial subjugation, and cannot absolve itself of its responsibility today;

Whereas, under fundamental international human rights law, governments have an obligation to provide full and effective remedies for violations of human rights, including acts of racial discrimination, and victims of human rights violations have the right to pursue such remedies;

Whereas Black people are often funneled into some of the most difficult jobs with lower wages, and continue to be targets of wage and land theft, exploitation, and deprivation of fundamental human rights;

Whereas the racial wealth gap is a direct legacy of chattel slavery in the United States and the continued displacement, exploitation, and sanctioned theft of formerly enslaved Black people and their descendants;

Whereas the Federal Government must eliminate the Black-White racial wealth gap as it is a direct legacy of chattel slavery and the cumulative impact of legal and de facto segregation that followed;

Whereas financial reparations must be paid by the Federal Government for an amount that respected economists have estimated totals, at minimum, $14,000,000,000,000 to eliminate the racial wealth gap that currently exists between Black and White Americans;

Whereas scholars have estimated that the United States benefitted from 222,505,049 hours of forced labor between 1619 and the end of slavery in 1865, which would be valued at $97,000,000,000,000 today;

Whereas if the United States closed racial gaps for Black people in the areas of housing, education, wages, and investment 20 years ago, $16,000,000,000,000 could have been added to the economy;

Whereas the damage experienced by Black people stemming from enslavement and its evolutions is not confined solely to economics or the racial wealth gap, and should take in account centuries of forced labor postenslavement, denials of employment, predatory lending practices, and ongoing banking discrimination, as well as educational inadequacies, health disparities, cultural degradation, and the criminal punishment system;

Whereas the Federal Government must formally apologize for the state-sanctioned institution of chattel slavery and subsequent anti-Black institutions, laws, and practices;

Whereas reparations call for the interrogation, overhauling, and end of abusive Federal institutions that continue to inflict unjustifiable harms on Black people today;

Whereas the Federal Government must compensate the descendants of enslaved Black people and people of African descent in the form of direct monetary reparations for the harms and vestiges of chattel slavery and its evolutions, as well as with other targeted benefits;

Whereas the Federal Government must return, restore, or provide adequate remedy for property unjustly stolen from Black families through the use of racially restrictive covenants and eminent domain;

Whereas the Federal Government must pay its debt, in all necessary forms, to descendants of enslaved Black people and people of African descent in order to support a continuous and holistic healing process;

Whereas a holistic program for reparations must address the wealth extracted from our communities through environmental racism, slavery, food apartheid, housing discrimination, and racialized capitalism in the form of

corporate and government reparations focused on healing ongoing physical and mental trauma, and ensuring access to and control of food sources, housing, and land;

Whereas a comprehensive reparations program must include rehabilitative measures such as trauma-informed care to address inheritance of historical and intergenerational traumas;

Whereas the historical and present systemic harms stemming from slavery are multifaceted and were inflicted at multiple levels, and thus the establishment and implementation of reparations can never truly restore the physical, psychological, and cultural damage done, however, as a form of redress, it can address harms and cumulative damages;

Whereas the Federal Government has provided compensation and other forms of redress to other communities against which it has committed gross human rights violations, including Japanese Americans pursuant to the Civil Liberties Act of 1988, who were forcibly removed and incarcerated in concentration camps in World War II;

Whereas the Federal Government abdicated its responsibility time and time again to adequately acknowledge and provide redress for the crimes of enslavement and the continuation of racial subjugation and never enacted resolutions formally apologizing for slavery or H.R. 40, the Commission to Study and Develop Reparation Proposals for African Americans Act;

Whereas the Federal Government must engage in a holistic reparations process of repair, healing, and restoration of a people injured, because of their group identity, by governments, corporations, institutions, and families;

Whereas a holistic program for reparations must address the cultural and educational exploitation, erasure, and extraction of Black communities by establishing public school curricula that critically examine the political, economic, and social impacts of chattel and slavery, Jim Crow, and post Jim Crow era discrimination and funding to support, build, preserve, and restore cultural assets and sacred sites to ensure the recognition and honoring of our collective struggles and triumphs;

Whereas the Federal Government via the National Parks Services must seek to erect markers on every site where a Black person was lynched, a massacre of Black people was committed, and Black towns or neighborhoods were destroyed;

Whereas the Federal Government must restore and preserve African burial grounds, Black cemeteries, and other significant cultural and historical sites;

Whereas the Federal Government must recover and identify physical remains of victims of state-sanctioned racial violence and help resource proper burial of remains at the direction of connected family and community members;

Whereas the Federal Government must restore the voting rights of all formerly and currently incarcerated persons;

Whereas the Federal Government must amend the 13th Amendment to the Constitution, which formally abolished slavery, to repeal the punishment clause, which reads "except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction", which implies that Black people convicted of crimes can be legally held in bondage;

Whereas the Federal Government must exonerate Marcus Mosiah Garvey and Callie House for their unjust targeting and imprisonment, and the President should issue a posthumous pardon to them;

Whereas the Federal Government should establish targeted funds to be administered by the National Publishers Association and the National Association of Black Owned Broadcasters to support the work of Black-led news programs, radio and television broadcasting dedicated to cultural education, and civic engagement for the benefit of Black Americans;

Whereas the Federal Government should provide free education to students attending historically Black colleges and universities, who are committed to serving Black communities, provide monetary incentives to local school districts that adopt and implement a curriculum on the history of people of African descent, and ensure that the Department of Education provides and supports educational programming that comprehensively and deliberately encourages the incorporation of lessons and curricula on slavery and its vestiges;

Whereas the Federal Government must support Black farmers and enable them to seek adequate judicial remedies, as well as expand and compete in the United States and global economy;

Whereas the Federal Government must institutionalize and support culturally appropriate, holistic, preventive, mental health, and curative treatment services to Black communities;

Whereas the Federal Government must support and strengthen community-based infrastructure such as hospitals and medical facilities that specialize in services for Black communities;

Whereas, in 2021, the United Nations High Commissioner for Human Rights urged the United States to end anti-Black racial discrimination, violence and systemic racism against people of African descent by providing comprehensive reparations;

Whereas, in 2022, the United Nations Committee on Elimination of All Forms of Racial Discrimination recommended implementation of a Federal reparations commission to develop reparation proposals as key strategy for achieving racial justice;

Whereas, in other countries, including South Africa, Canada, Colombia, and others, poorly designed reparations processes have not only failed to bring complete justice, but have created new forms of harm;

Whereas reparations are fundamentally a justice and accountability process that should carry more symbolic and practical power than traditional social policy; and

Whereas reparations programs should be distinguishable from the Federal Government's responsibility for people's general welfare, including routine social services and development aid: Now, therefore, be it

(1) recognizes the responsibility of the Federal Government to provide reparations, in all necessary forms, including financial compensation, to rectify ongoing harms resulting from violations, by the Federal Government, of Black people's human right to self-determination and freedom from discrimination, including with respect to housing, health, education, life, security of person, water and sanitation, and a healthy environment;

(2) encourages support, passage and implementation of H.R. 1242, the Commission to Study and Develop Restitution for our slave compensation Proposals.

(3) encourages the reintroduction, passage, and implementation of legislation establishing the United States Commission on Truth, Racial Healing, and Transformation;

(4) acknowledges and apologizes for the state-sanctioned institution of chattel slavery, and encourages the reintroduction and enactment of resolutions apologizing for slavery, without any limiting clauses;

(5) acknowledges the significance of and momentum brought by legacy organizations as well as additional grassroots and national organizations leading the modern-day reparations movement;

(6) encourages the creation of local, State, and Federal initiatives to identify sources of reparations demands arising from chattel slavery and its longstanding impact on Black people; and

(7) honors the lives and legacies of those named and unnamed whose lives were stolen by the institution of chattel slavery and other forms of state-sanctioned violence in the United States.

"In solute to my Sister Ms. C. Bush Rep of Mo, H.Res.414 — 118th Congress. And her team: That have done this same and similarly on the Behalf of we the Tribal embodiment of Yashar'ale. But however, we come to establish our Restitutionary Slave Compensation Act of 2019, and no peace treaties allowed or third-party Instruments. But we do use her efforts also to proves the fraud within this truth Affidavit as facts against this title 28 USC 3002 (15) (A)(B)(C) an its international Bankers whom seeks to enslave our people to its debt bondage only to help it Chapter 176 debt collection Instrument. Instead of giving us all back what have been entitled entirely for these wounds she's even implemented. We seek Restitution from all debt by accepting its whole maturity value for these punitive damages;

? I, would hold for the record as well this dialog I've come across that holds substantial evidence In actually ending this dispute before it even start but I'll love for Admiralty Courts to take heed for the need of our Reparations and why it's a Hugh deal since the expiration of this U.S. District of Columbia Organic act of 1871-Charted Virginia Company of London on Aug 20th 2019! then ask yourselves why would we need that when all of this UCC 1 stuff hold our Adverse Claims and full allodial entitlements to all that's ours anyways that's of these Cusip and TDA Master Strawman legalese legal personalities creations, then ill love for Courts to realize is this not why I come to obtain all things for my Tribal Embodiment that been found as vulnerable beings to these internal findings we seek (22-933.01)(1)(2)(3) indefinitely?

This is an example of facts known by this UCC 1 contractual obligations: REPARATIONS?
[The Trust's first entry into commerce would be under UCC 8. Which talks about registrations of certain obligations or interests, and whether those obligations or interests are Assets or Securities.

§ 8-501. SECURITIES ACCOUNT; ACQUISITION OF SECURITY ENTITLEMENT FROM
SECURITIES INTERMEDIARY.

UCC-8-501(a) "Securities account" means an account to which a financial asset is or may be credited in accordance with an agreement under which the person maintaining the account undertakes to treat the person for whom the account is maintained as entitled to exercise the rights that comprise the financial asset (this is important to consider when creating the Bond. Somewhere, a securities account needs to be created and maintained by a custodian to hold the Bond. Our Bond Trust Indenture should be the right type of agreement necessary to create a securities account between the two parties. The goal is to establish a Direct Holding)

(d) If a securities intermediary holds a financial asset for another person, and the financial asset is registered in the name of, payable to the order of, or specially indorsed to the other person, and has not been indorsed to the securities intermediary or in blank, the other person is treated as holding the financial asset directly rather than as having a security entitlement with respect to the financial asset.

(and if it's registered and presented by a person entitled in the registration the law says it must be accepted, or the fiduciary becomes liable as a debtor, UCC 8-401 DUTY OF ISSUER TO TRANSFER)

(e) Issuance of a security is not establishment of a security entitlement.(Our establishment of entitlement is based on the assets pledged under the COLB title,

and the United States obligations in our favor, as setout in the WHEREAS clause in the Security Agreement. The UCC 9-210 STATEMENT is the accounting for our lien what was taken (pledged).

The 9-210 should accompany the national filing or be adjoined by addendum after completed.

§ 8-103. RULES FOR DETERMINING WHETHER CERTAIN OBLIGATIONS AND INTERESTS ARE SECURITIES OR FINANCIAL ASSETS. (a) A share or similar equity interest issued by a corporation, business trust, joint stock company, or similar entity is a security.
(d) A writing that is a security certificate is governed by this Article and not by Article 3, even though it also meets the requirements of that Article. However, a negotiable instrument governed by Article 3 is a financial asset if it is held in a securities account. (g) A document of title is not a financial asset unless Section 8-102(a)(9)(iii) applies. (

(This is ok, because in the National filing, the document of title is only used to IDENTIFY the underlying asset, it is NOT the asset itself. However, in article 9, the BOND we create, will be the asset and we want to have a Direct Holding, so that it can be -indeed transferred with our authority. Transferred where? Well, this is where Our New Hebraic Aboriginal Indigenous Tribal Title implements our (2 Esdras 6-9). And our 2 Freeman trust treasury or one of our agent's for settlements.

UCC 8-104 ACQUISITION OF SECURITY OR FINANCIAL ASSET OR INTEREST THEREIN.
(b) A person acquires a financial asset, other than a security, or an interest therein, under this Article, if the person acquires a security entitlement to the financial asset.

The purpose of the National, Non-UCC filing is to acquire the security entitlement to the financial assets underlying the Certificate of Title (cusip research). The Cusip research identifies location of the assets. The UCC-1 establishes the entitlement in the asset. This is what's needed to have an ACQUISITION OF A SECURITY/ ASSET or to HAVE AN INTEREST THERE IN]

### (A8) Birth of a New Nation with all obligational values:

[ I, Prince Elyakim D. Beulah. As, the Hebraic Aboriginal indigenous Crown Holder of this Via A Trust, In retrieving as a third-party Collector of all obligational values and Assets on the behalf of my 13.4 % of My Heavenly Abba Tribe whom are the creditors within our Nation New Trust: 1. Elyakim: This means when used here an arrangement whereby a person (In the land of Bir Tawil In transition unto the City of Elyakim, Land named Beulah as our Kingdom named The Holy Divine Kingdom of Mt. Zion) holds Property as the Hebraic Aboriginal Indigenous Crown authorized Holder to receive such personal property In reclaiming of all titles of trust, unto all 13.4% of my Tribe of Yashar'ale whom are beneficiaries, of those whom are labeled also as dead and lost at Sea under this CESTUI QUE USE VIE TRUSTS act of 1666 of Britain and their Cusip and TDA Private-secured party interest Accounts, ( https://photos.app.goo.gl/ab8uv5qG8tri4Z22A ) by this Chargeback Non-negotiable Bill of Exchange (28-2308). 2. Elyakim: This mean this is a Non-taxable, unincorporated, by a Non-Resident of the United State, Non-belligerent Non-combated 100% private Land based transaction unto the Land of my Fathers within the unclaimed Land of Bir Tawil (Eze 36:33-36) for occupancy and full Control.] We also by this Remedy come to establish our Jurisdiction as the true House of Yashar'ale by this understanding of this Via a Trust in obtaining also the Land of Bir Tawil and Herein (Gen 15:18) in -all of the Americans. And In clarity to this Territoriality of Washington, DC Admiralty Maritime Commercial slave insurance, I hold full interest of all titles as being my Heavenly Father Elect one as a Man whom Holds the Birthright by Scriptural and Spiritual confirmation to redeem my Tribe and our Strawman's from the deep of the Sea that's no longer lost nor dead within this CESTUI QUE USE Vie act of 1666 Trust. That we as one Tribe petition to come Into review for this debt by all damages In establishing this Declaration of Emancipation of June 20th, 2022, to come into play from "all these civil bodies" with this Compensation to fall Under our Independence as a New Nation by this pursuit to Happiness towards this Reformation of our Administration which is W.E.O Mission of Helping hands Development, File No.1115485100026, [ That I come to also redeem as an Non-taxable unincorporated Entity, from this IRS policy that will consist of our set apart Banking system outside of this District of Columbia Organic Act of 1871, IMF/ BIS International settlements' UN IRS policies of this Securities Treasonous Act of 1933 bank emergency FDR status. Where I petition by this Declaration of Liberation against this Corporation of the United States of America Inc. by this Freedom of expression to bring In all my Heavenly Abba Stead, where I'll Economically reform (§ 42-516) "our Multi-Colored Nationalism" Tribal structures of all of our Black and Brown owned storehouses, Educational Structures and Health centers accordingly to our Holy KING Ordinance of Conduct of our peculiarities unto him as a light to all. As our Holy Scriptures true inheritance states by its Biblical points of view as his Scattered Tribal body no longer that's blocked by this- Balfour declaration of False Israel that places this congress In falsifying of outstanding information and In Treason, as this log of this H.R.1242 proves of their falsehood. So, by this Accumulation of our actual Tribal Economics that ill reform In unto all 13.4% of my Tribal body with our new Hebraic Aboriginal indigenous Tribal Title! by this set apart pursuit to happiness with my Brethren and Sisters on the behalf of this Establishment of this Declaration of Emancipation proclamation, As we the Tribal Embodiment of Yashar'ale shall become independent with all of our possessions as this formation of Righteousness take place that have been stated In our Contract for Restitution Recommendation. By our "Economic reform" where we will not have any need for this- Quasi Corporation' the United States of America Inc. Strawmen's SEC UCC 1 1933 system regulations to govern over us that's own by these five Industrial Colonial families named Rothschild's, Rockefellers, DuPont's and Harriman's and Warburg's In this Treason anymore under this FDR State Emergency Act. By this Corporate Ledgers Numbers or corporate identity badges that displays this "Ancient Babylonian Egyptian" Washington, DC construct, as this Declaration for release entry shall free us from all of these illegal obligations with all of our Restitutionary damages and stolen values that given these Corporate Businesses these unjust enrichments that was initiated under the Virginia and Plymouth Companies Contractual Commercial Bonds as while' we're now seeking full allodial entitlements In set apartness from this Quasi Admiralty Maritime Jurisdictional Contracts of this Corporation of the United States of America Inc. and this Constitutional monarchy of Great Britain's crown. Because we know what we're worth as their newly secret security party interest Mere Chattel (§ 9-105 (A)(4) Personal property debt Bondsman that they have no more authority over as of Aug 20th 2019-present. Within this Affidavit of Sovereignty]

### (Five Facts) TRUTH AFFIDAVIT FOR DISSOLUTION:

I, bring forth to the Admiralty Courts also this Doctrine of piercing the corporate veil: On the behalf of this Admiralty breach of International Contract, to detain and obtain this debt of this Parent Quasi Corporation of THE UNITED STATES OF AMERICA

Inc. (2193946) and all Stockholders, whom are liable for these acts of this District of Columbia Organic Act of 1871 international Commercial Contractual Fraud. Such as follows: Agustín Carstens- BIS INTERNATIONAL SETTLEMENTS; Ajay Banga-WORLD BANK GROUP; Anthony Watson-THE BANK OF LONDON; Andrew Bailey-THE BANK OF ENGLAND; Kristalina Georgieva-INTERNATIONAL MONETARY FUND; David Schwimmer-LONDON STOCK EXCHANGE GROUP PLC. That's of these 5 Families Shares UCC 8-116 such as the Rothschild's, Rockefellers, DuPont's, Harriman's, and Warburg's ILLEGAL EXACTIONS (87 Tenn. L. Rev. 315 (2020) that made my Holy KING Lands their Banking Deposits and Marketplace. As we utilize this-Doctrine also of (Development Bank of the Philippines vs- Hydro Resources Contractors Corporation, G.R. Nos. 167530, 167561 & 167603 ) And in due diligence pursuant to UCC 1 section 3-501 (A) is prescribed for these Adverse Claims that we bring into review by this truth Affidavit, But however these five families have bought my landmass In 1927 and must present themselves in this matter under the penalty of perjury, view the truth Affidavit 2 of 4 pages. Fact 21. The penalty for Committing a COMMERCIAL CRIME is called INVOLVEMENTARY BANKRUPTCY with Immediate FORFEITURE of all assets.

   (D5) FACTS: We the Tribal Embodiment of Yashar'ale: Aim our indigenous arrows towards this piercing of these National and international Respondents Corporal veils unto the attention of this Admiralty High Courts for their fraudulent dealings, that has enacted this alter-ego and defeat of public convenience matter that's been fulfilled by the requirement of this doctrine that's being implemented within this truth Affidavit to Pierce all the Corporate veils that committed everything hereof within this Truth Affidavit. To obtain all of our Adverse claims against all that's connect to these Biblical descendants of Esau Corporate entities! by Illegal Exactions within this District of Columbia Organic Act of 1871, As Rebellious shares within this state Territoriality of Washington, Dc by Commercial Contractual Agreements as the Obligor(s). Whom become stationed on our Aboriginal Indigenous Lands under this serfdom and Feudalism act notoriously by their British founding fathers Virginia and Plymouth Companies Political operations that inspired international Commercial Companies this way of livestock under the Most cruel and unusual obligational terms of mankind that has lead my Tribal embodiment down Certificate death row! by many brutalities that caused many of our Injuries Genetically, Spiritually, Physically and Mentally, and Financially. Because of these fraudulent handlings within this U.S unjust system instrument of its fathers foundational Maritime international Contract of this British Royal Navy Treasurer and Company of Adventurers and Planters of the City of London illegal implant in our soils that our Affidavit of truth seek dispute by rebuttal against Mr. Charles III on the behalf of all the others involved with these laundering acts whom our listed throughout this Affidavit of truth as we suffered from our Biblical and there Commercial poverty of 1619-2019-present. Towards this Righteous Act of Release with all of our Possessions and Properties as these wealth attacks enticed all nations to be a part of these International illegal Exactions (87 Tenn. L. Rev. 315 (2020), that comes from these Adverse claims (§ 8-102 (a)(1)of ours that's embedded in our Land Title which sit's Dormant from our use to advance outside of this poverty! as they use this maturity Value for Corporalism as explained above to structure provisioned futures towards their intergenerational wealth systems off our Certificate bonds as explained below against us as we suffer from these Creditor and Debtors respondents Obligational actions. We make full reclamation against everything that shall be found under these internal findings of this U.S District of Columbia Organic act of 1871 Department of Treasury USD Bonds whom Holds our Cusip and TDA full Interest by these illegal exactions in this old system or the new one that's of our Body and Land values (§ 8-102 (a)(1) (17) that we seek to obtain In - Righteousness towards all of our communities' provisions within our New Hebraic Aboriginal Indigenous Tribal Title in Holy Consecration. Outside of this Brics creation because we the Tribal Embodiment of Yashar'ale are a righteous and Holy people to our YAH by our Scriptural Laws only, that this church GOVERNMENT corporeal body knows of. And that I the Elect one would come to implement our Restitutionary Slave Compensation act against, On the behalf of our Golden 50th Yobel of Release prophetical recoveries that will strive in our system that must be acknowledged or all things shall continuously crumble before all eyes Prophetically. That I push Admiralty Courts to be informed of now (Ps 2:10-11), about this Cestui Que Vie act of 1666 that holds all what belongs to my House we seek back immediately from all Banking institutions internationally and nationally that creates their business HFO fuel that promote their provisions off our stolen merchandise. And by our Law of exile, it departs us from it all with all things and crushes all violations that occurred on our Land by these Creditors and Debtors Respondents as the house of Biblical Esau have established. Because of these illegal Exactions, of these British Royal Jewish Bankers family that has enjoyed by their financial instruments that caused this poverty under their fraud to come into existence by these thefts since our birth unto these societies by our MCO Records to endure this National and International debt as an enemy to the state FDR while our Cusip and TDA have enriched other Nations, as the findings of this matter will prove their trickery and fraud. Which would have given my people no reason to even protest for these Reparations or the Black caucus party to help

them fight for it, if they knew of these trust accounts as this also would have been a righteous apology! for all they've endured heinously while serving under this Debt bondage of this U.S. Virginia Company Contractual obligational terms within these Serfdom and nowadays feudalism acts. As this District of Columbia Organic act of 1871 is in great liability to issue all things back they've stolen into our 2nd Freedman trust that will show forth their truth by this Affidavit in all that was secured party interest by fraud, this will also establish our Set Apart Reservation economic systems that's of my Righteous Holy seal impression. By these final facts of our Scriptural Inheritance exiling (Rev 18:4) from these Contractual Obligational Taxations of our payables unto these dark arts of these respondents ignorantly that also brought these Laundering interests that built Greater International Nations communities off the poor and needy of my Tribal body SSN and Birth Certificates Stock Routing numbers to back companies like Blackrock and Vanguard. By these Certificate bonds values of my Tribal Creditors as we seek for all things back from these debtors by this point for point rebuttal as this matter have brought these major Banking Corporations into the Light by their own exposure that have not considered our true Tribal apologies yet. Unto all of our possessions towards all returns Nationally and Internationally as a whole in its full maturity entirely because of this illegal Exaction that this Breach of international contract is strongly necessary for.

(1) FACTS: We the Tribal Embodiment of Yashar'ale: Come before Admiralty High courts to pursue all that's involved under the crown of Mr. Charles III as his stamp of his Great seal have approved this fraud for all herein within this matter by legal due process before Admiralty courts by this Format of the 10 Maxims Commerce of Law, Affidavit of truth! they shall defend or not as this truth stands. Against these Respondents on the behalf of this "Entire Quasi Federational Incorporeal embodiment of this UNITED STATES of AMERICA Inc. international bankers and the Holy See Roman Church Constitutional Monarchy of Great Britain Tri-Mission, that's of all the Biblical Houses of Edom/ Chitim and its Galactic allies that's Branches to this House of Commons For-Profit Company (Number UC2279443) and this House of lords whom is over the Supreme Court jurisdiction of lord Lloyd Jones, that clears these routing Exactions for this "The United Kingdom Corporation LTD" (Number 09620443), and their Club of Rome that's in handlings of these illegal Exactions as backings while we suffer from poverty within our USA Communities upon our Aboriginal Indigenous Tribal Landmass. All that shall be found Guilty within this full disclosure of these laundered Certificate Bonds Trust Routing numbers thats in Acceptance and possession of these forged MCO indorsed trust certificates Bonds shall release all institutional assets that's connected to these international Respondents of my Tribal embodiment values, and shall become a Pierced corporate veil! Because of its clear knowing's of these acts of unrighteousness as they received these unjust enrichments of my Obligee(s) adverse claims trust funds. From this District of Columbia Organic Act of 1871 Federal Reserve stock instruments that have Corporately Cleared them these routings. As homage secretly as a silent purpose towards this Sovereign Grant that has Contractually Expired' Aug 20th 2019-Present! From all things that have brought them these unjust enrichments to their Royal Communities that have come into accordance off this Adhesion foundational Mere Chattel slavery Strawman Commercial Contract of the U.S District of Columbia Organic Act of 1871- Chartered Virginia Company of London Commercial Transatlantic obligational structured terms as of Aug 20th 1619-2019. That shall prove we're also the transatlantic slaves that have-come into this international Breach of Contractual Commercial release that shall no longer endure debt as debt bondsmen and bondswomen (Deut 28:68) under these term as Obligee(s) that's now set apart from this Pledged indentured servitude to receive all things back from all that endured these laundering illegal Routing Exactions. As, where within this international Contract we as a tribal embodiment have also been destroyed for our Bodies and Land values under this U.S British Empire Serfdom and Nowadays Feudalism act by many heinous acts and these facts our certain in this truth Affidavit for these returns as we suffered many things and these adverse claims have always existed. This is also why these sub companies of this U.S Virginia Company of London have tried to ignore our Scriptural Yobel that honestly deprives my biblical Tribal body of Yasher'ale for our Possessions back but however this go around their reparational possessions shall be given back unto them through this debt value at it full Maturity from these international Respondents because of their acts within this Fraud against We the Tribal embodiment of Yashar'ale as their enslaved Obligee within this Breached Foundational Commercial Contract! So this is where we come to place these international bankers in this Breached of international Commercial Contract by full liability that's within this truth Affidavit to release all debt values of these illegal Exactions unto our Hebraic Aboriginal Indigenous Tribal international Title. Since they're now under the defacto status while higher offices are dissolved by this chapter 11! and this is why these national and international Respondents sat at their round table in the first place In 1913-21

and structured this Fraud through these International Bankers in 1930-33 to become these owners of the World and all of the United States through these framed Paper ledgers that also implemented an act of war against mankind through Martial law and banking control as we've become even their Enemies of the state FDR for them to obtain these illegal Exactions. But however, we the Tribal embodiment of Yashar'ale exercise our Spiritual beliefs against these legalese personalities of Esau and his Descendants Creation because we know that their Actions within these dealings prove they're of the lawless one that's over these Commercial Contract that have enacted these illegal Exactions upon us all for their unjust enrichments and now we see why the world fall economically by my Holy AbbaYAH and their own acts by their scorched earth policy. Our truth in Set Apartness from these acts as the obligee(s) to obtain all of our possessions back as my Holy AbbaYAH Scriptural Doctrine speaks plainly about Esau and the descendants of Canaan and these returns is the only thing that can stop these international prophetical events against all that's under this Confederacy/ Tri-Mission fraud against we Tribal embodiment of Yashar'ale by (Ps 83:1-5) Cutting us off from being a Nation! by losing our name and nationality and the Riches of the Earth while we endured this debt bondage under the Hand of Roman so now that this Roman British Empire international Maritime Royal Navy Commercial Contract is up. We come to expose these elite Respondents by given them all a chance by the affidavit of Mr. Charles III great seal of realm stamp to give us all assets and this global debt maturity value on the behalf of all his family tree has done unto us under their original Chartered Virginia Company of London Maritime Transatlantic international Commercial Contract that has now expired Aug 20 2019 present for our release as their Obligee(s) with our Tribal Sovereignty and Land Title and the Fullness thereof his international bankers assets for These Cusip bonds funds. That have come into the light by these modern acts of these securities they've just gotten caught in that's of this fraud that's now presented before Admiralty High Courts as they sought top secretly to enslaved all silently outside of Congress logs of Abolishment by this framed deed of Security Routing numberings that Rising their world stock market off our Commercial bonds! on our Lands from our community as paper ledgers securities within this Foundational structure of this Contractual fraud this Department of Treasury handles by all Security Interest Certification Bonds. That's Confederaly connected to his USA Founding Fathers Instrument that's still to this day is being displayed in this U.S. Districts of Columbia Organic Act of 1871-Chartered Virginia Company of London under this UK Death, Marriage, Birth Certification Act of 1837. Which became hidden within their securities Act of 1930-33-Present on the behalf of their international partnership with the BIS international settlement for the obtaining of the American People and my Tribal Embodiment Certificate Bonds routings of this Nation(s) Citizen Security papers, such as our Social Security numbers. As they Sailed firstly to this Canada Royals bank! that's in reception to a certain singular alphabet lettering on the back of all SSN'S and this is how they Exacted these unjust enrichments by Adhesion Commerce Contractual Routing unto this British Crown and Roman Vatican Church [ Theft/ Fraud] by our Cusip stock's numbers. Which these stocks trust funds have entered as backings unto their London Stock Exchange Group plc also as Collateral in due diligence of this BIS International Settlements Central Banking Connections that's a Tri-Mission confederation within this leadership of laundering. Into this United Kingdom Corporation LTD" (Number 09620443) by these injustices that has established this poverty of the poor by these Exactions from my Tribal Body Master Strawman's secured party interest values Cusip Trust. That they've had no knowing's of in the first place that was forged against them at birth on the behalf of-this Department of Commerce import Goods for service market, that sit dormant from them as a use for international funding to help international provisions I claim back for them as my Tribal Embodiment. As this entire time we however been struggling as the lower class in this Citizen-ship and outside of these Adverse claims being in our Possessions that we now claim Tribally that's been hidden through this Department of Treasury as an Access by forms that's gives its berth as a blind treasonous attack against us by these Descendants of Esau, as this brings questioning also why would these Congressman of the black caucus of my Communities help my Brothers and Sisters fight towards Reparations Herein this Custody of this Admiralty Federal Reserved jurisdiction of Maritime international Commercial Contracts, when we could have been received our UCC 1 Cusip Trust funds from this Global international debt value? which also prove this scheme towards international unjust enrichments we make these return claims for. Which heinously sprung forth within this U.S. of A, Baronet's modern 13 families Colonial Banker institutions of Mr. Charles III family tree of the U.S Chartered Virginia Company of London Treasurer and Company of Adventurers and Planters of the City of London that's explained in the section "Truth Affidavit of Dissolution", as these Obligational terms was originally under the Hand of JAMES I of England in 1609 that have come up the timeline 1619-2019-Present. That has Now Expired as of Aug 20th 2019-Present and this brings this international Contract into play by Breach on the behalf of the remission of our Golden 50th Yobel that removes all debt we endured, into our Debt acceptance as Obligee(s) in

departure from these international Respondents Commercial Contracts by this breach for full Maturity value recovery unto our New Hebraic Aboriginal Indigenous Tribal Title. Against all Mr. Charles III Respondents my Heavenly Holy AbbaYAH Scriptural inspiration speaks prophetical end time events against when it comes to this Abominable Church of unjust enrichments and enslavement, cruelty (20. Britain is owned by the Vatican. (Treaty of 1213) 21. The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54) 22. A 1040 Form is for tribute paid to Britain ( IRS Publication 6209) 23. The Pope claims to own the entire planet through the laws of conquest and discovery. (Papal Bulls of 1495 & 1493) 24. The Pope has ordered the genocide and enslavement of millions of people. (Papal Bulls of 1455 & 1493) 25. The Pope's laws are obligatory on everyone. ( Bened. XIV., De Syn. Dioec, lib, ix, c. vii, n. 4. Prati, 1844 Syllabus Prop 28, 29, 44) of this vanity this British Roman Church Government Have Established In falsehood for survival before and after our Scriptural Sentence which have come into a completion of its 400yrs as of Aug 20th 2019-present. As this is where we will have no parts also by our Holy AbbaYAH true laws! with anything to do with "this world satanic" new world order nor project 25. That's of these modern-day U.S Virginia and Plymouth Companies Civil corporal councils whom we're no longer an Admiralty Financial Mere Chattel slave "item" too In holdings! Of this United Kingdom Corporation LTD" (Number 09620443) [ As, this promissory note they made us the backing of this World Top Currency System as "Mere Chattel " personal property labeled as goods bought and sold unto the marketplace, for their reasoning outside of these Emancipations and this abolishment of 1862- chattel slavery. Under this formality as their product of their fictitious environment without our Permission as this became a blind treasonous attack against us as the Tribal embodiment of Yashar'ale being brought Into this secret obligational fraudulent contract on our Aboriginal Indigenous Tribal Lands as signees off the birth certificates Act of 1837 "within these Hospitals" that gets used as top dollar value, by (28 U.S. Code § 2680 (i) this Department of Commerce and Treasury/ IMF of the UN, for the uplifting of this Monetary Stocking system as energy surges into this BIS fiat loans International programming we find that's a major breach of international Contract since Aug 20th 2019-present by decline of our Sovereignty with these Possessions. As this decline helps these creditors stay afloat In this Quasi US Federal corporal obligations under these private and secret Mere contracts and trust accounts that's hidden from us as we're the poor and needy that suffers by these thefts on our Aboriginal Landmass. Unto all that have been embedded within these Strawman Trust "Cusip and TDA and Cestui Que Vie Act of 1666" That Britain established as If we're dead and lost at Sea, from our lively understanding then later pledged as a real and personal property at its max valued towards unjust enrichments (28 U.S. Code § 1346 (e).] Spiritually, Physically, Mentally or Emotionally nor Financially since Aug 20th 2019-present off this Reformation as their paper Cusip Commercial bonds goods for loaning services to these international Communities, under this Security Certificate Acts of the UK 1837 and BIS 1930-33 Birth, Marriage and death act auctioned off as Security bonds by these Notorious Illegal Exaction into these Banking institutions. That's of this Parent Quasi Corporate chartered 1619 Virginia Company of London Contractual obligation that's In breach by its expiration on Aug 20th 2019-present (Gen 15:13-14) that strove this Modernized Parent Corporation engine off unjust enrichments and Indentured servitude within this Stocks and bonds Market of Fraud that we seek this full disclosure (§ 44–105.07) of that's attached to our Landmass value trust account entirely.

(2) FACTS: We the Tribal Embodiment of Yashar'ale: Aim our indigenous arrows towards this piercing also by this legal due process with all that has been stated by my truthful statements above and below that we bring forth by this lawful Affidavit-towards rebuttal, against these Respondents as this will give them their lawful Chance to stop this Doctrine of being used against all these acts that ignite this lawful piercing of this Corporate Veil against this Contractual Rebellious Religious Nonprofit United States of America Inc. "Dummy Corporation" for this historical listing of crimes! such as secret security killings, Dehumanizing and all discriminative matters and Contractual routing fraud, Scorched Earth Policy, and by making us an enemy of state In 1930-33 FDR as a state emergency only to go rogue for this Martial law to be enacted for Humane controls through this Nations bankruptcy and securities banking systems. That actually brought this laundering Act on our Aboriginal Indigenous Landmass with all its allies as I would be very appreciative with this rebuttal towards are Redemption of our Land Trust adverse claims by its full maturity Value recovery from these international Bankers as we place this debt in evidence for reviews of these Exactions. Off this punitive need for this review" on the behalf of Mankind and then to be released by this historic format of this slave's compensation act of 1837 unto us the Righteous owners, as this would help this national and international debt as it has

done once before. But how about it, let's do it righteously by the conclusion of full disclosure within this Affidavit of truth of this UK Certificate Bond act of 1837 that's the foundational form of this federal crime term known as laundering.

(a)As we also aim our Arrows towards garnishing all CEO's Dividends and Earnings at 80% that's found within these corporate bonds that became help in their banking statements that have brought these CEO's on our entire Landmass it's increases off unjust enrichments of this Federal Reserve and Department of Treasury Clearings that's been fraud since the bill of Abraham Lincoln in 1863-present that have been dissolved by Chapter 11! Because of this Bankruptcy. That we seek our full adverse claims from that we implement strongly against these acts of this Quasi 50 Capital Hill's Unionist Corporal offices that have illegally Exacted" our Cusip and TDA accounts as a joint stock within its intro7.2 Separation of Powers Act under this UCC 1 CISG Article 2 Ristrar Registrations act. Which brought their Trust banking institution systems unto this U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London Nationally and Internationally these mega unjust enrichments. As we the Tribal Embodiment of Yashar'ale seek their Dissolution completely and immediately off our Lands as they're also in liability of these international and National debt we the Tribal embodiment of Yashar'ale Accept as full value. To implement in our soils outside of these Serfdom and nowadays Feudalism acts! Unto our 2nd Freedman Savings trust on the behalf of my New Hebraic Aboriginal Indigenous Tribal International Title.

(b)Which this will redress all matters of unrighteousness in obtaining all things back from our Cusip account which have been stolen from this "safe haven" of this Rebellious Territory on our Aboriginal Estates Landmasses and elsewhere by Honoring my Holy Heavenly Abba 10 Commandments and Torah fully. As these findings will also deport all Militarism and Quasi political corporate foundations of this U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London off our Lands and back to the Vatican crown and its British owners In Proper use unto themselves for their Economic help and struggles and not ours!!! as we the Hebraic Aboriginal Sovereign Land owners systems shall flourish In reclaiming all Estates back (§ 42–507)- In Holiness, Righteousness and truth In Holy Consecration to "the degree, quantity Nature, and extent of interest, which a person has In real and personal property. An estate In Lands, tenements, and hereditaments signifies such Interest as the tenant has therein" as we bend our bows against all evil acts. In reclaiming (§ 42–504 ) these possessions and properties back (Lev 25:10- 13) Internationally and Nationally this gives a true Apology for these stolen values since 1933-present of this Federal Reserve illegal Exactions (87 Tenn. L. Rev. 315 (2020) by giving this new Hebraic Aboriginal indigenous international title everything back that will rise our economic Reformation as a true Nation under our Lawful structures only on our entire Landmass Reservation land lock of our 2.43 billion Acres I claim for my Tribal embodiment of Yashar'ale back ( 42-507) against these illegal Exactions of the Respondents.

(3) FACTS: We the Tribal Embodiment of Yashar'ale: Aim our indigenous arrows towards this piercing that will leave all monetary contractual shareholders and stockholders as creditors of this Corporation of the United States of America Inc. and The United Kingdom Corporation LTD" (Number 09620443). In Liability to this "debt" even such as the London Stock Exchange Groups Plc (No matter what shall happen to these grantee debtors that I come to collect these debts from such as all shareholders and stockholders whom become liable for all debts 19-1305.07 herein and therein) In the truth of this Fraudulent Strawman Obligational Creation Lawfully according to the doctrine rules of the alter-ego defeat public convenience in defending of fraud and heinous crimes etc. which our enslavement history proves for many Discriminative and Dehumanizing matters as we're a Spiritual Nation in power by this Arrow of truth against all fraud in set apartness unto our New Hebraic Aboriginal Indigenous Tribal International Title. Against this U.S Districts of Columbia Organic Act of 1871 for all 2.43 billion acres herein in the U.S. and therein 1.2 billion acres of Africa and the remaining 29% that covered with my waters (42-3209) (Estates) that's of my entire Tribal embodiment of Yashar'ale Lands Titles that we as an indigenous People worldwide swipe all tables for! and if this be a lie is (2 Esdras 6:9)? Because me and my Holy AbbaYAH shall prevail in things like turning over all tables (Mark 12:38) of this marketplace (Matt 21:12-13) entirely by piercing of these respondents Corporate Veils if this Affidavit goes unrebutted by truth Affidavit that shall be turned over completely. And we will use this link as fire behind this reference of the letter of Pope Francis to Mr. Obama Jul 4th, 2015, as he's proven he runs this Tri-Mission and world law (The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54). ( https://prepareforchange.net/2015/08/20/pope-francis-sends-obama-powerful-letter-via-attorney-on-july-4th-2014-vi-dm/ ). Which put this 28 USC 3002 (15) (A)(B)(C), District of Columbia Organic Act of 1871, etc. in full liability such as all it's 50 E'States Capitals hills herein all my Estates I reclaim back for this slave Compensation towards these Restitutionary damages we seek our adverse claims (§ 8-102 (a)(1) for with obtaining our Land Title.

(a) As everything below and above prove this truth and nothing but the honest truthful need of this Doctrine of piercing this "Quasi Dummy Corporation veil" off our indigenous Lands for this return of all our Possessions and Properties they've illegally exacted by firstly, that also proves this alter-ego and defeat of public convenience findings that's a requirement of this use of Piercing the corporate veil. And by our Scriptural Sovereignty this is how we pack our force behind our Aboriginal Indigenous Arrows with this evidence that shall come into power spiritually firstly and lastly civilly by this debt review. As we exile from this Babylonian Egyptian construct of this Church Government Laws of Rome Corpus juris fraudulent systems of satanism unto what matters most Firstly by our LAWS of our true spiritual inheritance In Holiness and Righteousness and truth, which I have been diligently seeking what's ours according to all that belongs to me and my entire Tribal embodiment Scripturally that our KING Holy Malakims has given unto us for our Priestly LAWS to be displayed In Power and taught In Righteous unto our Hebraic Aboriginal indigenous Lands for our Edification and higher learning outside of this Roman Empire that was taught unto us In true Holy Divine inspiration of the Master our YAH himself through his Holy Prophet Moshue for our Ruler ship unto all Nations by our reconciliation this day and forever more. By are Light and Fruitful true embodiment of the Laws of our Torah! as his fruit and salt of the Planet once again with our sword in defense dripping In Righteousness by offense against all forms of "civil legalese corporate migrants congressional" Fraud under the form of falsehoods or any illegal fictitious government creations as well a false entity or person, on our Aboriginal Indigenous Tribal Lands herein and therein. And by this Corporate Congressional Declaration of Emancipation proclamation and autonomy rule of equal so-called Freedoms for these rights that we have that fails us brilliantly under this Civil Corporation of THE UNITED STATES OF AMERICA Inc. 2 constitution and this Monarchy-Constitutionalism of this Code of Hammurab. We AS THE Tribal embodiment burst free from all Yokes by this Stone of our Holy Heavenly AbbaYAH which is the Spiritual Force behind us and before us in set apartness from these false doctrines, as his Light that shall cure all that harmed our Tribal Body as we seek these punitive damages as a Spiritual Tribal embodiment for our Adverse Claims.

(b) On our Lands under these Instruments that have been enacted upon are Aboriginal Indigenous Lands for operational lawful use such as these three pillars that has ended as of Aug 20th 2019-present herein, that is a major violation unto our Spiritual belief system we exercise (42 U.S Code 2000bb-2)(3)(4) In truth that prophetically rejected all that come forth before Admiralty courts this day within this Affidavit of truth for all claim In return unto our entire Landmass from this District of Columbia Organic Act of 1871-Virginia Company of London Transatlantic Contractual obligations, as obligee(s) by piercing of their veil and we use this Chapter 11 act that displays there bankruptcy and dissolved high offices against them in this piercing of their by this Truth Affidavit. When it comes to this Baronet foundation of these three systems of this U.S. Virginia Company of London Transatlantic Contractual Construct such as followed for Dissolution that breaks our Spiritual beliefs that's structured within their District of Columbia Organic Act of 1871 Obligational Civil terms. 1. Their Strawman creation of incorporated forged indorsements as constructed and instructed legal legalese personalities for their security registrations as Admiralty Citizens. 2. Their Intro7.2Separation of Power Act which is a false doctrine that breaks our 10 Commandments that's not of our Laws, but are of their Roman emperor Justinian of the Council of Roman Christianity civilly laws. 3. Their Instruments of servitude which is this Uniform Commercial Code, that originally was constructed through the Roman Church registar! for World enslavement purpose in the likeness of their Founder of Rome (Luke 2:1-2) Caesar Augusta tax altar thats connected to this Egyptian Rosetta Stone tax slave labor's taxation Act that forced we the Tribal embodiment of Yashar'ale to halt this final time to break our Laws In converting all unto this Council of Nicaea Christianity under the Hand of their British Empire in 1606 which shall end upon this Affidavit of truth Resolution by rebuttal by these international Respondents not defending their fraud and war crimes against my Tribal embodiment whom strongly seeks there Restitutionary Slave Compensation. As we cast down this unrighteousness of International Commercial Contractual Obligational fraud as the Obligee (s) in seeking of our release of our property and possessions (Lev 25:10-13) on the behalf of our Holy AbbaYAH Golden 50th Yobel of our release from all debt bondages, by the Rising of our new Hebraic Aboriginal indigenous Tribal International Title! that works off Torah and our Black and Brown wall st act with our 2nd Freedman Savings trust that these International Bankers robbed. Which we the Tribal body of Yashar'ale as the Obligee(s) shall escape this Admiralty Martial law pledging act of this Promissory Federal Citizen Tax Custody that originated from its U.S. founding fathers of this British Virginia Company of London that we use our Hebraic Aboriginal Indigenous Arrows against for this piercing of this corporate veil unto all defeat public convenience herein if this Affidavit goes unrebutted.

(c)As, we're no longer as of Aug 20th 2019 within his U.S modern day Virginia and Plymouth Companies Commercial Contractual obligational structures of Trade Commerce! that we as a Tribal embodiment, come to be set apart from completely by our full Landmass Conjoined reservations without any connections to this Capitalism or Constitutionalism as stated above as we will establish our own National Trade systems with all that's on our Lands that will fall under our new system of Righteousness and Holiness (Isa 14:1-3). By this land locking of ours outside of these international Respondents, as the true heirs of these Aboriginal Indigenous Tribal Estates high offices by this reclamation that will heal this Nation and bring a brighter future and relationship with our Alkebulan Brothers and Sisters which is present day Africa without breaking their beliefs system that they have received from our Torah that's of our Holy Torah LAWS. Against this political system twisting of genders by sodomizing through this Intro7.2Separation of Powers Act policies that's embedded foundationally within this District of Columbia Organic Act of 1871-Chartered Virginia Company of London Transatlantic Contractual Slave debt bondage terms. That harms our Aboriginal Land Mass and Belief systems throughout Turtle Island In 50 Federal ways that we seek punitive damages from as well. Because of all these violations herein this truth Affidavit of our Spiritual inheritance and beliefs. That we been exercises against strongly since Aug 20th 2019-present for Reparations that we bring forth now to obtain all adverse claims for through our Restitutionary slave compensation act, from all international institutions of these bankers families that have illegally Exacted (87 Tenn. L. Rev. 315 (2020) on my entire Tribal Landmass since 1930-33 with this BIS International settlements under this Securities Act of 1933-Present that made me and my Tribal embodiment an enemy to the state FDR by emergency of the Rebellious Territory of Washington, Dc. Title 28 3002 (15) (A) (B) (C) To stop our prosperity on my entire Landmass as IAM the Landlord that comes in my Holy KING name to take back all Adverse claims that attached to our Land Title, that shall be found in this internal investigation by full disclosure as we place the world debt in review (28-3814 (a)(1)(2) in due diligence unto this pursuant to section 3-501(a) because of these illegal Exactions of our Cusip Stock Numbers, these Maritime International Bankers Sea currency routing systems have been taken from. That's of my 13.4% Tribal Members ancestors and our Land values since 1862-present that-was sitting secured in our first Freedman savings bank unto this day as we were strategically made a Strawman legal personalities as a Birth Certificates bonds for these forged MCO Records Indorsements view section (TX.3). Of this stock market Historical crashes from the 1800's unto 2024 that proves this Rothschild's Family have always risen back up off illegal banking transactions to become superior over my Holy KING Chosen people, as these Robberies harmed us Mentally, Financially and Emotionally, Physically, and Spiritually.

(4.) FACTS: We the Tribal Embodiment of Yashar'ale: Bend our bows and send our Arrows against this system evils against us, that have dropped off all that have come as an obligation term within this U.S. District of Columbia Organic Act of 1871 Virginia Company of London Certification Bonds Contractual slave debt bondage unto us, by these Eugenic Fda Non-approved Ingredients sterilizations that have strategically given us all Brian neuron Receptacle functions to metals and Radioactive combustion that's designed to sterilize our Communities into this ongoing Contractual obligation that's expired and gone into Breach! by their mind manipulation weapons, as IAM he whom have my Holy AbbaYAH new system that crushes this fraudulent false realty and it's evil that consist of its world Roman Caesar Augusta (Luke 2:1-2) Contractual obligations that carries out these modern acts within this matrixatic world of Esau Descendants Abominable Church 5g towering by triggers and signaling codes that have enslaved the world to its economic reality of vain laboring as merchant (Rev 18:1-24). For these unjust enrichments by illegal Exactions by these Contractual obligations under this UCC 1 Registration! In this physiological energy harvesting to promote this debt bondage on these Lands on the behalf of the entities that runs them secretly view section (Q). As this gives sway also to free all by my shooting of these Arrows on the behalf of these acts of this alter-ego and defeat of public convenience unto a more lawful system that have not been dissolved by its own chapter 11. That we see that was only to clearly enslave mankind and humanity to its Global surveillance system (We are slaves and own absolutely nothing, NOT even what we think are our children. (Tillman vs. Roberts 108 So. 62, Van Koten vs. Van Koten 154 N.E. 146, Senate Document 438 73rd Congress 1st Session, Wynehammer v. People 13 N.Y. REP 378, 481). To steal sales from our provisions (Land wise) that have become taken over by this 1609-19-24 U.S Chartered Virginia Company of London, knowing we the Tribal Embodiment of Yashar'ale have completed this physical and Spiritual Expired Land Commercial Contractual obligation since Aug 20th, 2019-present off our Spiritual Scriptural truths of this 400yr completion (Gen 15:13-14) from this "intrusive instrument of Land sales body wise" of Biblical Esau and his Descendants. As their still feeling obligated as these corporate creditors to continue to do so, as if it matter to them not to handle this situation properly ( Nephi 14:1-30)! wouldn't finish a strong final (Act of our YAH) towards destroying all Economies and Nations continually because of this original fact of these illegal Exactions and these Scientific Dark Arts against his Tribes of

Abraham, Isaac and Yacob Which he sets us apart from it all by his Spiritual protection of our Biblical Laws against any sodomizing policies or anything that breaks our Laws. But however, by this congress VP Kamala Harris Emancipation proclamation statement that we demand the Federal Admiralty Courts of Civil Claims to bring into evidence for all returns of our Adverse claims, by this Restitutionary Slave Compensation Act. In accordance to all she's stated as an oval officer under the registar book oath of Commerce (IN ORDER TO GIVE LEGITIMACY TO A COMPANY LIKE THE CHARTER OF THE VIRGINIA COMPANY OF LONDON A CONSTITUTION IS PART OF THE CORPORATE BOOK. REGISTRARS FOR REGISTRIES WERE ASKED TO TAKE OATHS OF OFFICE IN ORDER TO ADMINISTER TITLES PLACED IN THE REGISTRY UNDER THE CARE OF THE REGISTRAR WHO USUALLY WORKED UNDER THE AUTHORITY OF THE KING OR QUEEN CORRONATED BY A RELIGIOUS ORGANISATION AND/OR UNDER SIMILAR TYPE OF- STRUCTURES) Which we recommend by this strong proclamation of hers on the behalf of this Class Action to defend herself to, appropriately word for word for this Chargeback Non-negotiable Bill of Exchange slave compensation unto us. As an acknowledgement to her powerful oval office words In a way of truth towards our Liberational pursuit to Happiness with the fulfillment of her words to us as this ignorant statement of "black people" In America proclaimed out of her mouth! as we the Seed of our Holy YAH demands all things found In this Land Trust title within this establishing of Ms. Kamala Harris and her Administration given actually back all that was "taken from us" by all she stated and what we already known as of Aug 20th 2019-Present Aboriginally and-indigenously for these claims we bring forth to be Heard herein because of all these historical "Corporate crimes". Under this 1863-65 Declaration of Emancipation proclamation that spring forth this Bill of Exchange In full recovery towards all of our Restitutionary damages Since 1535-2024 by this British and France Baronet's illegal contractual obligational Debt bondages of this 1609-1619-2019-present Chartered Virginia Company of London that we have indentured through this hectic process of servitude under this Biblical Greece and Roman kingdom of Great Britain (Dan 2:34-44), by this Chargeback. Which this also gives more proof for this "Eviction Notice" to be heard herein our Republic Lands of the so-called West. Also, by this case study acknowledgement true meaning of this United States Vs Strang 254 US 491 US Vs US 680 F 2nd Edition 1239 case study (The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy, it is finally over. (Executive Order 12803) plus the FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the- U.S. government, even though the U.S. Government" held stock In the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680 F.2nd, 1239) by this understanding, that it hasn't been a judicial occupancy on our Aboriginal lands since 1789 and for this Congress re-understanding of its bankruptcy stock wise it's been impossible towards Re-Organization since the Abraham Lincoln bill signature of 1862?!. Because we're the true Hebraic Aboriginal Indigenous 12 Tribes of Yashar'ale Scripturally whom at that time Physically was Set free in 1863-65 with our first Freedman Trust bank, that establish this Congress Abolishment of Chattel slavery! as this fraud even in those days proves these ongoing thefts of these days on the behalf of these international bankers through these stocks and loans, especially to be an reestablished instrument in these offices but we would like a full disclosure towards this act of why and how they've done it by these forged indorsements.

(5.) FACTS: We the Tribal Embodiment of Yashar'ale: Aim our indigenous arrows towards this piercing against this Rothschild's banking family whom has reformed a lie against us later down the line with this Balfour Declaration on May 15th of 1948 to seal us up within this U.S. District of Columbia Organic Act of 1871-Chartered Virginia Company of London international contractual debt bondages. While they enjoyed these Contractual blessings of our Scriptural inheritance under the name of Israel to seal these thefts away from the world under the Great seal of the king of Britain. Whom is now facing prophetical spiritual charges, and this is disputable for all the Respondents In this Truth Affidavit in open hands Righteously as these statements will remain as truth until otherwise that brings forth this Defamation while under this obligation of Contract fraud. And this gives sway to these Master Strawman International Contractual Bonds that were created to blind this fraud from the masses also, and this gives Admiralty high courts foundational reasoning for this to be stopped and Restituted for the correction of their corporate wrongs as you can see above why In accordance with this chapter 11 In code. That even question these entities history that plays a huge part in this fraud as Clearing Corporations that follows-

*INTERNAL REVENUE TAX AND AUDIT SERVICE (IRS) For Profit General Delaware Corporation Incorporation date 7/12/33 File No. 0325720-Internal Investigation

*FEDERAL RESERVE ASSOCIATION (Federal Reserve) Non-profit Delaware Corporation Incorporation date 9/13/14 File No. 0042817-Internal Investigation

*CENTRAL INTELLIGENCE AUTHORITY INC. (CIA) For Profit General Delaware Corporation Incorporation Date 3/9/83 File No. 2004409

background info: Transfers: With the National Security Council to the Executive Office of the President by Reorganization Plan No. 4 of 1949, effective August 20, 1949; to independent agency status by EO 12333, December 4, 1981.

Central Intelligence Group established under the National Intelligence Authority by Presidential directive, January 22, 1946, to plan and coordinate foreign intelligence activities. By National Intelligence Authority Directive 4, April 2, 1946, NIA assumed supervision of the SSU dissolution during spring and summer 1946, assigning some components to Central Intelligence Group at request of Director of Central Intelligence, and effecting incorporation of the remaining units into other War Department organizations. SSU officially abolished by General Order 16, SSU, October 19, 1946. Central Intelligence Group and National Intelligence Authority abolished by National Security Act, which created the CIA, 1947. SEE 263.1.

*FEDERAL LAND ACQUISITION CORP. For-profit General Delaware Corporation Incorporation Date 8/22/80 File No . 0897960-Internal Investigation

*RTC COMMERCIAL ASSETS TRUST 1995-NP3-2 For-profit Delaware Statutory Trust Incorporation Date 10/24/95 File No. 2554768-Internal investigation

*SOCIAL SECURITY CORP, DEPART. OF HEALTH, EDUCATION AND WELF For-Profit General Delaware Corporation Incorporation date: 11/13/89 File No. 2213135

*UNITED STATES OF AMERICA, INC. Non-profit Delaware Corporation Incorporation Date 4/19/89 File No. 2193946

In also knowing of this State of Emergency Act of 1933 FDR plus this "Resolution #5" of Restoration. That shows us under this Class action how all these fraudulent Acts of theirs was formed later down the line by SECRETIVELY making us as stated above as paper legalese personalities, as the Tribal embodiment of Yashar'ale under these serfdom and nowadays Fuedelism by Lands and personal body values interests from the East, West, South, North as this new Mere chattel Real and Personal property lien for Collateral! under this actual Commercial security contract of international fraud that's acquainted with this Department of Commerce, backed as the dollar value of this Established National and international debt of their UN Allies such as this 1930-33 BIS International settlements and IMF [2. The IMF (International Monetary Fund) is an agency of the U.N. (Black's Law Dictionary 6th Ed. page 816) 3. The United States has NOT had a Treasury since 1921 (41 Stat. Ch 214 page 654) 4. The U.S. Treasury is now the IMF (International Monetary Fund) (Presidential Documents Volume 24-No. 4 page 113, 22 U.S.C. 285-2887] Bankers. Which bought these Quasi Corporations of the 50 Unions of this United States of America Inc. etc. and "us" in 1930-33 for their international Contracted Strawmen's loans programs that also draws connections to the hands of these security fleet hybrid agencies that is not a part of this Republic Spiritual Government of the Land of our Biblical Hebraic Aboriginal Indigenous Tribal Inheritance. Whom are this Quasi Corporations of America as this SEC and Department of Defense and Department of Treasury, Department of Commerce which never honestly and still unto this day Consist as a true Government for the wellbeing of the people! but as we see it, it's only for Martial law purposes as we're made this Nation enemy for these illegal Exactions. But according to Pope Francis letter to Obama [ "AS WE THE PEOPLE" ("The People" does NOT include you and me. (Barron vs. Mayor and City Council of Baltimore 32 U.S. 243] we shall use this letter In our Favor as we the Righteous counsel of YAH Almighty to reclaim our Landmass, from these U.S Estate quasi establishments that are in chapter 11 dissolution already. As this will Fully prove all there lies by this Affidavit format of the 10 Maxims Commerce of Law. That crushed and Pierced this Scrutinizing contracted monetary vacuum of this Vatican church/ Britain Privy Purse Sovereign grant system of this United Kingdom Corporation LTD off our land! that strives off our death, marriage and birth Certificates for top values, entirely by their certificate 1837 instrument. Which would consist of continuing our Biblical 400yrs enslavement that opens up the truth of this Matter of them being the true Biblical descendants of ESAU that's has come into this Breach of International

Contract due to the rejection of our Biblical Law of our Golden 50th Yobel (Lev 25:9-13) of Release that proves its expiration. As he still to this day hates his Scriptural Brother Yacob and us his descendants the true Hebraic Aboriginal Indigenous Tribal body of our Holy CHRIST. We demand all the above and below Adverse Claims from all that's found In this National and International full disclosure of our SSN' and Birth Certificates Stock bonds numbers that's come by the way of our Forged MCO Records Indorsements unto this Department of Commerce then it's Clearing Corporations. And by these findings we seek direct Dissolution by this Piercing the Corporation veil to brings all into liability to this Global debt that holds my Land Title National and international debt (§28-2303) value maturity. That I, now accept for value all the Charging instrument of my 13.4% of My Tribes Herein the U.S. in this Matter, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against the Respondents and Release the order of the court to me immediately considering our Sums certain. In accordance to piercing requirements also as stated in this section, unto this helpful act for our New Hebraic Aboriginal Indigenous Tribal Title Restitutionary Slave Compensation act. And as stated clearly for no misunderstanding we seek our Yobel Biblical Restitutionary release with all things FIRSTLY (Gen 15:13-14), and not Reparations but however, we will use this congress log (H.R 1242 and H.Res.414 — 118th Congress) as evidence of the Behalf of this truth Affidavit to help pierce this corporate veil that explains also all that has accrued unto us within this 400yr biblical sentence as the Seed of Yashar'ale that explained in the resolution exploit We us against these international bankers.

https://www.scribd.com/document/402522625/Doctrine-of-Piercing-the-Veil-of-Corporate-Fiction-pdf


### Five FACTS: YOBEL RELEASE WITH ALL SUM CERTAIN ADVERSE CLAIMS

(SC) FACT: I, King Elyakim on the behalf of my Tribal embodiment of Yashar'ale demand all Herein that's against these international Respondents in full interest! here's my breakdown within the 100% Restitutionary Slave Compensation Act: For this disputing in due diligence unto this pursuant to section UCC 3-501, by Legal due process. In accordance with this 1866 Civil Rights Act, John Bingham, whom is the man who drafted Section One of the Fourteenth Amendment, that expressly described the 1866 Civil Rights Act as protecting the natural and equal right to due process in matters relating to life, liberty, and property. He who leaves the battlefield first Loses by default We the Tribal embodiment of Yashar'ale seek this full max maturity once (§28-2303) Admiralty High Courts have reviewed and received by signature this legal document as a staff member in handlings of this truth Affidavit by Administrative authority of this dispute against I and these international Respondents under the penalty of perjury. As a Righteous Administrator because of your highly classified security procedures and sent back unto me by the Address that's shown in the Truth affidavit towards the conclusion of this rebuttal of these expressed Facts. If these Sum Certain are not rebutted for this Interest unto my 13.4% MEMBERS Individually that are the true Tribal embodiment of Yashar'ale. Whom the World forgot to remember us as because of this Rothschild's Balfour Declaration defamation, which also have the World going through many end times prophetical events Weatherly and Economically because of this rejection also of our 2019 Restitution Recommendation form that was sent Dec 19th- 2019 on the behalf of our Golden Yobel of release. Which led to all the Biblical Prophetical plagues that all are seeing now since late 2019-2024 and been wondering why! that's of my Holy AbbaYAH Righteous Judgement upon all Nations and mainly this Delaware Corporation of the United States of America Inc. systems and this UN, UK until these sums are handled righteously within our Affidavit of truth before you here within Admiralty High Courts In full by our Restitutionary Slave Compensation Act in Inquiry of this entire full Maturity value of this Global debt. That I, accept for value all the Charging instrument of my 13.4% of My Tribes in this Matter, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against the Respondents and

Release the order of the court to me immediately. Which would only be acceptable towards this Restoration of our new Hebraic Aboriginal Indigenous Tribal International Title. Here's the Breakdown where we aim to take 80% of all U.C.C Agencies Dividends and Earnings Nationally and Internationally that has been In operation upon our Lands that's backed illegally by Exactions under this SEC UCC 1 and Article 2 CISG trading system off our MCO Records forged- indorsements that the Federal Reserve pledged into commerce with this Department of Commerce, that these institutions have brought into their international civilizations off! by the way of these forged Indorsements that have been originally Supplanted in our soil by these Federal Admiralty Maritime Commercial Contracts for international gains under this modern day serfdom and nowadays Feudalism act. Which caused these illegal Exactions of our ancestors possessions and properties by these acts herein and therein within this Foundational structure of this U.S Chartered Virginia Company of London Transatlantic slave Contractual obligation as this District of Columbia Organic Act of 1871 that's given its Clearing Stock Corporation power to Exact all Certifications Bonds Which is known as the Federal Reserve whom enact this Enemy of the State crap In 1930-33, with the BIS international Settlement. That I claim all Title back from, as they Biblically knows of this expired international Commercial contract that started in its foundational era of this U.S Virginia Company of London 1609- Aug 20th 1619 expedition of stolen landmass that has come to End as of Aug 20th 2019-Present as our Holy Scriptures state's (Gen 15:13-14). As IAM my Tribal Collector of this maturity value of this global debt unto them as the Obligee(s) in departure of this International Commercial Contract that's now in breach as this very factual as truth within this "Affidavit of truth". And we the Tribal Embodiment of Yashar'ale, would also Admire according to the debt formula explained Herein as a strong Global recommendation towards allowing my method of gaining back what has been taken from us by illegal exactions from its interest owners be now for the healings of the nations. ADMIRALTY District Courts Be wise to this acknowledgement of the Slave Compensation act of 1837 and how its reduction helps nations tremendously before and will also do the same by my solution for what these international bankers have illegally started and can't get themselves out of because the universal karma that came and caught them in their Sins with these illegal Exactions off our Cusip and TDA trust funds routing numbers as we suffer from poverty and Homelessness. So we promote our Restitutionary Slave Compensation act that's aligned up with our Golden 50th Yobel of release from enduring this date - bondage, that will reclaim back all that have been stolen by our certification bonds Since 1930-33 by this BIS International Settlement Bankers. And this method comes on the behalf of exercising our Spiritual Inheritance by our Spiritual belief and rights of whom we've always been as the true House of Yashar'ale by our Yobel of releases out of ever Biblical sentence our Holy Heavenly KING have placed us in for our disobedience (Dan 2:31-44), by exiles in's and exiling outs. Either from our Kingdom unto these Robberies of these nations only to establish our humiliation from breaking our Covenant! that was given by our Holy prophet Moshe at Mt. Horeb (Deut 5:2-22) as our Scriptural substance states, and by exile out of every Kingdom we were in! unto receiving back by Restitution all things from these kingdoms to establish our Covenant and Kingdom back with all of our belongings that these Kingdoms have stolen (Dan 2:34-44) that's of our Holy Artifacts, Gold and Silver and precious stones and debt values. Outside of the Accreditation of the Ancient Strawman legal legalese personalities values theory that have been a great blind use against mankind and humanity! as it always been around since the ancient Egyptian Babylonian first constructs that became a praise in Romania within this latter-day Roman Empire Whom Holds all of our Possessions and Lands values under its British Tri-Mission creationist system of this U.S Securities Act of 1930-33 legalese personalities. And this is where we the Tribal embodiment of Abraham, Isaac and Yacob that shall exile out of this British Constitutional Monarchy Debt bondage with all things obligee(s) that have been illegally exacted entirely from us that's embedded in our Aboriginal Indigenous Land trust title, this British crown obtains by our land value. Duly unto our New Hebraic Aboriginal Indigenous Tribal International Title via Trust of our 2nd Freedmen Trust Savings Account.

(1). FACTS: I, place these UN/ UK, U.S, shareholders and stockholders as the creditors and Debtors of this World Bank Group/ BIS International settlements; International Monetary Fund; The Bank of London, Bank of England; London Stock Exchange Group plc; Departments of the Treasures Washington, Dc and the Puerto Rico Commonwealth on the record: At a sum certain, according to the information that's applied In this entire complaint of Truth for these private bonds, and security Trust accounts. As an accommodation to We the Tribal body of Yashar'ale, for direct pay to the order of all debts Nationally and internationally unto our Via Freedmen Savings Trust (§ 28–3103) (b)(a) will ACCEPT IT FOR VALUE, by doing this we acknowledge removing the negative claim against our accounts & become the "holder's In due course" of the presentment. As holder In due course we require the sworn testimony of the presenter of the "claim" (under penalty of perjury) & request the account be properly adjusted- by this obtaining of this Redemption from this FEDERAL Admiralty international custody, that holds our private One people's public Trust of

1776 Adverse Claims! by this individual equal sum certain unto our Restitutionary Trust Savings Bank, that I'll divide unto my 13.4% members that's listed herein the UNITED STATES as Black people. As my Holy AbbaYAH "IAM is their Higher Power and Authority" within me (Isa 45:13-17) as his Ambassador whom 19-1305.05(2) seeks there Restitutionary Slave Compensation Recoveries from this Act of 2019, at its 100% full Maturity of all debt values Nationally and internationally. Of their "Master Strawman accounts" (28-2303) which is their private Cusip and TDA account routings, from all that's involved with this international breach of Contract of commerce that's explained within this truth Affidavit entirely. Which numbers In Individually as what's viewed to this public as there private Cusip 100,000,000 and their TDA Sums at 15,000,000 per person, and there private One peoples public Trust Act of 1776, individual equal sum certain of 5,000,000,000.00 In Gold and Silver. (No matter what will happen to these international Creditors and Debtors that I come to collect these debts from Individually In full 19-1305.07.) And on the behalf of our Brothers and Sisters as our Holy KING Remnant, that's under the UN, UK iLO as their Private Contractual debt bondages laborers! We see it Clearly also According to the Institute of International Finance, the world is in a $315 Trillion debt deficit and we here at W.E.O M.O.H.H.D Spiritual ingathering Counsel issues forth an helping hands in healing it from all illegal Exactions as there apology unto us, as we come also to implement a Righteous system that worked once before by this Slave Compensation Act of 1837! and we the Tribal embodiment of Yashar'ale Prophetically feel like it can work again for the better of our Nation from all these acts herein this Affidavit of Truth. On the behalf of these illegal Exactions that placed these international banking institutions in play to lend our trust funds to these Corporations that's now suffering from debt they owe, such as in these areas combined borrowings from households, businesses and governments. As these borrowings shall be subdued by the Righteous of Yashar'ale as our new System shall heal the Nations from this global debt by accepting it back as full value unto our Restitutionary Savings trust as a true Apology from these international bankers entirely for their wrongs. That haves these illegally Exactions at an all-time record high in their institutions, where all shouldn't be concerned anymore on the behalf of this debt. But however, by our Restitutionary Slave Compensation Act we shall obtain these values back of ours to heal-national and international operations as we bring forth this instrument before Admiralty High Courts for all returns of this International global debt that comes from the borrowings of our Cusip Routing numbers we come to retain back by these sum certain on the behalf of our punitive damages to heal this Global debt by it being restored unto us as full value for our Tribal performances. On the behalf of my Tribal embodiment of Yashar'ale that's scattered across the Seas unto the World that's an debt bondsman and Bondswomen unto these International Corporate Entities that holds them In Maritime Admiralty Custody under this Financial Article 10 Cooperation that's also being harmed by these illegal Exactions! as a part of our Tribal embodiment under their Citizenship by these Breached international Contracts as Obligee(s) In their Nations as these Strawman legalese legal personalities as well. By this same Redemption a 100-fold meaning In the manner of our outcome as a part of the Nation of Yashar'ale within our New Hebraic Aboriginal Indigenous International Tribal Title, unto us as our Families now no longer scattered to the Four Corners (Eze 34:20-23) of the Earth as well In the same fashion as stated above. For them to be returned to us as their Tribal Families as well with all their belongings according to our Holy Scriptural Yobel (Lev 25:10-13) of Release as the same that we recover.

(2). FACTS: For the Record, I also make these sum certain Reclamation (42-507) for all of my 50 Estates back in full allodial Entitlements from Mr. Charles III! And from his British Empire established FEDERAL 50 Union state Quasi structures whom are in agreement by partnership with his Rebellious Territory of Washington, DC thats under his great seal of the realm and his crown that's in holdings as due course with all of our asset. That we Tribal embodiment of Yashar'ale seek our Land tax refund back from that holds our Assets that's been stolen from us by these international bankers that's embedded within the illegal exaction of its Tri-Mission bond with this House of lords and Commons as there across the Seas Allies. By this truth Affidavit for all that's within this U.S District of Columbia Organic Act of 1871-Chartered Virginia Company of London as this obligor In this Affidavit of truth complaint. Unto our Prophetical "paradigm shift" Entirely for all things that belongs to my Tribal Embodiment of Yashar'ale Biblically, Commercially and personally that's very known specifically In this truth Affidavit that must take place by all adverse claims in truth as commerce is sovereign towards this Land Tax refund recovery that's within all National and International Institutions as loan business backings, as we seek all returns back into our Trust accounts as the Obligee(s) that's of our land Title. As our Possessions and properties and Financial sums that are also within this public and private trust act of 1776. That consist of the assets that's also as a secondary illegal instrument that proves all this hidden fraud within these

National and international structures that's of our Gold and Silver and precious stones, On top of all our Holy Ancient Artifacts in their museums. And all of our Animals that's In distress within the care of these National and international Zoos on our Landmass herein and therein my entire international Landmasses that's of this WAZA Zoo, as IAM the Planetary Landlord by my Holy and Righteous Spiritual Birthright as my Holy KING is our Sovereign Creator of all the Earth and Heavens as our Great Holy KING as we the Tribal of Yashar'ale seek full assets of all things if this truth affidavit goes unrebutted and the fullness thereof unto our New Hebraic Aboriginal Indigenous Tribal international Title with all these possessions under our economic reform of professionalism now. As these sums certain demands our embedded fully in payable to the order of our Restitutionary Slave Compensation act, that demands all things entirely since 1930-30. As we Bring forth to Admiralty High Courts this claims against these international Respondents whom have all these things as assets within these institutions that of our adverse claims, and a unrebutted Affidavit stands in Commerce as truth and if this Affidavit is not responded to by a response in likeness it stands in Commerce as truth that is sovereign for all things within also for all things that in this Britain Cestui Que Vie Act of 1666 of the Britain crown that holds our Possessions and Properties as if were are dead and lost at Sea, as these claims are locked away in many international private trust under the great Seal of the realm that we seek full disclosure of. That's explained in this leading truth Affidavit attachment 3-4 pages of this Complaint Truth Affidavit is this is only just its attachment. Which also prove what we bring forth promotes all what we reclaim from these 50 Quasi Estate Commercial Capital Hill covering Agencies Unions also in its entire likeness whom are in contractual obligational controls under this intro7.2Separation of power Act as our Obligor on our Aboriginal Indigenous Landmass entirely in holdings also of this Nation Cestui Que Vie Act that's of this Nations portion of these illegal exactions against mankind that's of our Cusip Routing numbers. As we see this Restitution we seek shall gravitate from everywhere through these international and National Tri-Mission Corporation dealings! as they're in knowing also of this Chapter 11 also that already dissolved their high offices that's in defacto status only under the emergency war powers Act as we make Reclamation for these Sums outside of this new form of Gmt. That is known as a democracy (Instead of Republic) being an Established Communist/ socialist order-under "The New Governor of America" Congressional Record March 17th 1993, vol 33-page H-1303. It is an established fact that the US Fed Government has been dissolved under the Emergency Banking Act - March 9, 1933 48 Stat. 1, Public Law 89-719 Declared by FDR Being Bankrupt and insolvent H.J.R. 192, 73rd. Congress in session June 5, 1933- Joint Resolution to suspend the Gold Standard and Abrogate the Gold Clause - Dissolved the Sovereign Authority of the US and the official capacities of all US Gov Offices Officers and Departments and is further evidence the US Fed Gov only exist today in Name only. US being in Martial Law since 1933 and as far back as civil war Senate Report 93-549 (1973) Us Citizens Declared Enemies of US by FDR ex ord 2040 and ratified by congress march 9th 1933 48 Stat 1. FDR changed the meaning of TRADING WITH THE ENEMY ACT of Dec 6th 1917 by changing the word "without" to citizens "within "the US. A Legal Name is a "Prisoner of War" Name. Fictitious "nom de guerre" name for a non-living entity: also referred to as the strawman and or transmitting utility in accordance with this UK Death, Birth and marriage Certificate Bonds Act of 1837. JOHN DOE Name in all caps which is format called Capitus Diminutio Maxima Capitus Diminutio Maxima (Maximum Diminished Status) means that a man's condition changes from freedom to bondage and becomes a slave or item of inventory Black's Law Dictionary Revised 4th Ed. 1968. A fictional persona being surety for the debt as fiction in commerce also known as "Ens Legis" which means "legal entity" It is non-human and "civilly dead' '. That is not you... unless you are a fiction. Realize with your REAL EYES. Freedom is real and attainable. And I come to claim all of our debt values that's In its full maturity that's connected to this Founding Corporation of the FEDERAL LAND ACQUISITION CORP. For-profit General Delaware Corporation Incorporation Date 8/22/80 File No .089796 of these United States of America Inc. Virginia Company of London Transatlantic Contractual obligations debt bondage on these grounds, of this Admiralty Maritime International Contract Landlord tenants claims we've caught within this Breach of International contract. That makes all things Attainable to My Tribal Embodiment and I King Elyakim D. Beulah (Jas 56;18-21) whom Established this Decreed Document on the Behalf of my Spiritual Birthright to "the degree, quantity Nature, and extent of interest, which a person has In Real and Personal property. An estate in Lands, tenements, and hereditaments signifies such interest as the tenant has therein", according to all that's held accountable In this Admiralty Maritime Breach of International Commercial Contract that's of my Land title I seek back for my house to obtain their adverse claims as this U.S CORPORATION Obligee(s). By these Forged MCO Records Indorsements that were set without our knowing and credited into these Corporate GMT Capital Hill Clearing Quasi Corporate Entities under the Adhesion contract for their use as routing backings off our Cusip Numbers, towards their increase unto this National Financial stability. As these offices had been dismantled and this is where we make reclamation for our individual request for our Adverse claims (§ 8-102 (a)(1) that's embedded in our Land Title entirely for all that occurred to us within this stay herein this U.S Virginia Company of London. As we also as the Landlords in our Holy KING our AbbaYAH make these demands also of 80% from all these Commercial Businesses, enterprises and Corporations Shares and Stocks Earnings and Dividends as Rent (8 Anna ch. 14) that's owe unto us as of Aug

20th 2019 on our entire Aboriginal Indigenous Tribal Landmass according to all that's stated in section (TX.4) from all illegal CEO Corporate operating tenants on my "Estate's Herein and Therein" since this breach has come into play for this Surety bond sums. Until they all converts over unto we Tribal- embodiment of Yashar'ale system in righteousness and truth outside of this Rebellious Territoriality State of Washington, Dc Maritime Fraudulent acts, as our Spiritually progression have been on the Rise Prophetically Since this Aug 20th 2019 in stopping all economic growths on the behalf of our 400yr Scriptural completions and this 28 USC 3002(15)(a)(b)(c) Expired International Commercial Contract of ours (Gen 15:13-14) that was of this debt bondage within this U.S British Baronet Tribal instrument of Esau and his modern day Descendants House of Lords and Commons whom invaded our privacy in 1535-2019 and stolen all of our Tribal landmass and we shall obtain all that have been damages as true restoration unto our new Hebraic Aboriginal Indigenous Tribal international Title. As, We the Tribal embodiment of Yashar'ale even holds reference for these returns by this British Holy See Roman Church Government whom have his hand in these affairs greatly as a biblical figure that shall bow to Me and my entire Tribal body because of his roman church missionaries transgression, whom shows some efforts towards promoting his Holy See Provision to this Corporate entity in returning back to my Holy KING Chosen people what's ours "Estates" wise, in his July 4th, 2015 to Obama, view all links for these sum certain as even his man-made laws shall cease. So, on the behalf of these High offices being closed by chapter 11 but however still in operations fraudulently! I demand for this Sum $1,000,000,000,000 By each and every "state" that's Commercially under international contractual Agreement within this Tri-Mission Rebellious Territoriality State of Washington Dc and their treasonous Department of Treasury whom our dealing falsely with our Certificate bonds as these High offices such as these capital hills individually. That's on my (Estates) illegally as of Aug 20th 2019-present in accordance to this Chapter 11 as Clearing Quasi Corporations that's conditioned to this Franklin D. Roosevelt securities Act of 1930-33 legalese personalities Creation where they accomplished their laundering deeds with these BIS International Settlements bankers whom owns these 50 fictitious unionists operations that's on our Aboriginal Indigenous Tribal Landmass by these warehouse receipts that sailed by credited routing as our backings numbers within these illegal Exactions that's listed within these capital Hills state financial services entirely by the majority of (50) out of 53' 4ish "2 States & 2 Isles" that total In all. As a lump sum joint together (42-516) at-$50,000,000,000,000 and once Granted unto us from these Capital Hills they shall no longer be consider individually, as Landlords on our Aboriginal Indigenous Landmass that's under these Quasi state constructs of these international bankers' control! As in all finding by full disclosure all must depart themselves and return back all things unto my Obligee(s) by these Adverse claims Cusip Routings that we Demand Admiralty High Courts to bring this Global debt into evidence for this review within this truth Affidavit. And if this truth Affidavit goes unrebutted without a response by another affidavit for our Land Title back, all E'State shall bring in this land tax refund from all 50 Quasi Corporate civilly capital Hills that's a part of this Tri-Mission Commercial Contract with these international Respondents! And we Demands this immediate evacuation of these officers that of this 28 USC 3002 (15)(A)(B)(C) we Bring before Admiralty High Courts on the behalf of these unlawful acts of operations under this UNITED STATES patent name of this U.S British Americas Continental founding fathers construct THAT'S IN THIS INTERNATIONAL BREACH OF INTERNATIONAL CONTRACT. That was uprooted in truth in 1862-67-present by Abraham Lincoln! bill he passed that Emancipated my ancestors that placed this Nation in an outstanding bankruptcy, that dissolved these constructed high offices in the first place. Which few only knows of that could never even be reorganized (Executive Order 12803) again unless it's fraud in the picture silently and upon Admiralty High Court's ruling they have 60 days to evacuate these high dissolved offices and leave my entire Landmass and all that's on it if this truth Affidavit goes unrebutted by Mr. Charles III under his great seal of the realm on the behalf of these Respondent whom he reigns over as the great crown of Britain. And now we will establish this Set Apartness from all fraudulent dealings of these international Respondents Commercial Contracts as the oblige(s), unto our Restitutionary Slave Compensation Act that promotes our Trust Bank in Righteousness outside of this fraud we strongly have against these Respondents whom are these National and international Creditors and Debtors whom controls this UCC 1 registrations forum that are caught this breached contract for this Full disclosure process for all of our assets to return back unto us that setting dormant as backings under loaning programs for these world businesses within their banking institutions by these illegal Exactions as sailing routing of these currency under this Maritime Financing Article 10 Cooperation instrument. Where all things shall be Returned back from Across Seas from these Respondents that was Corporately Cleared also into these National Quasi Corporate Capital Hills for fraudulent use towards unjust enrichments and this is where all 50 Quasi Corporate officers must depart in accordance and acceptance off its own lawful Chapter 11 dissolution act from all high offices as an existing civilly Corporation in Fraud or come undr the truth of this affdavit against their international owners as they're connected by these internal affairs in financial harm against all mankind herein by partnership with this BIS international Settlement. And on the behalf of all that was taken from my Tribal Embodiment that's was mentioned by (Kamala Harris) words this also gives great reference that their Actions was understood in truth without release of what belongs to us and what was

taken from us as the Obligee(s) in this Breached international Commercial Contract since Aug 20th 2019-Present as we make these demands for all that's of our ancestor's possessions back also that they left for us In their Freemans Savings Trust that sit dormant in this U.S. Quasi Corporate International Bankers Contractual Bonds partnership we've known not about through this strawman legalese personality creation In full Interest within this District of Columbia Organic Act of 1871 Department of Treasury as their financial growth that I reclaim also if this Affidavit of truth goes unrebutted entirely. Which came by the way of these Robberies of our 1st Freedman trust banks! we Demand all releases hereof entirely from by this truth Affidavit against this Department of Treasury that robbed our savings banks under the Hand of Sec. Hugh McCulloch 1865-1869- that consist of our ancestors 150,000 jobs and 250,000 farms that's gone missing in it and 20,000,000+ acres and it's Land value worth 500,000,000 we reclaim back also in this modern valued interest trust refund request within this Affidavit of truth. That's waiting to be reviewed by Admiralty High Courts and recovered unto our New Hebraic Aboriginal Indigenous Tribal International Title. And off the words of this oval officer all things stand as her truth In given back as she's sovereign unto her oval statement, if this Truth Affidavit goes unrebutted, against me and my 13.4% of my Tribal body that's the Chosen Seed of YAH Almighty we desire and demand this Restitutionary Slave Compensation on the behalf of all these heinous act and illegal Exactions immediately. Due to the pain of the vast attempts by protests as well towards our reparations, all though we shall inherit this Restitution according to our Spiritual faith this Admin calls Religious practices. As this gives the Admiralty courts more proof also towards this dispute for me and my 13.4% to be granted for these sums on the behalf of these theft's, here's the link for Court evidence purposes as well ( https://photos.app.goo.gl/YDgVxNwTNBQ28k618 ) that states her words and theirs one above if this one gives problems. And I would love on the behalf of the strengthening of this I the plaintiff Affidavit of truth in acceptance of her sovereign truth that was stated to give back all that was taken from us since we've been born "body wise" as I seek this full Disclosure of all transactions of these forged Indorsed Security Certificate Bonds of my Tribal embodiment to be reviewed thurly in due diligence of this pursuant to section 3-501 of this International and National debt. And we as a Tribal body make demand towards the Evidence of our Brother YouTube Clip to shine more light on what was actually "taken" from us by Trust of our First Freedman's trust Bank accounts and Land as proof of what's stated herein Factually, that caused a huge impact on our-Aboriginal Indigenous society behavioral mindsets, Spiritually, Physically Mentally and emotionally and Financially. Here's the Evidence of that link also ( https://youtu.be/msN0t40GTDc ) I would also like for this clip to be viewed at the precise numbering by the courts In review (49:15 -104:8). This total sum is very certain for this great lengthy debt by this Chargeback Non-negotiable Bill of Exchange unto our New Hebraic Aboriginal Indigenous Tribal Title, in accordance to our Biblical release from this U.S Virginia Company of London Transatlantic Contractual Slave bondage that has expired Aug 20th 2019-present of these 400yrs we've endured since Aug 20th 1619 as our Holy Scriptures states in (Gen 15:13-14) that started in the Virginia Company of London.

(3).FACTS: I also place this Delaware Corporation of the UNITED STATES OF AMERICA INC. (2193946) Title 28 3002 (15) (A) (B) (C), and these UN/ UK shareholders and stockholders of this UNITED KINGDOM CORPORATION (09620443: For all sum certain individually by all that's known in this truth Affidavit which is briefly explained In column (TX.1) In the opening demand that's also of my Restitution Recommendation that has become defaulted by derelictio in 2019 that brought this Civil legal due processes for dispute against all Respondents In this breach of international Contract Herein on my land for these sums since Aug 20th 1619-2019-Present. That we hold Contract of all the heinous crimes we went through as the KING our YAH Chosen people from these Corporate Civil Bodies and their Monetary systems of fraud, on the behalf of these banker Respondents herein, we seek to be Restituted for before Admiralty High Courts! By my Tribal individual sums that's in this global debt. I, accept for value all the Charging instrument of my 13.4% of My Tribes in this Matter, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against the Respondents and Release the order of the court to me immediately. Under this Righteous act of the formula of the UK Debt Management Office (DMO) that's of his Majesty Treasury, Slave Compensation act of 1837" which is a certain great solution against this Corporation of the- United States of America Inc. Title 28 3002 (15)(A)(B)(C), and it's baronet Allie of this UN/ UK "The United Kingdom Corporation LTD whom shall consider there wrongs as of old since they do owes always towards our "Restitutionary Slave Compensation act of 2019" that would be a great deed in taking this burden off their backs by reducing this debt completely to us whom are Biblical now ( Yobel 26:1-35) the World Tribal landlords, this debt is listed at 315 trillion as this international debt is owed to my tribes because all of these acts within this truth Affidavit of illegal Exactions of their Certificate bonds trust funds. Which have accumulated over time it punitive damages that's set

at this joint stock market reimbursement value of $315,000.000.000.000 from all its damages of old ( 1535-1609-'8/20/1619-6/14/1933) and ( modern since June 1863-65-1933- 8/20/2019-present with the UN/ UK "The United Kingdom Corporation LTD" (Number 09620443) the same set at 175.000.000.000.000 Just as an "Corporate Chargeback Non-Negotiable Bill of Exchange" of immediate release from their Britain Monarchy House of lords and Commons, Jesuit Missionaries and these Corporate world Treasures that's caught with my Tribal Embodiment Cusip Trust funds as a backing for leverage in there institutions. Whom Established this Contractual Harm through this 13 Baronet Families whom structured these Virginia and Plymouth Companies of London herein our soil for this Slave Debt bondages, Indentured servitude contractual obligations since Aug 20th 1619-2019-present! within this Act of Serfdom and Feudalism's that's was corporally structured for these agencies illegal Exactions.


(4) FACTS: And I'll place on the records all these facts herein also for Admiralty High Courts for all these punitive damages that's mentioned herein by these illegal Exactions within these Quasi 50 Capital Hill Civil Corporal landmass estate Quasi structures of all municipal Corporations and Quasi government entities Quasi Public-Corporation and Nonprofit Corporations herein entirely and this international illegal Reformation by defamation of False Israel: On the behalf of all Creditors and Debtors International Bankers whom illegally exacted our Cusip Trust funds and made them a backing for business loaning proposals unto all these structured Foundations on our Aboriginal Indigenous Landmass, as we suffer from Homelessness and Redling that caused us Bad Banking opportunities for legitimate living outside of poverty and to being on welfare. We the Tribal embodiment of Yashar'ale demands back all things on the behalf of our routing numbers that backed them as business loans since these National and international Respondents Mischievously conduct these Frauds against my Obligee(s) without Paying them their portion now that this international Commercial Contract has ended Aug 20th 2019-Present that's now in breach for all assets entirely. As these Certificate bonds brought these Quasi structures all these unjust enrichments unknowingly because of these Quasi Capital Hill Clearing Corporations whom knows by agreement with this Tri-Mission of great britain and the Holy See Roman Vatican Church. Whom we're as the Children of Yashar'ale that's been enslaved and racial profiled and discriminated out all things of righteous possession. As they're all connected to this Nation Department of Treasury IRS thats of the IMF in full ownership of the UN as Congressionally Congress have our 1619-2019-present Virginia Company of London enslavement records and our Biblical History of Completion that inspires this breach of their Founding Fathers International Maritime Transatlantic Commercial Contract of my Tribal Embodiment as their Obligee(s). Whom illegally exacted these funds through there Federal Reserve Stock, that works for the international Bankers while operating under this "Dummy Corporation" called the "Delaware Colony" Corporation of the United States of America Inc. herein on my landmass that's a Tri-Mission to the crown of Britain and the Vatican Church that we seek a full Landmass disclosure done to obtain Whatsoever Is found by an Internal investigation of this actual full disclosure for our entire Land title back. We the Tribal embodiment of Yashar'ale seek all bank receipts and Bookkeeping's of the loaning forms, as follows with because of our MCO Records was Enacted by our forged indorsements so these international Respondents have to provide these 8300, 105, 112 procedure forms that's connected to our Land Adverse claims that's of our alleged indorsements that was forged by these Docs within this Nation Department of Healthcare *SOCIAL SECURITY CORP, DEPART. OF HEALTH, EDUCATION AND WELF For-Profit General Delaware Corporation Incorporation date: 11/13/89 File No. 2213135 whom had help by internal affairs partnership with this Department of Commerce whom took these MCO Records to make National Capitol extensively by forgeries off these Certificate bonds to create trade for service by this new form of Mere Chattel papers goods. That shall be terminated from its control on my Entire Landmass due to the Admiralty Courts findings of these treasonous deeds of all things In this Affidavit of truth as we've been also made the enemy of the states FDR. That's of the creation of this Delaware Corporation of the United States of America Inc. (2193946) since 1930-33 that's of these UN, UK Baronet's Founding fathers modern Parent Corporate entity as follows "The United Kingdom Corporation LTD" (Number 09620443) and it's Stockholder the London Stock Exchange Group plc. that have also received unjust enrichments of these Routings that sails across the Seas to its international founder of the crown pockets even though Congress and these international Respondents knows it derived from this origin of the crown UK Certificate Birth Death, Marriage act of 1837 trust Bonds legalese legal personalities creation of the Strawman. As this brings in this foundational term of "laundering" towards this world extreme Corporal obligations instrument of business conducting towards this Modern Caesar Capitalism's a taxation (Luke 2:1-2), that's already been dissolved since it's initial Bankruptcy in 1862-63 that promoted this Chapter 11 dissolution of all high offices. As I'll also add on the record this U.C.C 1 Registry agency that is the covering body of all these offices registration that's of (42-526) all the HR Commerce National Contracts In real and personal property herein on my 2.43 billion acres (42-3209) (Estates) by land zoning and enterprising that

have the oversight of handlings In partnership by this SEC Contractor, the Department of Interior and this Grant program National Endowment for Humanities. As these terms originate from this Foundational International Contract of this U.S Charted Virginia Company of London Obligations that has expired Aug 20th 2019-Present and now has come into Breach for review of all Land Claims herein that's connected to these international bankers and these Quasi civilly Corporations of the Rebellious Territoriality State of Washington Dc and its Tri-Mission International respondents listed in this Affidavit of truth in due diligence unto this pursuant to section UCC 3-501. That's of the earnings and dividends of all Commercial Business etc. Officers herein! So, I demand for Admiralty High Courts to acknowledge all sums to be paid In full by this interest of 80% of all these tenants earnings and dividends, as my rent is past due by all Real and personal properties as Tenants on our Tribal Landmass! By these backings of these creditors in handlings on my Lands that's connected to "these" Founding Fathering Corporate Commerce Entities of this National and International Commercial Contractual obligations of the original Virginia Company of London within this Affidavit of truth (8 Anne Ch.14,) "Since Aug 20th 2019-present" of this expired contract until this day that lead way to all thereof herein as a Complete Corporate structure for finance reception from this fraud as business operators unto our Restitutionary Treasury Bank cleared from this USD laundering Bonds fraud. [ As we the Tribal embodiment of Yashar'ale also seek to garnish all things herein these brackets into our 2nd Freedmen Trust Savings also as these punitive damages are imperative to our possession as the true Tribal embodiment of Yashar'ale that's labeled on our Aboriginal Indigenous Landmass at 13.4% herein under black people within the stipulations of the U.S. that we Demand back that's of our 150 billion foreign aid as a reimbursement unto us as the truth in this Affidavit, against all that this Rothschild's Co. and Corporation of the United States of America Inc. has Conspired Against us by! as there enemy of the state FDR. Through this Defamation in 1948, As we're the true Chosen People of our Holy AbbaYAH Name, against this baring of false witnessing unto us as they formed and framed this lie for this false Israel state to establish this covering In these 1930-33 dealings of fraud by Strawman with these Jewish international Commercial Banker by this worldwide international lies to cut us off as the true Holy Blessed Vine of Righteousness. To hang us unto this debt bondage of its British Jewish family tree In truth that has come to an end by this Completion of our 400yr sentence that have placed all things In this Breach of international Contract, that we seek this Jewish state to Apology for! before the - World that they've told an untruth and that we're the truth like this entire Affidavit as our 2nd Freedmen Trust Savings awaits these Apologies at its max recovery indefinitely for all things that even come in accordance with secret services killings through this Cointelpro operations Messiah act by J. Hoover. And from "All" things that have been accomplished and Made by any Financial amount under our Name from these illegal Scriptural Migrants of Gomer that stolen our Ancestors ancient identity and ours. That's inclined to this outstanding Scandal and Defamation of our Name and Nationality that was hijack by the Royals House of lords n Commons, as we have been Hidden as top secret even from ourselves and to the World for these illegal Exactions and unjust enrichments! And used as a clutch for cruel and heinous acts by their truthful facts of their blessings as the Descendants of Esau (Gen 27:38-42) of Corporate Conspirators of these nations to Keep us as the true Biblical descendants of Yashar'ale unrecognized and modernly enslaved to this internationally and Nationally debt bondage as the true Seed of our Creator. Even now to this day outside of our Completed Scriptural sentence of our 400yrs from receiving our Prophetical Blessings to become the Biblical Known Nation again of our Father's whom are Abraham, Isaac and Yacob. As these injustices shall cease by this well-known Breach of international Commercial Contract that was for their gains and for us to remain as national and international Mere Chattel personal property Obligee(s) to endure Debt. Within this treasonous Corporate Business of this U.S British Americas and this is why this international and National Tri-Mission Corporation of Britain Creditors have played us on Reparations also that is proven by historical evidence by Denials all through Congress logs against my Tribal embodiment but now we seek our Cusip refunds. And by our Holy Scriptures truth we come for this Restitutionary Slave Compensation or all Economic systems will continue to fall in my Holy KING Name by his Prophetical plagues that all endures. As, we as the Tribal body of Yashar'ale bend our Aboriginal Indigenous Tribal Bows against In firing these Arrows to pierce all Corporate veils that have been found unworthy for rebuttal of this Affidavit of Truth to point for point these Expressions of these illegal Exactions on our Lands of these Birth Certificates and SSN'S numbers within this Contractual obligational fraud and in Commerce truth is sovereign].

(5) FACTS: This is the end of our Stay herein as Commercial bonds Obligee(s) to this Corporation of the United States of America Inc. of this founding fathers 1619 Chartered Virginia Company of London NYSE and it's LSE Allies of these international agencies as private Human resources as collateral to this debt. "Please use all (links) as Crucial evidence" ( https://www.tiktok.com/t/ZTRKe2Ww5/ ). We as the true Tribal embodiment of Yashar'ale Strongly recommend this Affidavit of truth to be acknowledge by our Biblical Golden Yobel of release from all debt bondages before Admiralty High Courts, in immediate release of our Restitutionary Slave Compensation from all institutions of

thee international Bankers whom have robbed us since our births for our Bodies and land values by these illegal-Exactions underneath their Serfdom and Nowadays Fuedelism act. That we the Tribal embodiment of Yashar'ale come into full reward by Acceptance towards its full maturity entirely as this will establish all wrongs in correction by this settling of this International and national world debt these international bankers owe since 1930-33 on the behalf of these illegal Exactions. Which was obtained by this BIS International Settlements through this strawman creation legal legalese personalities and spreads abroad to the rest of its Tri-Mission respondents in international Maritime Article 10 Cooporation trades and as the Obligee(s) that come into Breach of international Commercial Contract with these respondents we come for all things within this Section (SC) in full disclosure that will establish our exile from these acts that shall reveal our max maturity of our Land Title adverse claims of our possessions and properties (Lev 25:9-13) we make this Reclamation for "no matter what may happens to these international Creditors and Debtors that I come to collect this Global debts from, by these individual Account sums that's mentioned above In full 19-1305.07". As we will go into our Ancient LANDS as free Men and Women of the Most High with! by this great apology of Restituting their actions against us the Obligee(s) that suffered from these white collar crimes and Hate crimes and war crimes against Mankind and Humanity they mastermind against us on the Behalf of this fraud to secretly enslave us financially to these legal legalese personalities for our National security registars papers as we suffer from poverty. So, within exile out of this system we will obtain our land title that holds all of our Families truths of lands and (LEVI 25:10-13) Possessions that's of these Adverse claims to Establish our own Royal Palace Economy and Nationalism, New Nationality by Scriptural Standards! that all the World religions and these international Respondents knows of that must happen to end all my Holy AbbaYAH righteous plagues upon his Earth to this World of Monarch programming. That's clearly his strange acts and wonders (Deut 6:22) and signs by his mighty right hand that has come upon all for our rise to power, that have shown clearly throughout the world since Aug 20th 2019-present please check historical weather records within all international Nations and ours and understand Admiralty High Courts the fear of the KING my Holy YAHUWAH or finish watching these international world elite Respondents get destroyed and there powers for this-Sovereignty of ours to be back under our Holy AbbaYAH with this Chargeback Non-negotiable Bill Exchange in full that would heal all Nations (Act 29:10-13) in truth. And these disasters aren't what their world scientists would call "global warming" (Jer 50-22-38) Either or something of haarps or anything like that! as this would also prove they our void of understanding in their Council of this lacking of Scriptural Prophetic Understanding (Deut 32:24-31) and inner-standing of this paradigm shift. For all Lands we reclaim under full Allodial entitlements within our Entirely 2.43 billion acres, as I King Elyakim of the Holy and Righteous KING my YAH come to snatch the crown of the head of great Britain for my lil ones, for all that is ours as Obligee(s) no longer in these international Affairs as a Cusip routing within these fraudulent Banking institutions by these Adhesion Commercial Contracts. As we the Tribal embodiment of Yashar'ale come into these Retrieving's of all things and to fix a heal all Nations from their filth of these acts under Mr. Charles III great fraudulent seal of the realm, that is ours now in truth and Holy Consecration from of old that we've once had In Ancient times before these Virginia Company of London Corporate thieves robbed us for our Land title, for our Body and Land values within this Serfdom and Feudalism act. That we shall return back home from! by this Completion of our biblical stay Herein and therein that has ended Spiritually and Physically as of 8/20/2019-present that established this Breach of international Commercial Contract for all things unto us as the Released Obligee(s) with our Land properties. One of them off Top that is unclaimed for our Growth as a Nation again under our Holy KING Laws and Statues only for ICj Nation requirements, that I strongly recommend that belongs to my Tribal Embodiment Indigenously of my AbbaYAH Children is the Land of "Bir Tawil" and all of the Tigris regions that's in South West Alkebulan which is present day Africa. (Gen 15:18) Unto all my Father's Hebraic aboriginal indigenous Tribal Lands herein the Americas that I will take and claim under our New Hebraic Aboriginal Indigenous Tribal International Title indefinitely in full with all of these Adverse claims within this Affidavit of truth if presented unrebutted before High Admiralty Courts. Which holds our possessions for our production in establishing our Holy KING footstool for a righteous cause for his Glory to be exalted and for us his Seed to accomplish our righteous deeds from here on out without End as a magnificent people outside of this Fraud and all the pains we've gone through under this Highly modified and classified international Commercial Contractual Enslavement of these Roman British Baronet Knights Men of the House of lords and House of Commons Serfdom and Feudalism's illegal Exactions act because of whom we're as the true Biblical Chosen Seed of the Creator whom is our Holy KING In truth and non-others, only through reconciliation. Otherwise as my Holy KING Anointed One I'll have to say all things will continue to rage forward until all things are destroyed economically (Dan 7:22-27) by our Holy KING plagues that are present! on the behalf of my Tribal Body's Land Values that have been stolen as our Holy

AbbaYAH historical fame that shows and states Fear unto all things that's a bacterial infection to his sovereign creation so fire must come next if things don't become straightened and balanced out in righteousness. And on the behalf of me and My Holy AbbaYAH Babies O boy we come to handle that business again in truth and nothing but the truth that's slightly explained by pin but physically as all feet melt to the ground because of my Babies body values unto my Holy AbbaYAH he's created for his Glory and not theirs to not be released from this Federal Reserve Pledging as they're obligee(s). Whom seeks all what's theirs of this entire Global international debt in full maturity by this release from this Breach of international Commercial Contractual obligational exile of these Tri-Mission Fraudulent dealings of this silent Mere Chattel Real personal property bonds that your Congress colleagues has Congressional established historical records logs of this matter as an Abolishment. So, you know what by this personal knowledge IAM giving to your reciprocals I'll end this truth here in all my interests I King Elyakim D. Beulah (Jas 56:18-21) whom Established this Decreed Document on the Behalf of my Spiritual Birthright to "the degree, quantity Nature, and extent of interest, which a person has In Real and Personal property. An estate in Lands, tenements, and hereditaments signifies such interest as the tenant has therein". By the truth of their Golden 50th Yobel of release from all debt bondages and because of this lack of return for their possessions in full maturity of these Trust Holden's within our Land Title. This justice we deserve shall come through this Affidavit of truth point for point by the response of an affidavit for this exposure of this expired U.S. District of Columbia Organic Act of 1871 1619-Chartered Virginia Company of London Commercial Contractual Fraud of these Modern descendants of Esau international Commercial obligations. That strongly provide truth to Admiralty Courts Biblically Commercially and personally towards our Golden Yobel Restitutionary Slave Compensation act were all things shall be restored back unto us that was illegal Exacted since 1930-33 from these International Bankers. As Congress offends all frauds and lies to stop our 400yr Biblical Completion as these logs "H.R 1242 and H.Res.414 — 118th Congress" form this Fact against them also as this Quasi civil Clearing Corporation we strongly Considered this set apartness from, As this could stop all worldly disasters that's known as an "Act of YAH" (JN Contemporary Art v. Phillips Auctioneers LLC). Herein. As we would consider this-acknowledgement for all Respondents to attend this dispute of truth Affidavit to inquire this Slave Compensation Act of 1837 by reduction to be Considered unto us as the Released Obligee(s) by this Breach of international Commercial Contract to obtain this Global debt full Maturity to heal the Nations of the World by making Reclamation to this Debt value unto our 2nd Freedmen Savings trust. That I, now accept for value all the Charging instrument of my 13.4% of My Tribes Herein the U.S. in this Matter, make my Exemption as principal Available for discharge of all obligations and Charges Connected with this case I do Not dispute any of the Facts Contained in the Charging instrument please use my Exemption offset and adjustment of the public Charge against the Respondents and Release the order of the court to me immediately considering our Sums certain surety bonds in the Truth Affidavit front pages 3 of 4. As we have our Bank of Choice! that will be black owned for the Second time as the first Freeman Trust Bank that will hold all of our accounts of these returns on the behalf of our Lands entitlements in set apartness from all Civil bodies by our true Declaration of Emancipation as I proclamat my Holy KING Golden 50th Yobel of release towards true independency aligned with our entire Landmass Reservation United as one with our Holy AbbaYAH and his Holy Malakim. With our Banking partners in Alkebulan which this World knows of as present day Africa whom shall also be liberated from anything also that have to do with this Contractual Commerce international Frauds as my Tribal embodiment set apart from these "World Bank Group/ BIS International settlements, the Bank of England and the Bank of London, the London Stock of Exchange Group plc and the Central Banks entirely or it's UN/ IMF IRS [MT 1100-396 1132.61] under this Rosetta stone Tax Treasonous scheme that's embedded within this Strawman legal legalese personalities creation that shows similarities to the Babylonian Egyptian construct of captivity. And this is where we use the instrument of the ten Maxims of law towards this point for point rebuttal. An unrebutted Affidavit stands as Truth in Commerce and Mr. Charles III Is these respondents Crown of the Constitutional Monarchy with hi seal of the realm and he must Respond by Affidavit only in this behalf of Truth against him as his international Creditors and Debtors. And by the exaltation of My Holy KING of KINGS and MASTER of MASTERS his Laws rules all in me that he controls all his creation justly by in us all, AHMANE.

[These acts under this FDR making me and my Tribal embodiment to be a part of this U.S. Corporate Virginia Company of London Transatlantic Slaves Act as these enemies which proves this reasoning of this Affidavit towards Release with all our titles. Brings our Declaration of Liberation Strongly In play towards this Sovereignty by this Establishment of our Scriptural Inheritance.] Either by this Vote towards Ratifying this law of our Sovereignty, we're no longer a private Mere Chattel Personal Property of this BIS International settlements nor this London Stock Exchange Group plc. As our law follow right below.

Selah.

(8.D.P)

HERE ARE TRUTHFUL FACTS MOST PEOPLE DO NOT KNOW, .... BUT SHOULD... ABOUT THIS CORPORATION OF AMERICA AND ITS VATICAN SHAREHOLDERS AND WORLD UN/UK STOCKHOLDERS. The UNITED STATES of AMERICA is a FEDERAL Quasi Corporation. Go to the UNITED STATES CODE (note the capitalization, indicating the corporation, not the-Republic) Title 28 3002 (15) (A) (B) (C). It is stated unequivocally that the UNITED STATES is a corporation. IN ORDER TO GIVE LEGITIMACY TO A COMPANY LIKE THE CHARTER OF THE VIRGINIA COMPANY OF LONDON A CONSTITUTION IS PART OF THE CORPORATE BOOK. REGISTRARS FOR REGISTRIES WERE ASKED TO TAKE OATHS OF OFFICE IN ORDER TO ADMINISTER TITLES PLACED IN THE REGISTRY UNDER THE CARE OF THE REGISTRAR WHO USUALLY WORKED UNDER THE AUTHORITY OF THE KING OR QUEEN CORRONATED BY A RELIGIOUS ORGANISATION AND/OR-UNDER SIMILAR TYPE OF STRUCTURES. Lincoln made first executive order as Caesar (Luke 2:1-2) of the USA and made himself President Dictator and president of the Corporation ending the republic. We have been living under martial law ever since. FDR even passed a law that all US Citizens are the enemy of -the USA. The US is bankrupt and has been since 1933, The Receivers of the US Bankruptcy is the INT Bankers via the World Bank, UN, and IMF All US offices, officers and Departments are working under a "defacto" status only under the emergency war powers. This new form of gmt is known as a democracy (Instead of Republic) being an established communist/socialist order- under the "The New Governor of America" Congressional Record March 17th, 1993, Vol 33, Page H-1303. It is an established fact that the US Fed Government has been dissolved under the Emergency Banking Act March 9, 1933 48 Stat. 1, Public Law 89-719 Declared by FDR Being Bankrupt and insolvent H.J.R. 192, 73rd. Congress in session June 5, 1933- Joint Resolution to suspend the Gold Standard and Abrogate the Gold Clause - Dissolved the Sovereign Authority of the US and the official capacities of all US Gov Offices Officers and-Departments and is further evidence the US Fed Gov only exist today in Name only. US being in Martial Law since 1933 and as far back as civil war Senate Report 93-549 (1973) Us Citizens Declared Enemies of US by FDR ex ord 2040 and ratified by congress march 9th 1933 48 Stat 1. FDR changed the meaning of TRADING- WITH THE ENEMY ACT of Dec 6th 1917 by changing the word "without" to citizens "within "the US. A Legal Name is a "Prisoner of War" Name. Fictitious "nom de guerre" name for a non-living entity: also referred to as the strawman and or transmitting utility. JOHN DOE Name in all caps which is format called Capitus Diminutio Maxima

Capitus Diminutio Maxima (Maximum Diminished Status) means that a man's condition changes from freedom to bondage and becomes a slave or item of inventory - Black's Law Dictionary Revised 4th Ed. 1968. A fictional persona being surety for the debt as fiction in commerce also known as "Ens Legis" which means "legal entity" It is non-human and "civilly dead' '. That is not you... unless you are a fiction. Realize with your REAL EYES. Freedom is real and attainable. THIS PIERCE [ALL CORPORATE VEILS THAT SHALL EITHER BE ACKNOWLEDGED OR DEFENDED. BY THIS DOCTRINE OF THE PIERCING OF THE VEIL] I come to REDEEM my aboriginal indigenous Tribal embodiment and those whom are willing to cleave to my Heavenly Father Law. And to break down all the Statutes of Mortmain and the Rosetta stone and out of all my possessions such as Land.

1. The IRS is Not a US government agency. It is an agency of the IMF (International Monetary Fund) (Diversified Metal Products v I.R.S et al. CV-93-405E-EJE U.S.D.C.D.I., Public Law 94-564, Senate report 94-1148 pg. 5967, Reorganization Plan No. 26, Public Law 102-391)

2. The IMF (International Monetary Fund) is an agency of the U.N. (Black's Law Dictionary 6th Ed. page 816)

3. The United States has NOT had a Treasury since 1921 (41 Stat. Ch 214 page 654)

4. The U.S. Treasury is now the IMF (International Monetary Fund) (Presidential Documents Volume 24-No. 4 page 113, 22 U.S.C. 285-2887)

5. The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy it is finally over. (Executive Order 12803)

6. The FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the "U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US. 680 F.2nd, 1239)

7. Social Security Numbers are issued by the U.N. through the IMF (International Monetary Fund). The application for a Social Security Number is the SS5 Form. The Department of the Treasury (IMF) issues the SS5 forms and not the Social Security Administration. The new SS5 forms do not state who publishes them while the old form states they are "Department of the Treasury". (20 CFR (Council on Foreign Relations) Chap. 111 Subpart B. 422.103 (b))

8. There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428. 1 Stat 138-178)

9. There have NOT been any judges in America since 1789. There have just been administrators. (FRC v. GE 281 US 464 Keller v. PE 261 US 428 1 Stat. 138-178)

10. According to GATT (The General Agreement on Tariffs and Trade) you MUST have a Social Security number. (House Report (103-826)

11. New York City is defined in Federal Regulations as the United Nations. Rudolph Guiliani stated on C-Span that "New York City is the capital of the World." For once, he told the truth. (20 CFR (Council on Foreign Relations) Chap. 111, subpart B 44.103 (b) (2) (2) )

12. Social Security is not insurance or a contract, nor is there a Trust Fund. (Helvering v. Davis 301 US 619 Steward Co. v. Davis 301 US 548)

13. Your Social Security check comes directly from the IMF (International Monetary Fund), which is an agency of the United Nations. (It says "U.S. Department of Treasury" at the top left corner, which again is part of the U.N. as pointed out above)

14.You own NO property!!! Slaves can't own property. Read carefully the Deed to the property you think is yours. You are listed as a TENANT. (Senate Document 43, 73rd Congress 1st Session)

15. The most powerful court in America is NOT the United States Supreme court, but rather the Supreme Court of Pennsylvania. (42 PA. C.S.A. 502)

16. The King of England financially backed both sides of the American Revolutionary War. (Treaty of Versailles-July 16, 1782 Treaty of Peace 8 Stat 80)

17. You CANNOT use the U.S. Constitution to defend yourself because you are NOT a party to it! The U.S. Constitution applies to the CORPORATION OF THE UNITED STATES, a privately owned and operated corporation (headquartered out of Washington, DC) much like IBM (International Business Machines, Microsoft, et al) and NOT to the people of the sovereign Republic of the united States of America. (Padelford Fay & Co. v The Mayor and Alderman of the City of Savannah 14 Georgia 438, 520)

18. America is a British Colony. The United States is a corporation, not a land mass and it existed before the Revolutionary War and the British Troops did not leave until 1796 (Republica v. Sweers 1 Dallas 43, Treaty of Commerce 8 Stat 116, Treaty of Peace 8 Stat 80, IRS Publication 6209, Articles of Association October 20, 1774)

19. http://www.youtube.com/watch?v=lVsMUpPgdT0

20. Britain is owned by the Vatican. (Treaty of 1213)

21. The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54)

22. A 1040 Form is for tribute paid to Britain (IRS Publication 6209)-

23. The Pope claims to own the entire planet through the laws of conquest and discovery. (Papal Bulls of 1495 & 1493)

24. The Pope has ordered the genocide and enslavement of millions of people.(Papal Bulls of 1455 & 1493)

25. The Pope's laws are obligatory on everyone. (Bened. XIV., De Syn. Dioec, lib. ix, c. vii, n. 4. Prati, 1844 Syllabus Prop 28, 29, 44)

26. We are slaves and own absolutely nothing, NOT even what we think are our children. (Tillman vs. Roberts 108 So. 62, Van Koten vs. Van Koten 154 N.E. 146, Senate Document 438 73rd Congress 1st Session, Wynehammer v. People 13 N.Y. REP. 378, 481)

27. Military dictator George Washington divided up the States (Estates) in to Districts (Messages and papers of the Presidents Volume 1 page 99 1828 Dictionary of Estate)

28. "The People" does NOT include you and me. (Barron vs. Mayor and City Council of Baltimore 32 U.S. 243)

29. It is NOT the duty of the police to protect you. Their job is to protect THE CORPORATION and arrest code breakers. (SAPP vs. Tallahassee, 348 So. 2nd. 363, REiff vs. City of Phila. 477 F. 1262, Lynch vs. NC Dept. of Justice 376 S.E. 2nd. 247)

30. Every thing in the "United States" is up for sale: bridges, roads, water, schools, hospitals, prisons, airports, etc, etc... Did anybody take time to check who bought Klamath Lake?? (Executive Order 12803)

31. "We are human capital" (Executive Order 13037) The world cabal makes money off of the use of your signatures on mortgages, car loans, credit cards, your social security number, etc.

32. The U.N. – United Nations – has financed the operations of the United States government (the corporation of THE UNITED STATES OF AMERICA) for over 50 years (U.S. Department of Treasury is part of the U.N. see above) and now owns every man, woman and child in America.

The U.N. also holds all of the land of America in Fee Simple.

The good news is we don't have to fulfill "our" fictitious obligations. You can discharge a fictitious obligation with another's fictitious obligation.

Stock Export Name Signature

Date 7/2/24

July 2 2024

Notary Signature

GAYNELL M RAY
Notary Public
Minnesota
My Commission Expires
Jan 31, 2025

FEDERAL Administrator Signature_____

(k) FACT: We the Tribal Embodiment of Yashar'ale come to make known, It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act that have been installed by this U.S Chartered Virginia Company of London Transatlantic Contractual obligations, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President-

Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only. The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States?' Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, -gold and silver coin. It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People no longer have any "money." Most Americans have not been paid any "money" for a very long time, perhaps not in their entire life. Now do you comprehend why you feel broke? Now, do you understand why you are "bankrupt," along with the rest of the country? Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). When ever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs. Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank. There is a fundamental- difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the world power structure that has no interest in money, law, equity or justice because they have so much wealth already. Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations. The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3] The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same. Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle. Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913) "Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System. In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers. Unwittingly, America has returned to-

its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank. We the people have exchanged one master for another. This has been going on for over eighty years without the "informed knowledge" of the American people, without a voice protesting loud enough. Now it's easy to grasp why America is fundamentally bankrupt. Why don't more people own their properties outright? Why are 90% of Americans mortgaged to the Hilton and have little or no- assets after all debts and liabilities have been paid? Why does it feel like you are working harder and harder and getting less and less? We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on American property, precious liberties, and a way of life. Few of our elected representatives In Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. Our children will inherit this unpayable debt, and the tyranny to enforce paying it. America has become completely bankrupt in world leadership, financial credit and its reputation for courage, vision and human rights. This is an undeclared economic war, bankruptcy, and economic slavery of the most corrupt order!

Time line of fraud while under this U.S Charted Virginia Company of London:

1. 1754-1776: The "United Colonies" take shape as a loose political association, and the First and Second Continental Congresses result.

2. 1776: The Colonies declare independence.

3. 1781: The Articles of Confederation bind "States" --- political subdivisions of the United Colonies – together in a "perpetual union", creating a confederation of States to operate in the international Jurisdiction of the Sea. [Why a "confederation" instead of a "federation"? --Because the original States gave up some of their natural jurisdiction to the new political entity, the Union, they created.]

4. 1783: The Treaty of Paris and Treaty of Versailles cements this arrangement splitting the land and sea jurisdictions between the States and the Federal Union and places King George III as Trustee of American interests on the "High Seas and Navigable Inland Waterways" ---which means he kept control of American international commerce. The new "Union" entity operating in the international Jurisdiction of the sea was always controlled by the British and it has always been the British Monarch's responsibility as International Trustee to manage it and guarantee its proper operation. It has instead run amok for 150 years.

5. 1787: The Supreme Perfected Republican Declaration of the United Colonies creates the National Trust owed the Continental United States.

6. 1789: Two years later, "The Constitution for the united States of America" splits off the sea jurisdiction and creates the new Federal United States. A year later (1790) the Federal United States forms a commercial company doing business as the United States (Commercial Company) to provide the nineteen enumerated services agreed to by the subscribing States.

7. 1812-1814: The British try to horn in again and are beaten back. This skirmish results in the Treaty of Ghent, where the British interests in American shipping and commerce are reaffirmed and lasting peace is promised in return.

8. 1845: The British Monarch and Pope secretly agree to undermine the American System of government via the Treaty of Verona. The British Monarch breaches the Treaty of Ghent and both the Pope and the King secretly breach their trust as International Trustees. They set out on a covert action2 and issued Letters of Marque and Reprisal to the members of the Bar- Associations, allowing them to act as Foreign Agents on American soil and as privateers free to plunder American commerce.

9. 1860: Thanks to the efforts of the Bar Associations a member of the Bar, Abraham Lincoln, is elected to serve as President. Note that he is ineligible serve as President of the united States of America, by the Titles of Nobility Amendment to the actual Constitution--- but is eligible to serve as President of the United States (Commercial Company). This is the same situation we have with Barack Obama who is ineligible to serve as President of the United States of America, but is able to serve as President of the United States (Incorporated).

10. 1861: The Civil War begins. Congress adjourns for lack of quorum and without a date to reconvene. Lincoln organizes a Delaware Corporation and the remaining members of Congress begin functioning as a Board of Directors.

11. 1862: The "Corporate Congress"---a body of men no different than the Board of Directors of IBM, changed the meaning of a single word ---only and explicitly for use within their corporation. That word is "person". From then on the word "person" is deemed to mean "corporation" for federal government purposes. (37th "Congress"-- Second Session, Chapter 49, Section 68.)

12. 1863: Lincoln signs the Lieber Code as Commander in Chief and puts the Union Army, the Grand Army of the Republic, in charge of the nation's future and money supply. A day later, he bankrupts the original United States (Commercial Company).

13. 1865: Lee's Army surrenders to Grant and a general armistice is declared. The Southern States are in ruins and under military occupation by the Union. The original Northern States are bankrupt. Foreign banks are in control of the new "United States of America, Inc." and the Union Army reigns supreme. Over the next two years President Andrew Johnson will three times publically declare peace on the land jurisdiction of the Continental United States, but peace is never declared in the international Jurisdiction of the Sea controlled by the Federal United States under the trusteeship of the British Monarch.

14. 1868: The Corporate Congress writes itself a new Corporate Constitution, called "the Constitution of the United States of America" and palms off this look-alike, sound-alike private corporate document "as if" it were the actual Constitution. This is fraud on many levels. The Constitution of the United States of America purposefully sought to confuse and delude people into thinking it was the actual Equity Contract obligating the States to receive services and subrogate their international jurisdiction to the federal government.

15. 1871: The Corporate Congress begins to set up shop for itself by creating a separate government for the District of Columbia. The initial effort fails but seven years later the Washington DC Municipality is created as an independent international city state run as a plenary oligarchy by the members of "Congress". Also in 1871, the Corporate Congress claimed to own all United States corporations--- 41st "Congress"-- Third Session, Chapters 62, 63, 64, and 65.

16. 1874-1885: All the actual States on the land are reorganized and at the same time completely new "Federal States" are created and new "State Constitutions" are written for them. The original States on the land are renamed in this process. The original State of Ohio operating the land jurisdiction became the Ohio State, while the usurping "Federal State"--- merely a corporate franchise of the United States of America, Inc. operating in the international Jurisdiction of the Sea---took over the name "State of
Ohio".

Ministers of Justice" under this establishment of D-U-N-S (Number 22-549-8526) under this format to establish.

17. 1900-1904: Still lusting after more power for itself, the Corporate Congress set up a second shop for itself and obtained permission to do it from the Supreme Court in a series of cases known as The Insular Tariff Cases. As with setting up the Washington DC Municipality as a foreign city-state on our shores and running it as their own little oligarchy, the "Congress" now took the "federal territories and possessions" and made a new "union" of "American states"----Puerto Rico, Guam, et alia---and began calling it "the United States of America (Minor)". They just forgot to add the (Minor) part of the name from then on, and let people assume that all the repugnant laws they passed governing this "Constitutional Democracy" also applied to the Continental United States.

18. 1912-1913: A private association of European and American banks calling themselves "The Federal Reserve" bought the governmental services corporation known as "The United States of America, Inc." and its "State" franchises as a business venture, and began operating such familiar agencies as The United States Department of Agriculture and The United States Department of Transportation as private, for-profit businesses---without telling anyone. They exercised the "government powers" they didn't really possess in a vast fraud scheme in collusion with members of "Congress" to institute a fiat monetary system and misused their position of trust to put competitors out of business, set up monopolies, rig commodity markets, and commit other acts of blatant self-interested criminality and fraud.

19. 1917: Engaging in a war for profit, Congress and their Banker Bosses passed the War Powers Act and the Trading with the Enemy Act, and numerous other illegal and repugnant "Acts" pertaining only to the Federal United States and the international Jurisdiction of the Sea, but presented them to the public as if this claptrap pertained to the actual States and People on the land of the Continental United States. Deceived by this venal and purposeful fraud, millions of Americans complied with what they believed to be the "Law" passed by a legitimate Congress acting as deputies of the States and the People.

20. 1918-1933: Once in control of the monetary system the "Federal Reserve" increased the monetary supply exponentially, causing the "Roaring Twenties". They built the house of cards and on October 29, 1933, they collapsed it---deliberately. This enabled them to put thousands of competitors out of business, allowed them to buy commodities, land, and labor for dirt cheap, and to manipulate the value of the dollar to their benefit.

21. 1933-1940, The banks took full advantage of the "national emergency" they created and the
Congress did everything the bankers required: The Sheppard-Towner Act, the Buck Act, the Alien Registration Act, the Social Security Act(s), the Emergency Banking Act, and more. The purpose of all this was to lay claim to the labor and the assets of the States and People of the Continental United

4

States by securing "private contracts" with them, enabling the perpetrators to "represent them" and to set up corporations "in their names". Hundreds of millions of Americans were told that they "had to" sign up for Social Security and have a Social Security Number in order to have a job, that it was "the Law" and that "Congress had passed it" and so, believing it to be a lawful government mandate—when in fact it was a corporate fraud scheme--- they were subscribed en masse. Remembering now the actions of the Corporate Congress in 1862 redefining the word "person" to mean "corporation" for federal purposes, and their later claim made in 1871 to hold ownership interest in all United States corporations and seeing that their actions from 1933 to 1940 resulted in redefining the estates of living Americans as public trusts---that is, as a form of corporation--- you can see that the "Corporate Congress" has claimed to own living Americans as assets belonging to their corporation and has also claimed to control and own their private assets --- in flagrant violation of the Geneva Convention Protocols Volume II, Article 3, and in equally flagrant violation of the 1926 International Conventions on Slavery, and in violation of every lawful and moral duty, commercial contract, and trust indenture owed to the Continental United States and the American People. It is also apparent that all of this – every claim, every salvage lien, every title to land and property held under color of law—being held against the Continental United States and the living civilian inhabitants of the Continental United States, is pure, self-interested commercial fraud created and perpetuated under conditions of semantic deceit, constructive fraud, misrepresentation, and mischaracterization by the management of the Federal United States, the various governmental services corporations doing business as some form of "United States" and the British Government.

20. 1940-present: Among the first actions to be taken by the criminals was to "register" all live births. This established a claim of ownership on the baby and his or her estate, benefiting the "State of Ohio" or other "Federal State franchise". This act of identity theft exercised via an undisclosed and forced contract with the Mother of the child, allowed each "State" franchise to control the name and the property of the baby. The perpetrators promptly set up new "State franchises" benefiting themselves using names styled like this: "Joseph Quincy Public" and new "Municipal franchises" set up under the auspices of the Washington DC Municipality using NAMES styled like this: "JOHN QUINCY PUBLIC". The only purpose for creating these franchises structured as various kinds of trusts---was to act as a means for the privately owned governmental services corporations to hypothecate debt against the labor of the living people and their private property assets and to exercise control over them amounting to slavery.

### Yobel of Release Law:

'This Law Would Consist of not depriving nor robbing the now acknowledged Transatlantic slaves of any of their private possessions in hindrance to be a Light in set apartness, within the establishment of becoming a Nation as Holders in due course by an Chargeback pay to order of all Trust Contractual Obligations. Not by treaty but by their Hebraic Aboriginal Tribal Title via Trust as a reimbursement of all their full allodial entitlements, in exile of this NYSE and UN IRS tax altar by their Declaration of Liberation as true Sovereign Men and Woman from all "Body holds of Admiralty Custody" free with all that have been taken from them in declaring them alive and redeemed from the depth of the Seas"

The instigators kidnapped and press-ganged the people and the land assets of the Continental United States by force, fraud, and deceit into the foreign international Jurisdiction of the Sea. Our own employees did this while taking a paycheck from our hand. They cannot claim that -they were "at war" with us. They were merely criminals committing fraud against their benefactors and employers.

4

The members of "Congress" stand notified that they do not represent the Continental United States nor the People of the Continental United States. They have not occupied their lawful public office and have acted instead to occupy private "similarly named" corporate offices at both the "federal" and the "state" levels. They have no public capacity whatsoever and no valid contract obligating any American State Citizen to obey any law, code, treaty, regulation or other legislation promoted as an "Act" of "Congress" in while failing to occupy public office and failing to act as responsible fiduciary officers while under it's Charted Virginia Company of London. The members of "Congress" stand further notified that they and the corporations they represent have no Lawful contract with any individual American State Citizen born on the land of the Continental United States and that all claims, liens, titles and presumptions against the living people and their assets on the land stand null and void ab initio for fraud, all the way back to April of 1862. The members of "Congress" stand further notified that as presently constituted and operating, they have no public authority related to the Continental United States and exercise only the power any corporate entity has, so long as it acts lawfully and within its charter----which is to say, the authority to organize their actual employees, set standards for behavior within their own corporation, and perform the functions stipulated by their charters and law-abiding commercial contracts. The Governors of the Federal "State" franchises are similarly notified and placed under Public Lien, required to release all color of law titles and liens registered under conditions of fraud against Continental United States assets. The Joint Chiefs of Staff stand notified that they are obligated under the Geneva Convention Protocols of 1949 as well as The Constitution for the united States of America to come to the aid and assistance of the civilian populace of the Continental United States and to protect the civilian population and its assets at all costs and to prosecute those who have willingly violated Volume II, Article 3, of the Geneva Convention Protocols seeking to change the birthright citizenship and nationality of American State Citizens of the Continental United States by fraud, force, and coercion. The Joint Chiefs are also under obligation to return all civilian property unharmed and unencumbered to the rightful civilian owners, to remove all color of law titles and false liens against the labor and other private property assets of American State Citizens rightfully belonging to the land jurisdiction of the Continental United States. The Joint Chiefs are fully and hereby notified that no commercial corporation on earth has the lawful ability to declare war and that the actions engaged in by the "Congress" and the "President" are merely the actions of a private corporation engaged in police actions and mercenary activities that must be closely scrutinized for conformance to international military law and with due respect for the actual Constitution for the united States of America and the citizenry of the Continental United States. President Barack Obama is hereby given Notice that he is merely an executive officer of a private, mostly foreign-owned for-profit governmental services corporation, not a Head of State, not eligible to represent the people of the Continental United States, and not empowered to obligate them to any military action or commercial contract. Any attempt on the part of Barack Obama or members of-

5

"Congress" to attack American State Citizens using commercial mercenary forces (NHS, BATF, NSA,FEMA, FBI, DHS, CIA, DIA, IRS, etc.) is to be immediately countered with arrest of those responsible. The Secretary of the Treasury and the INTERNAL REVENUE SERVICE are under Public Lien and demand to unblock all civilian public trust accounts and make available the entire balance of the National Credit (an amount equal to the National Debt, plus principle and interest) for the use and investment of individual Americans without constraint, excuse, or further obfuscation. This Public Declaration establishes irrevocable lien upon the assets of the United States Treasury and the International Monetary Fund and all subsidiaries and successors of the former Federal Reserve System and upon all Federal State franchises. The Secretary General and General Secretary of the United Nations are both Notified and Given Fair Warning and Notice that the FEDERAL RESERVE and THE UNITED STATES OF AMERICA INC. two corporations recently organized under the auspices of the United Nations City State by the UNITED NATIONS, INC. are already in Breach of their Charters and acting as criminal syndicates on the shores of the Continental United States, willfully seeking to defraud the living inhabitants of these peaceful States, and to exercise unlawful control over the citizenry and their assets. The North American Water and Power Alliance is under Public Lien and is herein identified as the recipient of purloined credit owed to the Continental United States and the Citizenry thereof, due and owing, and is under demand to unblock all individual Capital Credit accounts for the use of the American State Citizens who have been systematically defrauded and indebted resulting in the establishment of these credit accounts in their "NAMES" but retained in the control of local utility companies and the NAWP. All fraudulent convertible debt resulting from the semantic deceits and misuse of deceptively similar names applied to people and legal fiction entities is recognized as embezzlement of credit, willful identity theft, inland piracy, currency manipulation, obstruction of bankruptcy, and as unlawful restraint of trade accomplished by personage and enforced by barratry by the perpetrators of these schemes whether foreign or domestic. The Continental United States retains the right to prosecute claims against any and all legal fiction entities and living people responsible, the right to -

void all contracts in default, all titles held under color of law, all actions undertaken under conditions of semantic deceit or constructive fraud, all self -interested claims of "foreign immunity", all restraint of trade or Natural rights owed the citizenry of the Continental United States, and all encroachment on its jurisdiction.

So declared and ordered by the _____ State Superior Court this _____ day of _____.

_____Seal_____Judge _____, Chargeback Non-Negotiable

Bill of Exchange Signature, all rights reserved. (printed name)

(All blanks filled in and thumbprint seal in red ink to denote land jurisdiction action.)